UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *16 mj 02311 - Simonton*

UNITED STATES OF AMERICA

v.

MANUEL EMILIO PEREZ GONZALEZ,

           Defendant.

_____/

## CRIMINAL COMPLAINT COVER SHEET

1.      Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes   __X__ No

2.      Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes   __X__ No

                                  Respectfully submitted,

                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

BY:    _____

                                  Ignacio J. Vázquez, Jr.
                                  Assistant United States Attorney
                                  Florida Bar No. 16275
                                  99 N.E. 4th Street
                                  Miami, Florida 33132-2111
                                  Tel: (305) 961-9318
                                  Fax: (305) 579-7976
                                  ignacio.vazquez@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 16 mj 02311-Simonton |
| MANUEL EMILIO PEREZ GONZALEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 22, 2015 _____ in the county of _____ Miami-Dade _____ in the
_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 1.) Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4), and 2252(b) | 1.) Receipt and Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of United States Secret Service (USSS) Special Agent Michael Schnaider.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Michael Schnaider, USSS Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 03/11/2016 _____

_____
_Judge's signature_

City and state: _____ Miami, Florida _____

Hon. Andrea M. Simonton, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

Your affiant, Michael Schnaider, being duly sworn, deposes states as follows:

1. I am a Special Agent (SA) with the United States Secret Service (USSS), and have been so employed since March 2006. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

2. Since December 2013, I have been assigned to the Miami Field Office, Electronic Crimes Task Force. Among my responsibilities as a Special Agent, I investigate crimes involving the sexual exploitation of children and the production of child pornography. I have received training in the investigation of child exploitation offenses, and I have conducted and assisted in several child exploitation investigations. I have executed several search warrants that have led to seizures of child pornography. I have also observed and reviewed images and videos depicting child exploitation and child pornography.

3. This affidavit is submitted in support of a criminal complaint charging Manuel Emilio Perez Gonzalez with possession and receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), 2252(a)(4), and 2252(b). As such, it does not contain every fact concerning the investigation known to your affiant.

## PROBABLE CAUSE

4. On January 5, 2015,  February 15, 2015, March 23, 2015, May 03, 2015, May 29, 2015, May 31, 2015, June 24, 2015, July 3, 2015, July 29, 2015, August 8, 2015,  August 16, 2015, August 17, 2015, and once again on August 28, 2015, law enforcement, using investigative software, identified a user on the ARES P2P file-sharing network whose computer was assigned

IP address 76.109.123.104 (hereinafter "Target IP Address"), and contained files with SHA-1 hash values unique to files previously identified as images that appear to depict child pornography.

5.   On these same dates, law enforcement officers, using P2P software on an undercover computer, successfully established an Internet connection with the computer assigned to the Target IP Address.   Once that connection was established, law enforcement downloaded nineteen (19) video files.

6.   Law enforcement reviewed the contents of the downloaded files and observed suspected child pornography, as described below:

a.   **"!!!new((hussyfan)) russian 8 yo blond girl pthc share(2)(2).mpg"**: This thirty-seven second (:37) video depicts what appears to be an under aged female engaging in oral sexual intercourse with an adult male;

b.   **"7D6JCMRYSUSQ64V477COHPRZJGJHNU2A.mpg"**:   This twenty-three minute and thirty-three second (23:33) video depicts what appears to be a prepubescent female engaging in oral, vaginal, and anal sexual intercourse with an adult male;

c.   **"! new ! (pthc) tara 8yr – fucking with daddy every day – may.wmv"**: This ten minute and eight second (10:08) video depicts what appears to be a prepubescent female engaging in oral and vaginal sexual intercourse with an adult male;

d.   **"! new ! (pthc)veronica pthc 2007 nuevo 2 nenas1.mpg"**: This thirty-eight second (:38) video depicts what appears to be  two (2) prepubescent females engaging in vaginal sexual intercourse;

Page **2** of **9**

e. **"! Pthc kinderkutje composite 01 – father and his 8-10yr twins daughters – 13m19s~1.avi"**: This ten minute and forty-three second (10:43) video depicts what appears to be two (2) prepubescent females engaging in oral and vaginal sexual intercourse with an adult male;

f. **"! new ! (pthc) tara 8yr- orgasm and anal fuck hard ! tara.wmv"**: This three minute and fifty-six (3:56) video depicts what appears to be a prepubescent female engaging in vaginal and anal sexual intercourse with an adult male;

g. **"(~pthc center~)(opva)(2013) 9yr slut Russian lots of pencil play in butthole 28min.avi"**: This twenty-eight minute and thirty-nine (28:39) video depicts what appears to be a prepubescent female engaging in sexual self-manipulation;

