FILED by RB D.C.

Mar 24, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20187-CR-UNGARO/OTAZO-REYES**

18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2253
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

EMANUEL PEREZ GONZALEZ,

     **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Receipt of Child Pornography
### 18 U.S.C. § 2252(a)(4)(B) & (b)(2)

On or about July 28, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EMANUEL PEREZ GONZALEZ,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2
### Distribution of Child Pornography
### 18 U.S.C. § 2252(a)(2) & (b)(1)

On or about July 29, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### EMANUEL PEREZ GONZALEZ,

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3
### Distribution of Child Pornography
### 18 U.S.C. § 2252(a)(2) & (b)(1)

On or about August 8, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### EMANUEL PEREZ GONZALEZ,

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 4
## Possession of Child Pornography
## 18 U.S.C. § 2252(a)(2) & (b)(1)

On or about October 22, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EMANUEL PEREZ GONZALEZ,**

did knowingly possess matter, that is, a Memorex Compact Disc, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## COUNT 5
## Possession of Child Pornography
## 18 U.S.C. § 2252(a)(2) & (b)(1)

On or about October 22, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EMANUEL PEREZ GONZALEZ,**

did knowingly possess matter, that is, a Hewlett Packard Laptop Computer, Model Mini1J04, serial number 5CD2340CFL, which contained any visual depiction that had been shipped and

transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## **CRIMINAL FORFEITURE**

1.   The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **EMANUEL PEREZ GONZALEZ**, has an interest.

2.   Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States the following property pursuant to Title 18, United States Code, Section 2253:

(a)   any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, Title 18, United States Code;

(b)   any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

3. The property which is subject to forfeiture includes, but is not limited to, the following:

(a) one (1) Memorex Compact Disc; and

(b) one (1) Hewlett Packard Laptop Computer, Model Mini1J04, serial number 5CD2340CFL.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
IGNACIO J. VAZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

EMANUEL PEREZ GONZALEZ,

        **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

  _X_ Miami   ___ Key West
  ___ FTL   ___ WPB   ___ FTP

New Defendant(s)     Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   6-8   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

  (Check only one)                (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | _x_ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _x_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   Yes
If yes:
Magistrate Case No.   16-mj-2311-AMS
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   3/14/2016
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _x_ No

_____
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No.: 16275

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>EMANUEL PEREZ GONZALEZ</u>

**Case No**:_____

Count 1:

Receipt of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** Ten (10) Years Imprisonment


Counts 2 and 3:

Distribution of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

**Minimum Mandatory:** Five (5) Years Imprisonment
**\*Max. Penalty:** Twenty (20) Years Imprisonment


Counts 4 and 5:

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and(b)(1)

**Minimum Mandatory:** Five (5) Years Imprisonment
**\*Max. Penalty:** Twenty (20) Years Imprisonment


Count:

_____

**\*Max. Penalty:**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**