UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20187-CR-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

MANUEL E. PEREZ GONZALEZ,

    Defendant.
_____/

GOVERNMENT'S EXHIBIT LIST

The United States submits the following updated exhibits list for the trial of the above-captioned matter.

                                            Respectfully submitted,

                                            WIFREDO A. FERRER
                                            UNITED STATES ATTORNEY

                                  By: /s/ Ignacio J. Vázquez, Jr.
                                            Ignacio J. Vázquez, Jr.
                                            Assistant United States Attorney
                                            Florida Bar No. 16275
                                            99 Northeast 4th Street
                                            Miami, Florida 33132-2111
                                            Tel: (305) 961-9318
                                            Fax: (305) 536-4699

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            /s/ Ignacio J. Vázquez, Jr.
                                            Assistant United States Attorney

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
| 1 | HP Mini Laptop | | | | | | |
| 2 | HP Pavilion Laptop | | | | | | |
| 3 | Recovered Backup Child Pornography Disc | | | | | | |
| 4 | LimeProWire Still Shot Composite Exhibit | | | | | | |
| 5 | Child Pornography Download History Summary and IEF/Encase Composite from HP Mini Laptop | | | | | | |
| 6 | Child Pornography Download History Summary and IEF/Encase Composite from HP Pavilion Laptop | | | | | | |
| 7 | Skype Account Activity Demonstrative Image | | | | | | |
| | | | | | | | |

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
| 8 | Disc Containing Child Pornography Recovered from HP Mini Laptop | | | | | | |
| 9 | Disc Containing Child Pornography Recovered from HP Pavilion Laptop | | | | | | |
| 10 | Composite of child pornography stills | | | | | | |
| 11 | Composite of child pornography video recordings | | | | | | |
| 12 | Fast Spring Business Records | | | | | | |
| 13 | Comcast Business Records | | | | | | |
| 14 | Credit One Bank/Universal Business Records | | | | | | |
| 15 | Yahoo, Inc. Business Records | | | | | | |
| 16 | JP Morgan/Chase Business | | | | | | |

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
|  | Records JP Morgan/Chase Business Records |  |  |  |  |  |  |
| 17 | Link Files |  |  |  |  |  |  |
| 18 | Search Term Summary Exhibit |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|--------|---------|------|---------------------|---------|----------|--------|------------------------------|
|        |         |      |                     |         |          |        |                              |