UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20187-CR-UNGARO/OTAZO-REYES

**UNITED STATES OF AMERICA**

vs.

**MANUEL PEREZ GONZALEZ,**

    **Defendant.**
_____/

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States submits the following updated exhibits list for the trial of the above-captioned matter.

                          Respectfully submitted,

                          WIFREDO A. FERRER
                          UNITED STATES ATTORNEY

                      By: /s/ Jonathan Kobrinski
                          Jonathan Kobrinski
                          Assistant United States Attorney
                          Court No. A5501893
                          99 Northeast 4th Street
                          Miami, Florida 33132-2111
                          Tel: (305) 961-9074
                          Fax: (305) 536-4699

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                          /s/ Jonathan Kobrinski
                          Assistant United States Attorney

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
| 1 | HP Mini Laptop | | | | | | |
| 2 | HP Pavilion Laptop | | | | | | |
| 3 | Memorex CD Containing Child Pornography Disc | | | | | | |
| 4 | Virtual Images from HP Mini Laptop | | | | | | |
| 5 | LimeProWire Program Still Images | | | | | | |
| 6 | Waiver of Rights Form | | | | | | |
| 7 | IEF User Accounts from HP Mini Laptop and HP Pavilion | | | | | | |
| 8 | IEF Parsed Search Queries | | | | | | |

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
| 9 | IEF Skype Account Composite | | | | | | |
| 10 | IEF LNK Files | | | | | | |
| 11 | IEF Download History for HP Pavilion Laptop | | | | | | |
| 12 | Ares Search Keywords from HP Mini Laptop | | | | | | |
| 13 | Download History from HP Mini Laptop | | | | | | |
| 14 | Incomplete Download History from HP Mini Laptop | | | | | | |
| 15 | Distribution History from HP Mini Laptop | | | | | | |
| 16 | EnCase for HP Mini Laptop | | | | | | |
| 17 | Captured Email File with Photo | | | | | | |

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
| 18 | Photos from HP Mini Laptop and File Path | | | | | | |
| 19 | Disc Containing Child Pornography Recovered from HP Mini Laptop | | | | | | |
| 20 | Disc Containing Child Pornography Recovered from Memorex CD | | | | | | |
| 21 | Disc Containing Child Pornography Recovered through Undercover Investigation | | | | | | |
| 22 | Child Pornography Still Re: July 28, 2015 Activity | | | | | | |
| 23 | Child Pornography Still Re: July 29, 2015 Activity | | | | | | |

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
| 24 | Child Pornography Still Re: October 22, 2015 Activity | | | | | | |
| 25 | Child Pornography Still and Bookmark Re: October 22, 2015 Child Pornography Possession from Memorex CD | | | | | | |
| 26 | Child Pornography Still and Bookmark Re: August 8, 2015 Activity | | | | | | |
| 27 | Fast Spring Business Records | | | | | | |
| 28 | Comcast Business Records | | | | | | |
| 29 | Credit One Bank/Universal Business Records | | | | | | |
| 30 | Yahoo, Inc. Business Records | | | | | | |
| 31 | JP Morgan/Chase Business Records | | | | | | |

| Number | Exhibit | Date | Witness Identifying | Offered | Admitted | Denied | Additional Witness Referring |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 32 | NT User Data for HP Mini Laptop and HP Pavilion Laptop | | | | | | |
| 33 | Photo of a Minor Victim from Count 1 | | | | | | |
| 34 | Floorplan from 10/22/15 | | | | | | |
| 35 | Facebook Screenshots of Defendant's Postings | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |