**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:16-cr-20187-UU

UNITED STATES OF AMERICA,

v.

EMANUEL PEREZ GONZALEZ,

      Defendant.

_____/

## <u>ORDER AFFIRMING MAGISTRATE'S REPORT</u>

THIS CAUSE is before the Court upon Defendant's Motion to Suppress Evidence (the "Motion"). D.E. 36.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Alicia M. Otazo-Reyes, who, on November 4, 2016, issued a Report (the "Report") recommending that the Motion be denied. D.E. 84. On November 18, 2016, Defendant filed Objections to Magistrate Judge's Report and Recommendation ("Objections"). D.E. 101. However, Defendant's Objections did not contain any substantive objections to the Report. Instead, Defendant stated that given his recent acceptance of court-appointed counsel, his new counsel "is requesting sufficient time to research the arguments put forward by Defendant's former counsel in the Motion to Suppress, as well as time to supplement the motion, if necessary." *Id.* Defendant further stated that his counsel "needs time to review the transcript" of the hearing on the Motion. *Id.*

Consequently, this Court construed Defendant's Objections as a request for an extension of time to file substantive objections to the Report. On November 21, 2016, the Court issued an

Order granting Defendant's request for an extension of time and ordering Defendant to file objections to the Report no later than 5:00 PM on November 28, 2016. D.E. 104. The Court further ordered that Defendant's objections, if any, must provide a clear statement of the basis for the Motion. *Id.* Defendant did not file any objections on or before November 28, 2016. The United States also has not filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge Otazo-Reyes' recommendation and concurs in all of her findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 84, is RATIFIED, ADOPTED, and AFFIRMED.  The Defendant's Motion is DENIED.

DONE AND ORDERED in Chambers in Miami, Florida, this _29th_ day of November, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record