UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cr-20187-UU

UNITED STATES OF AMERICA

v.

MANUEL PEREZ GONZALEZ,

    Defendant.
_____/

## VERDICT

1. We, the Jury, unanimously find as to Count 1 (receipt of child pornography):

    GUILTY __✓__          NOT GUILTY _____

2. We, the Jury, unanimously find as to Count 2 (distribution of child pornography):

    GUILTY __✓__          NOT GUILTY _____

3. We, the Jury, unanimously find as to Count 3 (distribution of child pornography):

    GUILTY __✓__          NOT GUILTY _____

4. We, the Jury, unanimously find as to Count 4 (possession of child pornography):

    GUILTY __✓__          NOT GUILTY _____

**If you find the Defendant guilty as charged in Count 4, please proceed to 4(a). If you find the Defendant not guilty as charged in Count 4, please proceed to Count 5.**

4(a). We, the Jury, having found the Defendant guilty of the offense charged in Count 4, further find with respect to that Count that he possessed a visual depiction that involved the following (place an X in the appropriate space):

(a) A prepubescent minor who had not attained twelve years of age __X__

(b) No prepubescent minors who had not attained twelve years of age _____

5. We, the Jury, unanimously find as to Count 5 (possession of child pornography):

GUILTY __✓__          NOT GUILTY _____

**If you find the Defendant guilty as charged in Count 5, please proceed to 5(a). Otherwise, the foreperson should sign and date the verdict form.**

5(a). We, the Jury, having found the Defendant guilty of the offense charged in Count 5, further find with respect to that Count that he possessed a visual depiction that involved the following (place an X in the appropriate space):

(a) A prepubescent minor who had not attained twelve years of age __X__

(b) No prepubescent minors who had not attained twelve years of age _____

SO SAY WE ALL.

_____
FOREPERSON OF THE JURY
Dated: __12-7-16__