UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO

Case No. 16-20187-CR-UU   Date: 12/9/16
Style: U.S.A.   vs. Manuel Perez Gonzalez

Pltf/AUSA: _____

Defense Csl: _____

Deputy Clerk: Kathryn B. Harlan

Reporter: _____

Status Conference/Hearing on Motion/Sentencing:

Jury Questions

**Trial Minutes:**   BENCH/JURY   Voir Dire Held _____

Jury Trial Begins: ____   Trial Held ____   Day # ____

Trial Ends ____   Deft. Remanded/ Acquitted

Exhibits Released To: _____
                      Print & Sign

Agency and Phone #: _____

Benjamin Joanney, Jr.

12-7-16

We have a verdict.

(1)

We have a verdict!
- We had it last night at 5:00 PM
12-8-16


Benjamin Juannon, Jr.