UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20187-UU

UNITED STATES OF AMERICA

v.

MANUEL PEREZ GONZALEZ,

    **Defendant.**
_____/

## TRIAL EXHIBITS

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby files the attached exhibit, which contains photographs of non-documentary physical exhibits introduced at trial in the above-captioned case; which are Exhibits 1, 2, 3, 19, 20, and 21. Exhibits 22-26 are contraband images that depict images of sexually explicit conduct involving minor victims, and that material remains in the investigative agency's casefile. The remaining admitted trial exhibits were maintained by the Presiding Judge. *See* DE 126 and 130. Exhibits marked for identification but not admitted will be maintained in the case file.

                Respectfully submitted,
                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:   *s/ Jonathan E. Kobrinski*
        Jonathan E. Kobrinski
        Assistant United States Attorney
        Court ID No. A5501893
        99 N. E. 4th Street
        Miami, Florida 33132-2111
        Tel. (305) 961-9074
        Fax (305) 530-7976
        jonathan.kobrinski@usdoj.gov

## **CERTIFIFATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2016, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

*/s/Jonathan Kobrinski*
Jonathan Kobrinski
Assistant United States Attorney