UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>16-CR-20187-UU</u>

UNITED STATES OF AMERICA

v.

MANUEL PEREZ GONZALEZ,

    **Defendant.**
_____/

## TRIAL EXHIBITS

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby files the attached Certificate of Compliance Re Admitted Evidence.

          Respectfully submitted,
          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:   *s/ Jonathan E. Kobrinski*
       Jonathan E. Kobrinski
       Assistant United States Attorney
       Court ID No. A5501893
       99 N. E. 4th Street
       Miami, Florida 33132-2111
       Tel. (305) 961-9074
       Fax (305) 530-7976
       jonathan.kobrinski@usdoj.gov

## **CERTIFIFATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2016, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

*/s/Jonathan Kobrinski*
Jonathan Kobrinski
Assistant United States Attorney