



Photographs of non-documentary exhibits admitted in U.S. v. Perez Gonzalez, 16-20187-cr-UU



Photographs of non-documentary exhibits admitted in U.S. v. Perez Gonzalez, 16-20187-cr-UU



Photographs of non-documentary exhibits admitted in U.S. v. Perez Gonzalez, 16-20187-cr-UU



Photographs of non-documentary exhibits admitted in U.S. v. Perez Gonzalez, 16-20187-cr-UU



Photographs of non-documentary exhibits admitted in U.S. v. Perez Gonzalez, 16-20187-cr-UU