







GOVERNMENT
EXHIBIT

CASE
NO. 16-20187-CR-UU

EXHIBIT
NO. 4-4





Control Panel ▸ All Control Panel Items ▸ Recovery

Search Control Panel

**Control Panel Home**

**Troubleshoot a problem**

**Uninstall a program**

**Restore your files**

## Restore this computer to an earlier point in time

System Restore can resolve many system problems, and is the best recovery method to try first. For serious problems, use the advan

**System Restore**

Undo recent system c
pictures, and music w
programs and drivers.

**Advanced recovery met**

**See also**

**Action Center**

### System Restore

Restore your computer to the state it was in before the selected event

How do I choose a restore point?

Current time zone: GMT-5:00

| Date and Time | Description | Type |
|---|---|---|
| 10/14/2015 9:34:12 PM | Automatic Restore Point | System |
| 10/14/2015 9:23:14 PM | Windows Update | Critical Update |
| 10/14/2015 8:40:01 PM | Windows Update | Critical Update |
| 9/28/2015 4:36:56 PM | Automatic Restore Point | System |
| 9/28/2015 4:32:20 PM | Removed Java 7 Update 71 | Uninstall |
| 9/28/2015 4:31:05 PM | Removed Java 7 Update 71 | Uninstall |
| 9/28/2015 4:29:38 PM | Removed Skype Click to Call | Uninstall |
| 9/28/2015 4:26:34 PM | Removed Skype Click to Call | Uninstall |
| 9/28/2015 4:26:53 PM | Removed Skype™ 7.0 | Uninstall |

☑ Show more restore points

Scan for affected programs

< Back    Next >    Cancel

**GOVERNMENT EXHIBIT**

CASE NO.   16-20187-CR-UU

EXHIBIT NO.   4-6



Control Panel → All Control Panel Items → Recovery

**Control Panel Home**

Troubleshoot a problem
Uninstall a program
Restore your files

**Restore this computer to an earlier point in time**

System Restore can resolve many system problems, and is the best recovery method to try first. For serious problems, use the advan...

System Restore

Undo recent system ch...
pictures, and music un...
programs and drivers.

Advanced recovery met...

**System Restore**

Restore your computer to the state it was in before the selected event

How do I choose a restore point?

Current time zone: GMT-5:00

| Date and Time | Description | Type |
|---|---|---|
| 9/19/2015 9:19:16 PM | Windows Update | Critical Update |
| 9/14/2015 2:54:46 PM | Automatic Restore Point | System |
| 9/14/2015 1:54:20 PM | Windows Update | Critical Update |
| 9/12/2015 10:00:21 PM | Windows Update | Critical Update |
| 9/11/2015 7:37:35 PM | Automatic Restore Point | System |
| 9/7/2015 7:37:23 AM | Windows Update | Critical Update |
| 9/1/2015 9:06:55 AM | Windows Update | Critical Update |
| 8/30/2015 7:00:34 PM | Automatic Restore Point | System |

☑ Show more restore points          Scan for affected programs

< Back     Next >     Cancel

GOVERNMENT EXHIBIT

CASE NO.   16-20187-CR-UU

4-7

EXHIBIT NO.

See also

Action Center













GOVERNMENT
EXHIBIT

CASE
NO. 16-20187-CR-UU

4-10
EXHIBIT
NO.





**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 4-12

Recycle Bin

Lime PRO

My Shared Folder     Norton 360

**GOVERNMENT
EXHIBIT**

CASE
NO.   16-20187-CR-UU

EXHIBIT   4-13
NO.

Lime PRO 3.0.1.0  [Control Panel]  - <Connecting>

Web   Library   Screen   Search   Transfer   Chat   Control Panel

Connect   Disconnect   Connecting

General | Transfer | Chat | Network | Hashlinks | Skin | BitTorrent | Filesharing

Accept incoming connections on port:  8004

☐ Show transfer percentage
☐ Ask for confirmation when canceling downloads

Transfer                                          Bandwidth

6  ⬍ upload(s) allowed at once          Upload bandwidth (kb/s 0=no limit)  0

3  ⬍ upload(s) per user   (0=no limit)    ☑ Increase on Idle

10 ⬍ download(s) allowed at once         Download bandwidth (kb/s 0=no limit)  0

Download folder
Downloads are saved into folder:
C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder
Available space: 57663Mb (56Gb)

Change folder        Restore to default folder

10:23 PM
10/14/2015