













Lime PRO - Get Your Free
www.limepro.org
LimeProWire
Download
Try It Now
The Best NEW File-Sharing Application
Our file-sharing software is becoming one of the most popular file sharing programs of today. With this program, you can download and share media files, such as music & videos, to software and games. Grab your Free Download Below!
Malware Verified
DOWNLOAD NOW!
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-1
Why This Software?
Our program is becoming the P2P file sharing progam of choice today. It allows users to share and download just about any type of digital file shared through our P2P network. Best of all its 100% Adware and Spyware FREE! We believe in no nonsense software. Do you?
Technology
Our platform accelerates downloads by splitting files into sections and then downloading them simultaneously from various peers. As a result download speeds are vastly increased which makes this the fastest p2p network around. This is by far one of the best features of our software.
File Downloads
With this software you can download just about any type of digital file shared through the network. Music, Pictures, Videos, Movies, Games, Software and more. We even have a catalogue of HD Movies (High Definition) to make sure you dont miss out on any of the action!
Features
We Feature Super Fast Download Speeds, a Powerful Library Organizer, File Sharing Chatrooms, Unlimited Browsing, Preview Audio & Video whilst downloading, Media Filters, Bandwith & queue control and much more!
Media Player
This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.
Extra Mile
The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!
11:18 AM
3/9/2016

Lime PRO - Get Your Free
www.limepro.org
LimeProWire
Try It Now
The Best NEW File-Sharing Application
Our file-sharing software is becoming one of the most popular file sharing programs of today. With this program, you can download and share media files, such as music & videos, to software and games. Grab your Free Download Below!
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-2
Setup - Lime PRO
License Agreement
Please read the following important information before continuing.
Please read the following License Agreement. You must accept the terms of this agreement before continuing with the installation.
MODIFY AND/OR REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
I accept the agreement
I do not accept the agreement
< Back
Next >
Cancel
Why This Soft
File Download
With this software you ca digital file shared through Videos, Movies, Games, have a catalogue of HD Movies (High Definition) to make sure you dont miss out on any of the action!
Media Filters, Bandwith & queue control and much more!
Media Player
This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.
Extra Mile
The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!
11:21 AM
3/9/2016

Lime PRO - Get Your Free
www.limepro.org
LimeProWire
Download
Try It Now
The Best NEW File-Sharing Application
Our file-sharing software is becoming one of the most popular file sharing programs of today. With this program, you can download and share media files, such as music & videos, to software and games. Grab your Free Download Below!
DOWNLOAD N
Setup - Lime PRO
Select Components
Which components should be installed?
Select the components you want to install; clear the components you do not want to install. Click Next when you are ready to continue.
Full installation
Lime PRO (required)
9.5 MB
Desktop shortcut
Current selection requires at least 10.2 MB of disk space.
< Back
Next >
Cancel
AO386-C
GOVERNMENT EXHIBIT
CASE NO.
16-20187-CR-UU
EXHIBIT NO.
5-4
Why This Soft
Our program is becoming
choice today. It allows us
about any type of digital
network. Best of all its 10
We believe in no nonsen
loads by splitting files into
g them simultaneously from
nload speeds are vastly
e fastest p2p network
e best features of our
File Download
With this software you ca
digital file shared through
Videos, Movies, Games,
have a catalogue of HD Movies (High Definition) to make
sure you dont miss out on any of the action!
oad Speeds, a Powerful
g Chatrooms, Unlimited
ideo whilst downloading.
Media Filters, Bandwith & queue control and much more!
Media Player
This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.
Extra Mile
The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!
11:21 AM
3/9/2016

GOVERNMENT EXHIBIT

AO386-C

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 5-6





Lime PRO 3.0.1.0 [Control Panel] - <Connecting>
Free Search Version
Click here to purchase the full version
Web
Library
Screen
Search
Transfer
Chat
Control Panel
Connect
Disconnect
Connecting
General
Transfer
Chat
Network
Hashlinks
Skin
BitTorrent
Filesharing
Preferred Language English
Register Now!
Enter Activation Code
Load Lime PRO when windows starts
Auto-connect to network when I start Lime PRO
Show status on main window's caption
Exit Lime PRO when I click on close button
Block large hints
Pause video when moving between tabs
Show 'What I'm listening to' on MSN
Web: http://www.limepro.org/websign?web=limewiredownloa
Lime PRO Registration
To start the download you must register.
Click Here to Register Now!
Already registered?
Personal Information
Your Email:
First and Last Name:
Please enter your Activation Code in the field below
Activate
Cancel
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-7
12:56 PM
3/9/2016

Lime PRO - Get Your Free ×

← → C  🔒 www.limepro.org                                                                                ☆ ≡

### Why This Software?

Our program is becoming the P2P file sharing program of choice today. It allows users to share and download just about any type of digital file shared through our P2P network. Best of all its 100% Adware and Spyware FREE! We believe in no nonsense software. Do you?

### Technology

Our platform accelerates downloads by splitting files into sections and then downloading them simultaneously from various peers. As a result download speeds are vastly increased which makes this the fastest p2p network around. This is by far one of the best features of our software.

