AO386-C
GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 7  GHP

| User Name | Full Name | Type of User | Security Identifier | Profile Path | Last Login Date/Time - (UTC) (MM/dd/yyyy) | Last Password Change Date/Time - (UTC) (MM/dd/yyyy) | Password Required | Account Description | Last Incorrect Password Login Date/Time - (UTC) (MM/dd/yyyy) | Login Count |
|---|---|---|---|---|---|---|---|---|---|---|
| ISMAEL PEREZ | | Local User | S-1-5-21-32832043-2307774493-3933046509-1000 | C:\Users\ISMAEL PEREZ | 10/15/2015 01:16:06 AM | 03/10/2014 05:00:07 AM | True | | 10/15/2015 01:15:46 AM | 517 |
| Administrator | | Local User | 500 | | 03/01/2012 10:37:10 AM | 11/20/2010 09:56:34 PM | True | Built-in account for administering the computer/domain | | 17 |
| Guest | | Local User | 501 | | | | False | Built-in account for guest access to the computer/domain | | 0 |

### User Accounts

| Record | User Name | Full Name | Type of User | Security Identifier | Profile Path | Last Login Date/Time - (UTC) (MM/dd/yyyy) | Last Password Change Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| 4 | dexter | | Local User | S-1-5-21-2822518342-1783056405-2799098881-1000 | C:\Users\dexter | 10/13/2015 01:56:30 AM | 05/28/2012 01:34:15 AM |
| 5 | Administrator | | Local User | 500 | | 03/03/2012 12:04:48 AM | 11/21/2010 03:57:24 AM |
| 6 | Guest | | Local User | 501 | | | |
| 7 | HomeGroupUser$ | HomeGroupUser$ | Local User | 1002 | | | 05/28/2012 01:34:15 AM |

| Password Required | Account Description | User Group(s) | Login Script | Last Incorrect Password Login Date/Time - (UTC) (MM/dd/yyyy) | Login Count | Account Disabled |
|---|---|---|---|---|---|---|
| False | | Administrators, HomeUsers | | | 2052 | False |
| True | Built-in account for administering the computer/domain | Administrators, HomeUsers | | | 14 | True |
| False | Built-in account for guest access to the computer/domain | Guests | | | 0 | True |
| True | Built-in account for homegroup access to the computer | HomeUsers | | | 0 | False |

IEF User Accounts – HP Pavilion