**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 8  GHR

## Parsed Search Queries

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| 1 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | | Bing | |
| 2 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 3 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 4 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:26:26 AM | Bing | |
| 5 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:26:26 AM | Bing | |
| 6 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:26:26 AM | Bing | |
| 7 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 2015-10-14 20:26:26 (local time) (not timezone converted) | Bing | |
| 8 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:26:26 AM | Bing | |
| 9 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:26:26 AM | Bing | |
| 10 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 2015-10-14 20:26:26 (local time) (not timezone converted) | Bing | |
| 11 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+&gs_l=youtube.1.1.0l7j0i3j0l2.372099.412024.0.417378.27.22.3.0.0.3.271.3179.4j14j4.22.0...0.0...1ac.1.11.youtube.RX5z1cfKPvc | 09/19/2013 07:23:34 PM | Youtube | good |
| 12 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+&gs_l=youtube.1.1.0l7j0i3j0l2.372099.412024.0.417378.27.22.3.0.0.3.271.3179.4j14j4.22.0...0.0...1ac.1.11.youtube.RX5z1cfKPvc | 09/19/2013 07:23:34 PM | Youtube | good |
| 13 | spongebob parody | http://www.youtube.com/results?search_query=spongebob+parody&oq=spongebob+parody&gs_l=youtube.3..0l10.437629.491516.0.497752.37.25.1.7.7.1.753.5813.2j16j3j5-3j1.25.0...0.0...1ac.1.11.youtube.9_siNy5eQrc | 09/21/2013 03:14:54 PM | Youtube | spong |
| 14 | spongebob parody | http://www.youtube.com/results?search_query=spongebob+parody&oq=spongebob+parody&gs_l=youtube.3..0l10.437629.491516.0.497752.37.25.1.7.7.1.753.5813.2j16j3j5-3j1.25.0...0.0...1ac.1.11.youtube.9_siNy5eQrc | 09/21/2013 03:14:54 PM | Youtube | spong |
| 15 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future+&oq=turn+on+thelights&gs_l=youtube.1.1.0i10l10.12617.22743.0.32074.17.13.0.4.4.0.499.2231.2j9j1j0j1.13.0...0.0...1ac.1.11.youtube.X7JPXiZ6mzE | 09/21/2013 02:55:39 PM | Youtube | turn o |
| 16 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future+&oq=turn+on+thelights&gs_l=youtube.1.1.0i10l10.12617.22743.0.32074.17.13.0.4.4.0.499.2231.2j9j1j0j1.13.0...0.0...1ac.1.11.youtube.X7JPXiZ6mzE | 09/21/2013 02:55:39 PM | Youtube | turn o |
| 17 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+kush+and&gs_l=youtube.1. | 09/21/2013 03:05:49 PM | Youtube | good l |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
|  |  | 0.0l10.469031.513011.0.518608.42.34.3.5.5.2.260.4962.4j25j4.33.0...0.0...1ac.1.11.youtube.5X6-3LXNCeA |  |  |  |
| 18 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future&oq=turn&gs_l=youtube.1.1.0l2j0i3j0l7.6859.14378.0.18137.4.4.0.0.0.0.274.792.0j2j2.4.0...0.0...1ac.1.11.youtube.UsgXEZt8tUA | 09/21/2013 02:52:19 PM | Youtube | turn |
| 19 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+kush+and&gs_l=youtube.1.0.0l10.469031.513011.0.518608.42.34.3.5.5.2.260.4962.4j25j4.33.0...0.0...1ac.1.11.youtube.5X6-3LXNCeA | 09/21/2013 03:05:49 PM | Youtube | good l |
| 20 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future&oq=turn&gs_l=youtube.1.1.0l2j0i3j0l7.6859.14378.0.18137.4.4.0.0.0.0.274.792.0j2j2.4.0...0.0...1ac.1.11.youtube.UsgXEZt8tUA | 09/21/2013 02:52:19 PM | Youtube | turn |
| 21 | combat games free online | http://www.bing.com/search?q=combat%20games%20free%20online&pc=conduit&ptag=AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/19/2013 01:45:45 PM | Bing |  |
| 22 | Grand Theft Auto 4 | http://www.bing.com/search?q=Grand+Theft+Auto+4&FORM=R5FD3 | 09/22/2013 10:22:06 PM | Bing |  |
| 23 | gta4 download | http://www.bing.com/search?q=gta4%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:48 PM | Bing |  |
| 24 | www.download games free now .com | http://www.bing.com/search?q=www.download%20games%20free%20now%20.com&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/24/2013 11:55:56 PM | Bing |  |
