## Skype Chatsync Messages

| Record | Local User | Chat Partner / Group Chat ID | Chat Initiator | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Message | Message Type | Source |
|---|---|---|---|---|---|---|---|
| 124 | manuelperez762 | marlenmayorga | manuelperez762 | 05/12/2014 07:38:51 AM | is me manny i want a go to sleep | Sent | 2015-95-1.E01 - Partition 2 (Microsoft NTFS, 285.3 GB) (All Files and Folders) - [ROOT] \Users\ISMAEL PEREZ\AppData\Roaming\Skype\manuelperez762\chatsync\a3\a32432d9e5578a08.dat |
| 126 | manuelperez762 | marlenmayorga | manuelperez762 | 05/12/2014 07:41:05 AM | is me manny, my cell, i need it | Sent | 2015-95-1.E01 - Partition 2 (Microsoft NTFS, 285.3 GB) (All Files and Folders) - [ROOT] \Users\ISMAEL PEREZ\AppData\Roaming\Skype\manuelperez762\chatsync\a3\a32432d9e5578a08.dat |



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-1

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-2

# Skype Calls

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/yyyy) | Call Type |
|---|---|---|---|---|---|---|
| 1 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/03/2014 02:28:01 AM | Outgoing Call |
| 2 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/03/2014 02:37:10 AM | Outgoing Call |
| 3 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/03/2014 02:41:24 AM | Outgoing Call |
| 4 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/03/2014 02:45:46 AM | Outgoing Call |
| 5 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/03/2014 02:48:13 AM | Incoming Call |
| 6 | manuelperez762 | manuelperez762 | meronyul1 | Ashton | 05/04/2014 05:14:46 AM | Outgoing Call |
| 7 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 08:26:52 PM | Outgoing Call |
| 8 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 09:44:31 PM | Outgoing Call |
| 9 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 09:46:08 PM | Outgoing Call |
| 10 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 09:47:17 PM | Outgoing Call |
| 11 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 09:49:12 PM | Outgoing Call |
| 12 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 09:52:23 PM | Outgoing Call |
| 13 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 10:05:01 PM | Outgoing Call |
| 14 | manuelperez762 | manuelperez762 | julie.smith.chow | JULIE SMITH CHOW | 05/04/2014 10:05:45 PM | Incoming Call |
| 15 | manuelperez762 | manuelperez762 | +13053570352 | +13053570352 | 05/09/2014 10:12:42 PM | Outgoing Call |

**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-3

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/d | |
|---|---|---|---|---|---|---|
| 16 | manuelperez762 | manuelperez762 | +13053570352 | +13053570352 | 05/09/2014 10:13:05 PM | Outgoing Call |
| 17 | manuelperez762 | manuelperez762 | +13053570352 | +13053570352 | 05/09/2014 10:25:16 PM | Outgoing Call |
| 18 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/09/2014 10:26:27 PM | Outgoing Call |
| 19 | manuelperez762 | manuelperez762 | +13053570352 | +13053570352 | 05/09/2014 10:27:32 PM | Outgoing Call |
| 20 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 05/09/2014 10:29:50 PM | Outgoing Call |
| 21 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 05/10/2014 01:37:59 AM | Outgoing Call |
| 22 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:41:42 AM | Outgoing Call |
| 23 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:42:53 AM | Outgoing Call |
| 24 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:44:41 AM | Incoming Call |
| 25 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:46:07 AM | Outgoing Call |
| 26 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:47:32 AM | Outgoing Call |
| 27 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:51:04 AM | Outgoing Call |
| 28 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:52:13 AM | Outgoing Call |
| 29 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:54:37 AM | Outgoing Call |
| 30 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:56:34 AM | Incoming Call |
| 31 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 01:59:41 AM | Outgoing Call |

Skype Calls

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-4

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/y | |
|---|---|---|---|---|---|---|
| 32 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 02:00:01 AM | Incoming Call |
| 33 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 03:09:30 AM | Outgoing Call |
| 34 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 05/10/2014 03:10:22 AM | Outgoing Call |
| 35 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 10:23:10 PM | Outgoing Call |
| 36 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 05/10/2014 10:24:48 PM | Outgoing Call |
| 37 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 10:27:43 PM | Incoming Call |
| 38 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 10:33:21 PM | Incoming Call |
| 39 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 10:38:10 PM | Incoming Call |
| 40 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/10/2014 10:39:37 PM | Incoming Call |
| 41 | manuelperez762 | manuelperez762 | +13054570428 | +13054570428 | 05/12/2014 07:34:17 AM | Outgoing Call |
| 42 | manuelperez762 | manuelperez762 | +13054570428 | +13054570428 | 05/12/2014 07:35:26 AM | Outgoing Call |
| 43 | manuelperez762 | manuelperez762 | +13054570428 | +13054570428 | 05/12/2014 07:37:15 AM | Outgoing Call |
| 44 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 05/30/2014 10:30:12 AM | Outgoing Call |
| 45 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/30/2014 10:31:21 AM | Outgoing Call |
| 46 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/30/2014 10:32:49 AM | Outgoing Call |
| 47 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/30/2014 10:33:47 AM | Outgoing Call |