h. **"darkrob - !!new pthc dark studio 10 yro spread wide.avi"**: This five minute and twenty-eight second (5:28) video depicts what appears to be a prepubescent female engaging in sexual self-manipulation;

i. **"98(2).mpg"**: This one minute and five second (1:05) video depicts what appears to be a prepubescent female engaged in oral and vaginal sexual intercourse with an adult male;

j. **"(pthc) notta 9 yo girl & men(2).mpg"**: This eight minute and eighteen second (8:18) video depicts what appears to be a prepubescent female engaging in sexual self-manipulation, as well as engaging in oral and vaginal sexual intercourse with an adult male;

k. **"6adol little lip 11 yr (pthc) hc 10min.avi"**: This fifteen minute and nine second (15:09) video depicts what appears to be a prepubescent female engaging

in sexual self-manipulation, as well engaging in oral and anal sexual intercourse with an adult male;

l.  **"(pthc) Czech 10 (little boy).mpg"**: This one minute and fifteen second (1:15) video depicts what appears to be a prepubescent male engaged in sexual self-manipulation;

m.  **"9 yo little girl get cum on her opened pussy.avi"**: This two minute and two second (2:02) video depicts what appears to be a prepubescent female in the nude exposing her genital area while an adult male expose his genitals and engages in a sexual act;

n.  **"$rf9j86s.avi"**: This is a twenty minute and 21 second (25:21) video depicts what appears to be one (1) prepubescent male and two (2) prepubescent females engaging in sexual manipulation. Both the prepubescent male and females genitals are exposed in the video;

o.  **"(pthc) webcam –** 13yr pretty polish girl striptease.mpg": This is a fifteen minute and fifty-two seconds (15:52) video depicts what appears to a minor female undressing herself in front of a camera and exposing her breasts and vagina. The video also depicts the same minor female engaging in sexual self-manipulation;

p.  **"19.mpg"**: This is a two minute and twenty seconds (2:20) video depicts what appears to be an under aged female engaging in vaginal sexual intercourse with an adult male;

q.  **"pthc en familia.mpg"**: This is a six minute and thirty seconds (3:30) video depicts what appears to be a prepubescent female engaging in sexual self-

Page **4** of **9**

manipulation with an object. The video also depicts the same prepubescent female engaging in sexual vaginal intercourse with an adult female and an adult male;

r.   **"SZLH2PLJQ6DVWFMFPSLYT7PAELTJV6JE.mpg"**: This is a six minute and two seconds (6:02) video which depicts what appears to a minor male engaging in oral and vaginal sexual intercourse with an adult female; and

s.   **"(pthc) linda 2 true cum swallow.avi"**: This is a three minute and four second (3:04) video depicts what appears a prepubescent female engaging in oral sexual intercourse with an adult male.

7.   Thereafter, law enforcement determined that the Target IP Address was assigned to the internet service provider Comcast on the dates the child pornography files described in paragraph 6 of this affidavit were downloaded.

8.   On April 7, 2015, and once again on July 1, 2015, Comcast notified law enforcement that the Target IP Address was assigned to a subscriber on the dates and times the child pornography files described in paragraph 6 of this affidavit were downloaded.   The subscriber's physical address, 13215 SW 10th Terrace, Miami, Florida 33184, was listed as the address of the Target Residence.

9.   On June 8, 2015, law enforcement conducted surveillance of the Target Residence and observed a blue car with a Florida license plate number 212TKW parked at the Target Residence. A query of the Florida driver's information database for Florida license plate number 212TKW indicated that the registered owner of that vehicle Manuel Emilio Perez Gonzalez.   A query of the Florida driver's information database also identified that Manuel Emilio Perez Gonzalez had listed the Target Residence as his residential address since January 5, 2011.

10. On October 7, 2015, I requested Miami-Dade Police Department to check their record database for calls of service to the Target Residence. Continuing on this date, I was informed by the Miami-Dade Police Department Sexual Crimes Investigations Unit that on January 21, 2014, there was a report filed alleging that a sexual battery against a prepubescent male occurred at the Target Residence by an adult female.

11. Continuing on October 7, 2015, I obtained a copy of the initial Miami-Dade Police report documenting the original allegation and the investigative actions in the case. The following is a synopsis of the allegation and investigation.   On January 21, 2014, the Miami-Dade Police Department was contacted regarding the alleged abuse of a minor had been sexually abused within the residence for several years by an adult female. The subject accused in the police report denied the allegations. On December 17, 2014, the Miami-Dade Police Department Sexual Crimes Investigations Unit presented the case to the Miami-Dade State Attorney's Office for review. The Miami-Dade State Attorney's Office declined prosecution. At the time of the Miami-Dade State Attorney's Office's declination the download of child pornography to the residence was unknown.