### File Downloads

With this software you can download just about any type of digital file shared through the network. Music, Pictures, Videos, Movies, Games, Software and more. We even have a catalogue of HD Movies (High Definition) to make sure you dont miss out on any of the action!

### Features

We Feature Super Fast Download Speeds, a Powerful Library Organizer, File Sharing Chatrooms, Unlimited Browsing, Preview Audio & Video whilst downloading. Media Filters. Bandwith & queue control and much more!

### Media Player

This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.

### Extra Mile

The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!

### Contact Us

MetaMedia Interactive LLC
2315 50th Street, Ste. K
Lubbock TX, 79412

Toll Free: 1-800-971-3909
E-mail: contact.metamediainteractive@gmail.com

### Pricing Schemes

With your membership, you also get access to hundreds of our support tutorials ranging from recommended top software picks, to burning CDs/DVDs. Our subscription schedule is as follows:

1 Year Full Access and Support $2.49 / Month
2 Year Full Access and Support $19.49 / Year
3 Year Full Access and Support $12.97 / Year

### Free or Paid Version?

**Free Version Offers**: No Support, Limited Network Access, No Software Updates, Limited Skin Library.

**Paid Version Offers**: Full Support, Full Network Access, Automatic Software Updates, New Skins Monthly.

Free Software
✓ **Trusted Site**
Click to Check

© 2011 LimeProWire.com | Privacy Policy | All rights Reserved.

AO386-C
**GOVERNMENT
EXHIBIT**

CASE NO.        16-20187-CR-UU

EXHIBIT NO.     5-8

11:19 AM
3/9/2016

Lime PRO - Get Your Free
www.limepro.org
LimeProWire
Download
Try It Now
The Best NEW File-Sharing Application
Our file-sharing software is becoming one of the most popular file sharing programs of today. With this program, you can download and share media files, such as music & videos, to software and games. Grab your Free Download Below!
Malware Verified
DOWNLOAD NOW!
AO388-C
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-9
Open File - Security Warning
The publisher could not be verified. Are you sure you want to run this software?
Name: ...sers\TEST WIN7\Downloads\LimePRO_Setup.exe
Publisher: Unknown Publisher
Type: Application
From: C:\Users\TEST WIN7\Downloads\LimePRO_Setup...
Run
Cancel
Always ask before opening this file
This file does not have a valid digital signature that verifies its publisher. You should only run software from publishers you trust.
How can I decide what software to run?
Why This Software?
Our program is becoming the P2P choice today. It allows users to sha about any type of digital file shared network. Best of all its 100% Adwa We believe in no nonsense softwa
ates downloads by splitting files into wnloading them simultaneously from sult download speeds are vastly es this the fastest p2p network one of the best features of our
File Downloads
With this software you can download just about any type of digital file shared through the network. Music, Pictures, Videos, Movies, Games, Software and more. We even have a catalogue of HD Movies (High Definition) to make sure you dont miss out on any of the action!
We Feature Super Fast Download Speeds, a Powerful Library Organizer, File Sharing Chatrooms, Unlimited Browsing, Preview Audio & Video whilst downloading, Media Filters, Bandwith & queue control and much more!
Media Player
This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.
Extra Mile
The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!
11:20 AM
3/9/2016

Lime PRO - Get Your Free
www.limepro.org
LimeProWire
Download
Try It Now
The Best NEW File-Sharing Application
Our file-sharing software is becoming one of the most popular file sharing programs of today. With this program, you can download and share media files, such as music & videos, to software and games. Grab your Free Download Below!
Malware Verified
DOWNLOAD NOW!
AO386-C
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-11
Select Setup Language
Select the language to use during the installation:
English
OK
Cancel
Why This Software?
Our program is becoming the P2P file sharin
choice today. It allows users to share and do
about any type of digital file shared through
network. Best of all its 100% Adware and Sp
We believe in no nonsense software. Do yo
ology
accelerates downloads by splitting files into
d then downloading them simultaneously from
rs. As a result download speeds are vastly
which makes this the fastest p2p network
is by far one of the best features of our
File Downloads
With this software you can download just about any type of digital file shared through the network. Music, Pictures, Videos, Movies, Games, Software and more. We even have a catalogue of HD Movies (High Definition) to make sure you dont miss out on any of the action!
Features
We Feature Super Fast Download Speeds, a Powerful Library Organizer, File Sharing Chatrooms, Unlimited Browsing, Preview Audio & Video whilst downloading, Media Filters, Bandwith & queue control and much more!
Media Player
This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.
Extra Mile
The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!
11:20 AM
3/9/2016

Lime PRO - Get Your Free
www.limepro.org
LimeProWire
Try It Now
The Best NEW File-Sharing Application
Our file-sharing software is becoming one of the most popular file sharing programs of today. With this program, you can download and share media files, such as music & videos, to software and games. Grab your Free Download Below!
Setup - Lime PRO
Completing the Lime PRO Setup Wizard
Setup has finished installing Lime PRO on your computer. The application may be launched by selecting the installed icons.
Click Finish to exit Setup.
Launch Lime PRO
LimePRO
NEW
Finish
Why This Soft
File Download
have a catalogue of HD Movies (High Definition) to make sure you dont miss out on any of the action!
Media Filters, Bandwith & queue control and much more!
Media Player
This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.
Extra Mile
The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!
11:22 AM
3/9/2016
AO386-C
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-16