| 25 | gta4 download for free | http://www.bing.com/search?q=gta4%20download%20for%20free&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:34:33 PM | Bing |  |
| 26 | animals fucking | http://www.bing.com/search?q=animals%20fucking&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/23/2013 12:02:36 PM | Bing |  |
| 27 | gta 4 download | http://www.bing.com/search?q=gta%204%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:20:44 PM | Bing |  |
| 28 | gta4 downloads | http://www.bing.com/search?q=gta4%20downloads&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:09 PM | Bing |  |
| 29 | GTA 4 Free Safe Download | http://www.bing.com/search?q=GTA+4+Free+Safe+Download&FORM=R5FD4 | 09/22/2013 10:43:01 PM | Bing |  |
| 30 | download gta 4 for pc free full game | http://www.bing.com/search?q=download%20gta%204%20for%20pc%20free%20full%20game&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 09:28:50 PM | Bing |  |
| 31 | gta4 | http://www.bing.com/search?q=gta4&pc=conduit&ptag=AE79D15E896F846EAB2F&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 09:57:26 PM | Bing |  |
| 32 | GTA IV San Andreas Download | http://www.bing.com/search?q=GTA+IV+San+Andreas+Download&FORM=QSRE2 | 09/22/2013 10:36:12 PM | Bing |  |
| 33 | camello |  | 09/19/2013 06:18:41 PM | Bing |  |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| | | http://www.bing.com/search?q=camello&pc=conduit&ptag=AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | | | |
| 34 | combat games free online | http://www.bing.com/search?q=combat%20games%20free%20online&pc=conduit&ptag=AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/19/2013 01:45:45 PM | Bing | |
| 35 | Grand Theft Auto 4 | http://www.bing.com/search?q=Grand+Theft+Auto+4&FORM=R5FD3 | 09/22/2013 10:22:06 PM | Bing | |
| 36 | gta4 download | http://www.bing.com/search?q=gta4%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:48 PM | Bing | |
| 37 | www.download games free now .com | http://www.bing.com/search?q=www.download%20games%20free%20now%20.com&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/24/2013 11:55:56 PM | Bing | |
| 38 | gta4 download for free | http://www.bing.com/search?q=gta4%20download%20for%20free&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:34:33 PM | Bing | |
| 39 | animals fucking | http://www.bing.com/search?q=animals%20fucking&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/23/2013 12:02:36 PM | Bing | |
| 40 | gta 4 download | http://www.bing.com/search?q=gta%204%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:20:44 PM | Bing | |
| 41 | gta4 downloads | http://www.bing.com/search?q=gta4%20downloads&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:09 PM | Bing | |
| 42 | GTA 4 Free Safe Download | http://www.bing.com/search?q=GTA+4+Free+Safe+Download&FORM=R5FD4 | 09/22/2013 10:43:01 PM | Bing | |
| 43 | download gta 4 for pc free full game | http://www.bing.com/search?q=download%20gta%204%20for%20pc%20free%20full%20game&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 09:28:50 PM | Bing | |
| 44 | gta4 | http://www.bing.com/search?q=gta4&pc=conduit&ptag=AE79D15E896F846EAB2F&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 09:57:26 PM | Bing | |
| 45 | GTA IV San Andreas Download | http://www.bing.com/search?q=GTA+IV+San+Andreas+Download&FORM=QSRE2 | 09/22/2013 10:36:12 PM | Bing | |
| 46 | camello | http://www.bing.com/search?q=camello&pc=conduit&ptag=AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/19/2013 06:18:41 PM | Bing | |
| 47 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+&gs_l=youtube.1.1.0l7j0i3j0l2.372099.412024.0.417378.27.22.3.0.0.3.271.3179.4j14j4.22.0...0.0...1ac.1.11.youtube.RX5z1cfKPvc | 09/19/2013 07:23:34 PM | Youtube | good |
| 48 | spongebob parody | http://www.youtube.com/results?search_query=spongebob+parody&oq=spongebob+parody&gs_l=youtube.3..0l10.437629.491516.0.497752.37.25.1.7.7.1.753.5813.2j16j3j5-3j1.25.0...0.0...1ac.1.11.youtube.9_sINySeQrc | 09/21/2013 03:14:54 PM | Youtube | spong |
| 49 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future+&oq=turn+on+thelights&gs_l=yout | 09/21/2013 02:55:39 PM | Youtube | turn o |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| | | ube.1.1.0i10i10.12617.22743.0.32074.17.13.0.4.4.0.499.2231.2j9j1j0j1.13.0...0.0...1ac.1.11.youtube.X7JPXIZ6mzE | | | |