Skype Calls

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-5

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/yy) | |
|---|---|---|---|---|---|---|
| 48 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 05/30/2014 10:34:40 AM | Outgoing Call |
| 49 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/01/2014 11:34:37 PM | Outgoing Call |
| 50 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/01/2014 11:36:35 PM | Outgoing Call |
| 51 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/01/2014 11:39:02 PM | Incoming Call |
| 52 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/01/2014 11:48:41 PM | Outgoing Call |
| 53 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/01/2014 11:50:58 PM | Outgoing Call |
| 54 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/01/2014 11:52:36 PM | Incoming Call |
| 55 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/01/2014 11:58:29 PM | Outgoing Call |
| 56 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/01/2014 11:59:31 PM | Outgoing Call |
| 57 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/02/2014 12:01:58 AM | Incoming Call |
| 58 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/02/2014 12:03:45 AM | Incoming Call |
| 59 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/02/2014 12:06:36 AM | Incoming Call |
| 60 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/02/2014 12:10:44 AM | Outgoing Call |
| 61 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/02/2014 12:32:46 AM | Incoming Call |
| 62 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:04:46 PM | Outgoing Call |

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/d | |
|---|---|---|---|---|---|---|
| 63 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:05:58 PM | Outgoing Call |
| 64 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/03/2014 10:07:57 PM | Outgoing Call |
| 65 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/03/2014 10:09:13 PM | Outgoing Call |
| 66 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/03/2014 10:09:20 PM | Outgoing Call |
| 67 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:11:04 PM | Outgoing Call |
| 68 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/03/2014 10:12:25 PM | Outgoing Call |
| 69 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:14:56 PM | Outgoing Call |
| 70 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:16:19 PM | Incoming Call |
| 71 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:17:39 PM | Incoming Call |
| 72 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:21:38 PM | Incoming Call |
| 73 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/03/2014 10:26:59 PM | Incoming Call |
| 74 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/03/2014 10:29:09 PM | Outgoing Call |
| 75 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 01:05:27 AM | Outgoing Call |
| 76 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/04/2014 01:06:32 AM | Outgoing Call |
| 77 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 01:10:00 AM | Incoming Call |
| 78 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 01:17:21 AM | Incoming Call |

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-7

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/yy) | |
|---|---|---|---|---|---|---|
| 79 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 01:21:26 AM | Incoming Call |
| 80 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 01:31:21 AM | Outgoing Call |
| 81 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 01:33:05 AM | Outgoing Call |
| 82 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 03:36:04 AM | Outgoing Call |
| 83 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/04/2014 03:37:40 AM | Outgoing Call |
| 84 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/04/2014 03:39:19 AM | Outgoing Call |
| 85 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 03:40:35 AM | Outgoing Call |
| 86 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/04/2014 03:42:30 AM | Outgoing Call |
| 87 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 03:47:38 AM | Outgoing Call |
| 88 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 03:47:49 AM | Incoming Call |
| 89 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 03:50:41 AM | Incoming Call |
| 90 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 03:50:55 AM | Outgoing Call |
| 91 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 03:57:19 AM | Outgoing Call |
| 92 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/04/2014 06:17:53 PM | Outgoing Call |
| 93 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/04/2014 06:21:12 PM | Outgoing Call |
| 94 | manuelperez762 | manuelperez762 | +17863570352 | +17863570352 | 06/04/2014 06:24:47 PM | Outgoing Call |

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-8

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/y | |
|---|---|---|---|---|---|---|
| 95 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:39:47 PM | Outgoing Call |
| 96 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:41:45 PM | Outgoing Call |
| 97 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:44:35 PM | Outgoing Call |
| 98 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:47:02 PM | Outgoing Call |
| 99 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:47:46 PM | Outgoing Call |
| 100 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:48:29 PM | Incoming Call |
| 101 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:49:54 PM | Outgoing Call |
| 102 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:51:56 PM | Outgoing Call |
| 103 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 06:52:44 PM | Outgoing Call |
| 104 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 08:04:40 PM | Outgoing Call |
| 105 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 08:17:04 PM | Outgoing Call |
| 106 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 08:22:32 PM | Incoming Call |
| 107 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/04/2014 08:23:58 PM | Incoming Call |
| 108 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 12:00:38 AM | Incoming Call |
| 109 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 12:11:23 AM | Outgoing Call |