12. On October 22nd, 2015, USSS Special Agents and other law enforcement went to 13215 SW 10th Terrace, Miami, Florida 33184 to execute a search warrant (MJ-15-03352-Torres) authorized by United States Magistrate Judge Edwin G. Torres. During the search of the Residence, a Hewlett Packard Laptop Computer, Model Mini1J04, serial number 5CD2340CFL and a Compact Disk-readable (CD-R), was discovered in Manuel Emilio Perez Gonzalez's bedroom.  The laptop was discovered underneath Manuel Emilio Perez Gonzalez's bed and the Compact CD-R was discovered inside the entertainment unit in his bedroom.

13. During execution of the search warrant, witnesses in the 13215 SW 10th Terrace, Miami, Florida residence claimed that Manuel Emilio Perez Gonzalez had previously used a computer in

the home to view child pornography.  Manuel Emilio Perez Gonzalez provided a statement to authorities in which denied viewing child pornography.

14. Manuel Emilio Perez Gonzalez also claimed no one had been able to use the Hewlett Packard Laptop Computer, Model Mini1J04.  However, initial examination on scene of the search warrant execution confirmed the laptop had been used recently, contrary Manuel Emilio Perez Gonzalez' claims.

15. On November 27, 2015, a forensic examination of the Hewlett Packard Laptop Computer, Model Mini1J04, serial number 5CD2340CFL, revealed several videos depicting child pornography.  Some of the videos that were identified as child pornography are:

> a.  **"(((((pthc))))((boylove))_ru-mn#1_003_man with 2 boys.mpg"** - This video is 14 minute video of two prepubescent boys engaging in sexual intercourse with an adult male;
>
> b.  **"2 amigas 8 anos vichatter net_0103.avi"** - This is a 24 minute video of two prepubescent females engaging in sexual acts with each other;
>
> c.  **" p el video secreto de amlo 52.mpg"** - This a 5 minute and 15 second video of a underage female engaging in sexual intercourse with an adult male;
>
> d.  **"nina atada.mpg"** - This is a 3 minute and 22 second video of a prepubescent female in bondage engaging in sexual intercourse with an adult male;
>
> e.  **"(pthc) webcam – 13yr pretty polish girl striptease.mpg"** - This is a 15 minute and 52 second video of an underage female engaging in self manipulation of her genitalia, exposing it to the camera; and

      f.   **"19.mpg"**: This is a two minute and twenty seconds (2:20) video depicts what appears to be an under aged female engaging in vaginal sexual intercourse with an adult male.

16.    In addition, the forensic exam revealed that all the video files listed in paragraph 15 were downloaded via the Peer 2 Peer Program LimePro and Ares via the computer laptop listed in paragraph 12.

17. A forensic examination of the Compact Disk-readable (CD-R), revealed several videos depicting child pornography.  Some of the videos that were identified as child pornography are:

      a.   File Name and Path: \Users\manny\Documents\Limewire\Incomplete\Preview-T-48750620-XXXXXX-VIDEO.-TRIO-ADULTOPEDO- hot spermed little girls mis (porno-lolotas-preteensreelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-ptsc-xxxxsexy.mpg. This is a 4 minute and 25 second video of a compilation of numerous prepubescent females engaging sexual intercourse with adult males.

      b.   File Name and Path:\Users\manny\Documents\Limewire\Incomplete\Preview-T-93970105-Kids Teens Women ( Porno-Lolitas-Preteens-Reelkiddymove-R@ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxxx-Sexy).mpg - This is a 14 minute and 59 second video of a compilation of numerous prepubescent females engaging sexual intercourse with adult males

18. Additionally, detailed examination of the a Hewlett Packard Laptop Computer, Model Mini1J04 revealed that it had been continually used by Manuel Emilio Perez Gonzalez, such as for electronic chat sessions, during the same period of time he claimed the device was idle.

19. Based upon the files of child pornography found on the laptop computer and the Compact CD-R identified on November 27, 2015, I respectfully submit that there is probable cause to believe that Manuel Emilio Perez Gonzalez knowingly possessed, and knowingly received child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4), and 2252(b).

FURTHER YOUR AFFIANT SAYETH NOT.

Michael Schnaider
Special Agent
United States Secret Service

Sworn and subscribed to before me
this ___ day of March 11, 2016.

HON. ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Page **9** of **9**