Lime PRO 3.0.1.0 [Web] - <Connecting>
Free Search Version
Click here to purchase the full version
Web
Library
Screen
Search
Transfer
Chat
Control Panel
http://www.limepro.org/websign?web=limewiredownload
Download
Try It Now
haring Application
one of the most popular file
rogram, you can download
& videos to software and
ow!
Windows Security Alert
Windows Firewall has blocked some features of this program
Windows Firewall has blocked some features of Lime PRO p2p for windows on all public and private networks.
Name: Lime PRO p2p for windows
Publisher: Lime PRO LLC
Path: C:\program files (x86)\lime pro\limepro.exe
Allow Lime PRO p2p for windows to communicate on these networks:
Private networks, such as my home or work network
Public networks, such as those in airports and coffee shops (not recommended because these networks often have little or no security)
What are the risks of allowing a program through a firewall?
Allow access
Cancel
Our program is becomi
choice today. It allows
about any type of digita
network. Best of all its
We believe in no nonse
ads by splitting files into
them simultaneously from
oad speeds are vastly
fastest p2p network
best features of our
File Downloa
With this software you
digital file shared throu
Videos, Movies, Game
have a catalogue of HD Movies (High Definition) to make
sure you dont miss out on any of the action!
d Speeds, a Powerful
Chatrooms, Unlimited
o whilst downloading,
Media Filters, Bandwith & queue control and much more!
Media Player
This program also features a Media Player with play lists and full-screen mode. You can also use the Media Player to preview Audio and Video files while their download is in progress saving you time and nerves.
Extra Mile
The latest version of our file sharing program supports BitTorrent protocol and Shoutcast radio stations. You can also now join chat rooms or host your own channel and meet new friends. Lime Alternative - Download it free today!
11:22 AM
3/9/2016
AO386-C
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-17

Lime PRO 3.0.1.0 [Web] - <Connecting>
Free Search Version
Click here to purchase the full version
Web
Library
Screen
Search
Transfer
Chat
Control Panel
NEW
Lime Pro
Fast Downloads, right to your Desktop
Improved GUI & Library Organizer
Easy to use & Transfer to Portable Devices
Select Membership - Start Downloading Now!
United States
7 day Money Back Guarantee.
24/7 Expert Customer Support (Toll-free phone, email and chat)
This is a flat fee with no additional costs
3 Year Lime PRO Membership & Support for ONLY $12.97/year
2 Year Full Access & Support for only $19.49/year
1 Year Access & Support for only $2.49/month
Yes, I want to Download Unlimited Movies
Extended Download Protection - Keep a Backup of my Download Files for 2 Years
SAVE 30%
2 DAY PROMO ENDS
12:37:01
Order Now
Included with Purchase
Special Features
Official latest version
Easy to install and use
Fastest download time
Automatic free updates
Tutorials and guides
Millions of satisfied users
24/7 expert support
Satisfaction Guarantee
Your purchase is backed by a 7 day money back guarantee. If you are not entirely satisfied with the software simply request a refund within 7 days of your purchase, and we will promptly issue your refund.
24/7 Free Technical Support
If you have any questions or encounter any problems with the software, simply send us an email and our expert technical support team will be happy to assist you. Our customer support staff is dedicated to ensuring 100% customer satisfaction to all of our clients.
VISA
MasterCard
AMERICAN EXPRESS
DISCOVER
PayPal
Norton
SECURED
powered by VeriSign
AO386-C
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 5-18
11:23 AM
3/9/2016

Lime PRO 3.0.1.0 [Web] - <Connecting>

Free Search Version

Click here to purchase the full version

Web | Library | Screen | Search | Transfer | Chat | Control Panel

https://sites.fastspring.com/limewiredownload/view;jsessionid=308C6EC1FC3105A7B2DE485E68665C10

GOVERNMENT EXHIBIT

AO386-C

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 5-20

Subtotal $61.81

Continue Shopping

**Special Features**

- Official latest version
- Easy to install and use
- Fastest download time
- Automatic free updates
- Tutorials and guides
- Millions of satisfied users
- 24/7 expert support

## Order Details

### Contact Information

First and Last Name

Email Address

Double check that you've entered your email address correctly. We will send order information to it.

Phone

### Mailing Address

Country: United States

City

Address

State: Choose

Zip Code

### Payment Method

- Credit Card
- PayPal Account
- Pay with Amazon
- Wire Transfer

Next

We use industry-standard encryption to protect the confidentiality of your personal information.
This purchase and product fulfillment are through FastSpring, a trusted reseller for http://www.freelimewiredownload.net

Refund Policy

Norton SECURED powered by VeriSign

11:23 AM
3/9/2016



    



