| 50 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+kush+and&gs_l=youtube.1.0.0l10.469031.513011.0.518608.42.34.3.5.5.2.260.4962.4j25j4.33.0...0.0...1ac.1.11.youtube.5X6-3LXNCeA | 09/21/2013 03:05:49 PM | Youtube | good |
| 51 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future&oq=turn&gs_l=youtube.1.1.0l2j0i3j0l7.6859.14378.0.18137.4.4.0.0.0.0.274.792.0j2j2.4.0...0.0...1ac.1.11.youtube.UsgXEZt8tUA | 09/21/2013 02:52:19 PM | Youtube | turn |
| 52 | 330616970372644 | http://www.facebook.com/fr/u.php?p=330616970372644&m=ja010013718362400016&t=2592000 | 08/12/2013 03:47:53 PM | Facebook | |
| 53 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:25:44 AM | Bing | |
| 54 | combat games free online | http://www.bing.com/search?q=combat%20games%20free%20online&pc=conduit&ptag=AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/19/2013 01:45:45 PM | Bing | |
| 55 | Grand Theft Auto 4 | http://www.bing.com/search?q=Grand+Theft+Auto+4&FORM=R5FD3 | 09/22/2013 10:22:06 PM | Bing | |
| 56 | gta4 download | http://www.bing.com/search?q=gta4%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:48 PM | Bing | |
| 57 | www.download games free now .com | http://www.bing.com/search?q=www.download%20games%20free%20now%20.com&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/24/2013 11:55:56 PM | Bing | |
| 58 | gta4 download for free | http://www.bing.com/search?q=gta4%20download%20for%20free&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:34:33 PM | Bing | |
| 59 | animals fucking | http://www.bing.com/search?q=animals%20fucking&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/23/2013 12:02:36 PM | Bing | |
| 60 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:25:44 AM | Bing | |
| 61 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:25:44 AM | Bing | |
| 62 | gta 4 download | http://www.bing.com/search?q=gta%204%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:20:44 PM | Bing | |
| 63 | gta4 downloads | http://www.bing.com/search?q=gta4%20downloads&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:09 PM | Bing | |
| 64 | GTA 4 Free Safe Download | http://www.bing.com/search?q=GTA+4+Free+Safe+Download&FORM=R5FD4 | 09/22/2013 10:43:01 PM | Bing | |
| 65 | download gta 4 for pc free full game | http://www.bing.com/search?q=download%20gta%204%20for%20pc%20free%20full%20game&pc=conduit&ptag=G634- | 09/22/2013 09:28:50 PM | Bing | |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine |
|---|---|---|---|---|
| | | AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | | |
| 66 | gta4 | http://www.bing.com/search?q=gta4&pc=conduit&ptag=AE79D15E896F846EAB2F&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 09:57:26 PM | Bing |
| 67 | GTA IV San Andreas Download | http://www.bing.com/search?q=GTA+IV+San+Andreas+Download&FORM=QSRE2 | 09/22/2013 10:36:12 PM | Bing |
| 68 | camello | http://www.bing.com/search?q=camello&pc=conduit&ptag=AAEDB809FB70A4CB7B9F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/19/2013 06:18:41 PM | Bing |
| 69 | 305360852900421 | https://www.facebook.com/fr/u.php?p=305360852900421&m=XOXOwlGyzMFEsJSUWLeAlVrnyMFE5pnOWrZopzlu | 08/12/2013 03:47:48 PM | Facebook |
| 70 | 391363987594223 | https://www.facebook.com/fr/u.php?p=391363987594223&m=960154148858326721 | 08/12/2013 07:13:53 PM | Facebook |
| 71 | 135525599923356 | https://www.facebook.com/fr/u.php?p=135525599923356&m=1f7vbkizxupz0 | 08/12/2013 07:18:57 PM | Facebook |
| 72 | 102911983191594 | https://www.facebook.com/fr/u.php?p=102911983191594&m=5SBGBr0ciBbA8GzJ73uYn6&t=2591000 | 08/12/2013 07:21:02 PM | Facebook |
| 73 | 305360852900421 | https://www.facebook.com/fr/u.php?p=305360852900421&m=XOXOwlGyzMFEsJSUWLeAlVrnyMFE5pnOWrZopzlu | 08/13/2013 02:49:24 AM | Facebook |
| 74 | 292157157590619 | https://www.facebook.com/fr/u.php?p=292157157590619&m=pa_ogabkZZnybkbZj3up | 08/23/2013 10:57:58 PM | Facebook |
| 75 | 292157157590619 | https://www.facebook.com/fr/u.php?p=292157157590619&m=pa_fqAM516rncLDLA6XC | 08/23/2013 10:57:58 PM | Facebook |