**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-9

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/y | |
|---|---|---|---|---|---|---|
| 110 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 12:12:32 AM | Outgoing Call |
| 111 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 12:15:18 AM | Incoming Call |
| 112 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 02:52:52 AM | Outgoing Call |
| 113 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:44:28 AM | Outgoing Call |
| 114 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:45:48 AM | Outgoing Call |
| 115 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:20:30 PM | Incoming Call |
| 116 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:26:08 PM | Outgoing Call |
| 117 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:37:26 PM | Outgoing Call |
| 118 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:39:02 PM | Outgoing Call |
| 119 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:41:32 PM | Outgoing Call |
| 120 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:43:14 PM | Outgoing Call |
| 121 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:45:44 PM | Outgoing Call |
| 122 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:46:08 PM | Outgoing Call |
| 123 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:46:53 PM | Outgoing Call |
| 124 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:47:35 PM | Outgoing Call |
| 125 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:49:03 PM | Incoming Call |

GOVERNMENT EXHIBIT

| CASE NO. | 16-20187-CR-UU |
|---|---|
| EXHIBIT NO. | 9-10 |

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd) | |
|---|---|---|---|---|---|---|
| 126 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:58:44 PM | Outgoing Call |
| 127 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 03:59:22 PM | Outgoing Call |
| 128 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 04:03:54 PM | Outgoing Call |
| 129 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 04:05:21 PM | Outgoing Call |
| 130 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 04:05:42 PM | Outgoing Call |
| 131 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/05/2014 04:06:38 PM | Outgoing Call |
| 132 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 03:27:56 AM | Outgoing Call |
| 133 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 03:30:40 AM | Outgoing Call |
| 134 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 03:36:28 AM | Outgoing Call |
| 135 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 03:38:47 AM | Outgoing Call |
| 136 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 03:40:32 AM | Outgoing Call |
| 137 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 03:44:53 AM | Outgoing Call |
| 138 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 04:35:08 AM | Outgoing Call |
| 139 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 04:36:19 AM | Outgoing Call |
| 140 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 04:37:31 AM | Outgoing Call |
| 141 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 04:38:56 AM | Outgoing Call |

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-11

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd | |
|---|---|---|---|---|---|---|
| 142 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 08:55:51 AM | Outgoing Call |
| 143 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 08:57:17 AM | Outgoing Call |
| 144 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 08:58:45 AM | Outgoing Call |
| 145 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 09:01:29 AM | Outgoing Call |
| 146 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 09:58:14 AM | Outgoing Call |
| 147 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 10:34:03 AM | Outgoing Call |
| 148 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/14/2014 10:36:10 AM | Outgoing Call |
| 149 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 02:43:34 PM | Outgoing Call |
| 150 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 02:44:43 PM | Outgoing Call |
| 151 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 02:45:22 PM | Outgoing Call |
| 152 | manuelperez762 | manuelperez762 | +13053570352 | +13053570352 | 06/16/2014 02:46:33 PM | Outgoing Call |
| 153 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 02:51:04 PM | Outgoing Call |
| 154 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 02:53:34 PM | Outgoing Call |
| 155 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 02:54:32 PM | Outgoing Call |
| 156 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 02:57:52 PM | Outgoing Call |

**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-12

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/y | |
|---|---|---|---|---|---|---|
| 157 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/16/2014 03:00:22 PM | Outgoing Call |
| 158 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 12:27:36 PM | Outgoing Call |
| 159 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 12:37:00 PM | Outgoing Call |
| 160 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 12:38:24 PM | Outgoing Call |
| 161 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 12:40:36 PM | Incoming Call |
| 162 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 12:51:06 PM | Incoming Call |
| 163 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 12:54:06 PM | Outgoing Call |
| 164 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:01:18 PM | Outgoing Call |
| 165 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:02:14 PM | Outgoing Call |
| 166 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:05:58 PM | Incoming Call |
| 167 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:06:18 PM | Incoming Call |
| 168 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:09:53 PM | Incoming Call |
| 169 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:22:22 PM | Incoming Call |
| 170 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:42:35 PM | Outgoing Call |
| 171 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:43:00 PM | Incoming Call |
| 172 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:43:47 PM | Incoming Call |

| Record | Local Username | Profile Name | Remote User ID | Remote User Display Name | Started Date/Time - (UTC) (MM/dd/yyyy) | Call Type |
|---|---|---|---|---|---|---|
| 173 | manuelperez762 | manuelperez762 | marlenmayorga | marlenmayorga | 06/19/2014 01:45:47 PM | Incoming Call |

**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 9-13

| Skype Name | Full Name | Email(s) | Profile Created On Date/Time | Birthday | City | Profile Last Modified On Date/Time | Avatar Timestamp Date/Time | Source |
|---|---|---|---|---|---|---|---|---|
| manuelperez762 | Manuel Perez | manny2grditos@yahoo.com | 12/18/2010 0:40 | 19770818 | Miami | 11/5/2012 18:20 | 5/3/2014 2:27 | 2015-95-1.E01 - Partition 2 (Microsoft NTFS, 285.3 GB) (All Files and Folders) - [ROOT]\Users\ISMAEL PEREZ\AppData\Roaming\Skype\manuelperez762\main.db |



GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 9-14