| 76 | 391363987594223 | https://www.facebook.com/fr/u.php?p=391363987594223&m=7816919951270282030 | 08/23/2013 10:57:58 PM | Facebook |
| 77 | zenbirdfeeder | http://www.youtube.com/subscribe_widget?p=zenbirdfeeder | 10/10/2013 09:21:15 PM | Youtube |
| 78 | 328546547221502 | http://www.facebook.com/fr/u.php?p=328546547221502&m=8226266532599969609&t=2592000 | 12/05/2013 03:31:19 AM | Facebook |
| 79 | reggae | http://www.youtube.com/results?search_query=reggae&sm=1&spf=navigate | 03/09/2014 05:42:51 PM | Youtube |
| 80 | reggae | http://www.youtube.com/results?search_query=reggae&sm=12&spf=navigate | 03/09/2014 05:43:06 PM | Youtube |
| 81 | 173986826059556 | https://www.facebook.com/fr/u.php?p=173986826059556&m=508047B300281 | 10/03/2013 12:09:21 AM | Facebook |
| 82 | 135525599923356 | https://www.facebook.com/fr/u.php?p=135525599923356&m=1erhnwbf98860 | 10/10/2013 10:09:53 PM | Facebook |
| 83 | 391363987594223 | https://www.facebook.com/fr/u.php?p=391363987594223&m=2717271784542550648 | 10/15/2013 01:04:29 AM | Facebook |
| 84 | limewire pro | | 10/04/2013 12:53:31 AM | Bing |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| 85 | limewire | http://www.bing.com/together/sp/fetch?q=limewire%20pro&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1&&IG=d2e9387039de4357b27f7dd3495cccfb&&SFX=1380848011241&IID=SERP.90000& http://www.bing.com/together/sp/fetch?q=limewire&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1&&IG=1e444488c4a0473482bfd2f3404d0d8f&&SFX=1380847107956&IID=SERP.90000& | 10/04/2013 12:38:30 AM | Bing | |
| 86 | Bat Endangered Species | http://www.bing.com/together/sp/fetch?q=Bat+Endangered+Species&FORM=R5FD&&IG=1eba9aadcb434aa6877ca2c88da9844e&&SFX=1381442510716&IID=SERP.90000& | 10/10/2013 10:01:51 PM | Bing | |
| 87 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&conlogo=CT3210127&ShowAppsUI=1&first=9&FORM=PORE | 10/08/2013 12:03:23 AM | Bing | |
| 88 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+&gs_l=youtube.1.1.0l7j0l3j0l2.372099.412024.0.417378.27.22.3.0.0.3.271.3179.4j14j4.22.0...0.0...1ac.1.11.youtube.RX5z1cfKPvc | 09/19/2013 07:23:34 PM | Youtube | good |
| 89 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future+&oq=turn+on+thelights&gs_l=youtube.1.1.0i10l10.12617.22743.0.32074.17.13.0.4.4.0.499.2231.2j9j1j0j1.13.0...0.0...1ac.1.11.youtube.X7JPXiZ6mzE | 09/21/2013 02:55:39 PM | Youtube | turn o |
| 90 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+kush+and&gs_l=youtube.1.0.0l10.469031.513011.0.518608.42.34.3.5.5.2.260.4962.4j25j4.33.0...0.0...1ac.1.11.youtube.5X6-3LXNCeA | 09/21/2013 03:05:09 PM | Youtube | good l |
| 91 | spongebob parody | http://www.youtube.com/results?search_query=spongebob+parody&oq=spongebob+parody&gs_l=youtube.3..0l10.437629.491516.0.497752.37.25.1.7.7.1.753.5813.2j16j3j5-3j1.25.0...0.0...1ac.1.11.youtube.9_siNySeQrc | 09/21/2013 03:14:53 PM | Youtube | spong |
| 92 | porhub | http://www.bing.com/search?q=porhub&pc=conduit&ptag=A3EF927CC05C44D74AFF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/26/2013 04:23:55 PM | Bing | |
| 93 | REDTUBE | http://www.bing.com/search?q=REDTUBE&pc=conduit&ptag=A3EF927CC05C44D74AFF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/01/2013 12:32:12 PM | Bing | |
| 94 | limewire | http://www.bing.com/search?q=limewire&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/04/2013 12:39:34 AM | Bing | |
| 95 | limewire pro free | http://www.bing.com/search?q=limewire+pro+free&qs=SS&pq=limewire+pro&sc=8-12&sp=1&FORM=QBRE&cvid=6db88fad80d142c2b3b35df473cb2297 | 10/03/2013 02:34:06 AM | Bing | |
| 96 | limewire | http://www.bing.com/search?q=limewire&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/04/2013 12:11:14 AM | Bing | |
| 97 | limewire plus | http://www.bing.com/search?q=limewire%20plus&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/04/2013 12:47:33 AM | Bing | |
| 98 | limewire pro | http://www.bing.com/search?q=limewire%20pro&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/07/2013 11:07:21 PM | Bing | |
| 99 | LimeWire Pro Basic | http://www.bing.com/search?q=LimeWire+Pro+Basic&FORM=QSRE6 | 10/04/2013 12:53:48 AM | Bing | |
| 100 | iphonecineonline.com | http://www.bing.com/search?q=iphonecineonline.com&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/05/2013 02:27:28 AM | Bing | |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| 101 | brinkerjobs.com | http://www.bing.com/search?q=brinkerjobs.com&pc=conduit&ptag=A19079FE1C63441929AF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/07/2013 03:49:45 PM | Bing | |
| 102 | moster.com | http://www.bing.com/search?q=moster.com&pc=conduit&ptag=A19079FE1C63441929AF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/07/2013 04:50:21 PM | Bing | |
| 103 | LimeWire Pro Basic | http://www.bing.com/search?q=LimeWire+Pro+Basic&FORM=R5FD5 | 10/07/2013 11:07:41 PM | Bing | |
| 104 | LimeWire Pro Free Trial | http://www.bing.com/search?q=LimeWire+Pro+Free+Trial&FORM=R5FD4 | 10/07/2013 11:12:59 PM | Bing | |
| 105 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=A19079FE1C63441929AF&conlogo=CT3210127&ShowAppsUI=1&first=9&FORM=PORE | 10/07/2013 11:16:55 PM | Bing | |
| 106 | LimeWire Gold Pro Free Download | http://www.bing.com/search?q=LimeWire+Gold+Pro+Free+Download&FORM=QSRE8 | 10/07/2013 11:16:11 PM | Bing | |
| 107 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=A19079FE1C63441929AF&conlogo=CT3210127&ShowAppsUI=1&first=23&FORM=PORE | 10/07/2013 11:28:38 PM | Bing | |
| 108 | limewire pro | http://www.bing.com/search?q=limewire%20pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/08/2013 12:00:42 AM | Bing | |
| 109 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&conlogo=CT3210127&ShowAppsUI=1&first=51&FORM=PERE3 | 10/08/2013 12:00:57 AM | Bing | |
| 110 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&conlogo=CT3210127&ShowAppsUI=1&first=9&FORM=PORE | 10/08/2013 12:03:23 AM | Bing | |
| 111 | LimeWire Pro Latest Version | http://www.bing.com/search?q=LimeWire+Pro+Latest+Version&FORM=QSRE3 | 10/08/2013 12:11:06 AM | Bing | |
| 112 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&conlogo=CT3210127&ShowAppsUI=1&first=23&FORM=PORE | 10/08/2013 12:21:10 AM | Bing | |
| 113 | endangerd bats | http://www.bing.com/search?q=endangerd%20bats&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/10/2013 10:13:27 PM | Bing | |
| 114 | Bat Endangered Species | http://www.bing.com/search?q=Bat+Endangered+Species&FORM=R5FD | 10/10/2013 10:13:24 PM | Bing | |
| 115 | coservation efforts for bats | http://www.bing.com/search?q=coservation%20efforts%20for%20bats&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/15/2013 01:50:52 AM | Bing | |
| 116 | conservation efforts for bats | http://www.bing.com/search?q=conservation+efforts+for+bats&FORM=AWRE | 10/15/2013 01:51:07 AM | Bing | |
| 117 | 429837887066539 | http://www.facebook.com/fr/u.php?p=429837887066539&m=AG-00000003173729309 | 09/19/2013 01:50:29 PM | Facebook | |
| 118 | www.download games free now .com | http://www.bing.com/search?q=www.download%20games%20free%20now%20.com&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 04:40:02 PM | Bing | |
| 119 | limewire | | 10/04/2013 12:11:14 AM | Bing | |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| | | http://www.bing.com/search?q=limewire&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | | | |
| 120 | LimeWire Pro Latest Version | http://www.bing.com/search?q=LimeWire+Pro+Latest+Version&FORM=QSRE3 | 10/08/2013 12:11:06 AM | Bing | |
| 121 | LimeWire Pro Free Trial | http://www.bing.com/search?q=LimeWire+Pro+Free+Trial&FORM=R5FD4 | 10/07/2013 11:12:59 PM | Bing | |
| 122 | limewire plus | http://www.bing.com/search?q=limewire%20plus&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/04/2013 12:47:33 AM | Bing | |
| 123 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=A19079FE1C63441929AF&conlogo=CT3210127&ShowAppsUI=1&first=9&FORM=PORE | 10/07/2013 11:16:55 PM | Bing | |
| 124 | gta4 download for free | http://www.bing.com/search?q=gta4%20download%20for%20free&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:34:33 PM | Bing | |
| 125 | brinkerjobs.com | http://www.bing.com/search?q=brinkerjobs.com&pc=conduit&ptag=A19079FE1C63441929AF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/07/2013 03:49:45 PM | Bing | |
| 126 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=A19079FE1C63441929AF&conlogo=CT3210127&ShowAppsUI=1&first=23&FORM=PORE | 10/07/2013 11:28:38 PM | Bing | |
| 127 | limewire pro | http://www.bing.com/search?q=limewire%20pro&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/07/2013 11:07:21 PM | Bing | |
| 128 | animals fucking | http://www.bing.com/search?q=animals%20fucking&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/23/2013 12:02:35 PM | Bing | |
| 129 | gta 4 download | http://www.bing.com/search?q=gta%204%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:20:44 PM | Bing | |
| 130 | gta4 downloads | http://www.bing.com/search?q=gta4%20downloads&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:09 PM | Bing | |
| 131 | GTA 4 Free Safe Download | http://www.bing.com/search?q=GTA+4+Free+Safe+Download&FORM=R5FD4 | 09/22/2013 10:37:59 PM | Bing | |
| 132 | download gta 4 for pc free full game | http://www.bing.com/search?q=download%20gta%204%20for%20pc%20free%20full%20game&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 09:28:50 PM | Bing | |
| 133 | iphonecineonline.com | http://www.bing.com/search?q=iphonecineonline.com&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/05/2013 02:27:28 AM | Bing | |
| 134 | moster.com | http://www.bing.com/search?q=moster.com&pc=conduit&ptag=A19079FE1C63441929AF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/07/2013 04:50:21 PM | Bing | |
| 135 | LimeWire Pro Basic | http://www.bing.com/search?q=LimeWire+Pro+Basic&FORM=R5FD5 | 10/07/2013 11:07:41 PM | Bing | |
| 136 | LimeWire Gold Pro Free Download | http://www.bing.com/search?q=LimeWire+Gold+Pro+Free+Download&FORM=QSRE8 | 10/07/2013 11:16:11 PM | Bing | |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goo* |
|---|---|---|---|---|---|
| 137 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&conlogo=CT3210127&ShowAppsUI=1&first=23&FORM=PORE | 10/08/2013 12:21:10 AM | Bing | |
| 138 | limewire | http://www.bing.com/search?q=limewire&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/04/2013 12:39:34 AM | Bing | |
| 139 | REDTUBE | http://www.bing.com/search?q=REDTUBE&pc=conduit&ptag=A3EF927CC05C44D74AFF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/01/2013 12:32:12 PM | Bing | |
| 140 | endangerd bats | http://www.bing.com/search?q=endangerd%20bats&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/10/2013 10:13:27 PM | Bing | |
| 141 | LimeWire Pro Basic | http://www.bing.com/search?q=LimeWire+Pro+Basic&FORM=QSRE6 | 10/04/2013 12:53:48 AM | Bing | |
| 142 | limewire pro | http://www.bing.com/search?q=limewire%20pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 10/08/2013 12:00:42 AM | Bing | |
| 143 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&conlogo=CT3210127&ShowAppsUI=1&first=51&FORM=PERE3 | 10/08/2013 12:00:57 AM | Bing | |
| 144 | limewire pro | http://www.bing.com/search?q=limewire+pro&pc=conduit&ptag=AFF7C10AB685B4430AAF&conlogo=CT3210127&ShowAppsUI=1&first=9&FORM=PORE | 10/08/2013 12:03:23 AM | Bing | |
| 145 | combat games free online | http://www.bing.com/search?q=combat%20games%20free%20online&pc=conduit&ptag=AAEDB809F870A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/19/2013 01:45:45 PM | Bing | |
| 146 | Grand Theft Auto 4 | http://www.bing.com/search?q=Grand+Theft+Auto+4&FORM=R5FD3 | 09/22/2013 10:22:06 PM | Bing | |
| 147 | gta4 download | http://www.bing.com/search?q=gta4%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 09/22/2013 10:28:48 PM | Bing | |
| 148 | limewire pro free | http://www.bing.com/search?q=limewire+pro+free&qs=SS&pq=limewire+pro&sc=8-12&sp=1&FORM=QBRE&cvid=6db88fad80d142c2b3b35df473cb2297 | 10/03/2013 02:34:06 AM | Bing | |
| 149 | coservation efforts for bats | http://www.bing.com/search?q=coservation%20efforts%20for%20bats&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 10/15/2013 01:50:52 AM | Bing | |
| 150 | iphonecineonline.com | http://www.bing.com/search?q=iphonecineonline.com&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 2013-10-04 21:27:28 (local time) (not timezone converted) | Bing | |
| 151 | limewire | http://www.bing.com/search?q=limewire&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 2013-10-03 19:39:34 (local time) (not timezone converted) | Bing | |
| 152 | LimeWire Pro Basic | http://www.bing.com/search?q=LimeWire+Pro+Basic&FORM=QSRE6 | 2013-10-03 19:53:48 (local time) (not timezone converted) | Bing | |
| 153 | limewire | http://www.bing.com/search?q=limewire&pc=conduit&ptag=AFF7C10AB685B4430AAF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 2013-10-03 19:11:14 (local time) (not timezone converted) | Bing | |
| 154 | limewire plus | http://www.bing.com/search?q=limewire%20plus&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 2013-10-03 19:47:33 (local time) (not timezone converted) | Bing | |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| 155 | limewire pro | http://www.bing.com/search?q=limewire%20pro&pc=conduit&ptag=A19079FE1C63441929AF&form=CONMHP&conlogo=CT3210127&ShowAppsUI=1 | 2013-10-03 19:53:31 (local time) (not timezone converted) | Bing | |
| 156 | spongebob parody | http://www.youtube.com/results?search_query=spongebob+parody&oq=spongebob+parody&gs_l=youtube.3..0l10.437629.491516.0.497752.37.25.1.7.7.1.753.5813.2j16j3j5-3j1.25.0...0.0...1ac.1.11.youtube.9_siNySeQrc | 2013-09-21 10:14:53 (local time) (not timezone converted) | Youtube | spong |
| 157 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future+&oq=turn+on+thelights&gs_l=youtube.1.1.0i10l10.12617.22743.0.32074.17.13.0.4.4.0.499.2231.2j9j1j0j1.13.0...0.0...1ac.1.11.youtube.X7JPXIZ6mzE | 2013-09-21 09:55:39 (local time) (not timezone converted) | Youtube | turn o |
| 158 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+kush+and&gs_l=youtube.1.0.0l10.469031.513011.0.518608.42.34.3.5.5.2.260.4962.4j25j4.33.0...0.0...1ac.1.11.youtube.5X6-3LXNCeA | 2013-09-21 10:05:09 (local time) (not timezone converted) | Youtube | good l |
| 159 | good kush and alcohol | http://www.youtube.com/results?search_query=good+kush+and+alcohol&oq=good+&gs_l=youtube.1.1.0l7j0i3j0l2.372099.412024.0.417378.27.22.3.0.0.3.271.3179.4j14j4.22.0...0.0...1ac.1.11.youtube.RX5z1cfKPvc | 2013-09-19 14:23:34 (local time) (not timezone converted) | Youtube | good |
| 160 | turn on the lights future | http://www.youtube.com/results?search_query=turn+on+the+lights+future&oq=turn&gs_l=youtube.1.1.0l2j0i3j0l7.6859.14378.0.18137.4.4.0.0.0.0.274.792.0j2j2.4.0...0.0...1ac.1.11.youtube.UsgXEZt8tUA | 2013-09-19 14:16:19 (local time) (not timezone converted) | Youtube | turn |
| 161 | gta 4 download | http://www.bing.com/search?q=gta%204%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-22 17:20:44 (local time) (not timezone converted) | Bing | |
| 162 | GTA 4 Free Safe Download | http://www.bing.com/search?q=GTA+4+Free+Safe+Download&FORM=R5FD4 | 2013-09-22 17:37:59 (local time) (not timezone converted) | Bing | |
| 163 | download gta 4 for pc free full game | http://www.bing.com/search?q=download%20gta%204%20for%20pc%20free%20full%20game&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-22 16:28:50 (local time) (not timezone converted) | Bing | |
| 164 | gta4 | http://www.bing.com/search?q=gta4&pc=conduit&ptag=AE79D15E896F846EAB2F&form=CONTLB&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-22 16:57:25 (local time) (not timezone converted) | Bing | |
| 165 | GTA IV San Andreas Download | http://www.bing.com/search?q=GTA+IV+San+Andreas+Download&FORM=QSRE2 | 2013-09-22 17:36:11 (local time) (not timezone converted) | Bing | |
| 166 | Grand Theft Auto 4 | http://www.bing.com/search?q=Grand+Theft+Auto+4&FORM=R5FD3 | 2013-09-22 17:22:06 (local time) (not timezone converted) | Bing | |
| 167 | gta4 download | http://www.bing.com/search?q=gta4%20download&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-22 17:28:48 (local time) (not timezone converted) | Bing | |
| 168 | www.download games free now .com | http://www.bing.com/search?q=www.download%20games%20free%20now%20.com&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-22 11:40:02 (local time) (not timezone converted) | Bing | |
| 169 | gta4 download for free | http://www.bing.com/search?q=gta4%20download%20for%20free&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-22 17:34:33 (local time) (not timezone converted) | Bing | |
| 170 | camello | http://www.bing.com/search?q=camello&pc=conduit&ptag=AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-19 13:18:39 (local time) (not timezone converted) | Bing | |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine | Goog |
|---|---|---|---|---|---|
| 171 | combat games free online | http://www.bing.com/search?q=combat%20games%20free%20online&pc=conduit&ptag=AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-19 08:45:45 (local time) (not timezone converted) | Bing | |
| 172 | animals fucking | http://www.bing.com/search?q=animals%20fucking&pc=conduit&ptag=G634-A12ADFEFCB0F045AD9DF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-09-23 07:02:35 (local time) (not timezone converted) | Bing | |
| 173 | REDTUBE | http://www.bing.com/search?q=REDTUBE&pc=conduit&ptag=A3EF927CC05C44D74AFF&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | 2013-10-01 07:32:12 (local time) (not timezone converted) | Bing | |
| 174 | limewire | http://www.bing.com/search?q=limewire&pc=conduit&ptag=A19079FE1C63441929AF&conlogo=CT3210127&ShowAppsUI=1&first=15&FORM=PORE | | Bing | |
| 175 | www.download games free now .com | http://www.bing.com/search?q=www.download%20games%20free%20now%20.com&pc=conduit&ptag=G634-AAEDB809FB70A4CB789F&form=CONBDF&conlogo=CT3210127&ShowAppsUI=1 | | Bing | |
| 176 | stickam | http://www.bing.com/search?q=stickam&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 177 | stickam | http://www.bing.com/search?q=stickam&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 2015-08-27 18:00:52 (local time) (not timezone converted) | Bing | |
| 178 | stickam | http://www.bing.com/search?q=stickam&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 179 | stickam | http://www.bing.com/search?q=stickam&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 08/27/2015 11:00:52 PM | Bing | |
| 180 | stickam | http://www.bing.com/search?q=stickam&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 181 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 182 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 183 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing | |
| 184 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:26:26 AM | Bing | |
| 185 | porno | http://www.bing.com/search?q=porno&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | 10/15/2015 01:26:26 AM | Bing | |
| 186 | 391363987594223 | https://www.facebook.com/fr/u.php?p=391363987594223&m=3487836763428472079 | 08/17/2015 11:11:04 AM | Facebook | |

| Record | Search Term | URL | Date/Time - (UTC) (MM/dd/yyyy) | Search Engine |
|---|---|---|---|---|
| 187 | suleiman el gran sultan telenovela | http://www.bing.com/search?q=suleiman%20el%20gran%20sultan%20telenovela&pc=cosp&ptag=AEA2A71A23E0B40AB94F&form=CONBDF&conlogo=CT3210127 | 01/03/2015 03:15:54 AM | Bing |
| 188 | el sultan suleiman serie de mundo fox | http://www.bing.com/search?q=el%20sultan%20suleiman%20serie%20de%20mundo%20fox&pc=cosp&ptag=AEA2A71A23E0B40AB94F&form=CONBDF&conlogo=CT3210127 | 01/03/2015 03:18:41 AM | Bing |
| 189 | candy crush saga | http://www.bing.com/search?q=candy%20crush%20saga&pc=cosp&ptag=AEA2A71A23E0B40AB94F&form=CONBDF&conlogo=CT3210127 | 01/03/2015 03:23:03 AM | Bing |
| 190 | MundoFOX Telenovelas Suleiman | http://www.bing.com/search?q=MundoFOX+Telenovelas+Suleiman&FORM=R5FD3 | 01/03/2015 03:17:07 AM | Bing |
| 191 | MundoFOX Telenovelas Suleiman | http://www.bing.com/search?q=MundoFOX+Telenovelas+Suleiman&FORM=R5FD3&sid=F61FABAAD7074C03A03E4C767297D412&format=jsonv2&jsoncbid=0 | 01/03/2015 03:16:24 AM | Bing |
| 192 | yts | http://www.bing.com/search?q=yts&pc=cosp&ptag=AEA2A71A23E0B40AB94F&form=CONBDF&conlogo=CT3210127 | 01/03/2015 03:27:19 AM | Bing |
| 193 | stickam | http://www.bing.com/search?q=stickam&pc=cosp&ptag=AEA2A71A23E&form=CONBDF&conlogo=CT3210127 | | Bing |
| 194 | 391363987594223 | https://www.facebook.com/fr/u.php?p=391363987594223&m=2280707076206563506 | 05/02/2014 05:59:05 AM | Facebook |
| 195 | youtube | http://www.bing.com/search?q=youtube&pc=conduit&ptag=AEA2A71A23E0B40AB94F&form=CONMHP&conlogo=CT3210127 | 03/09/2014 05:37:27 PM | Bing |
| 196 | fine me ipad | http://www.bing.com/search?q=fine%20me%20ipad&pc=cosp&ptag=AEA2A71A23E0B40AB94F&form=CONBDF&conlogo=CT3210127 | -Not Found- (not timezone converted) | Bing |