## LNK Files

| Record | Linked Path | Created Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|
| 250 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc vanessa anal completo (2).mpg | |
| 252 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc tres niñas(2).mpg | |
| 281 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc-02.mpg | |
| 296 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___!! phtc compilación de niñas cogidas de a perrito(2).wmv | |
| 297 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___bdsm - raping on the bus3(3).wmv | |
| 298 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___brutally fucked.mov | |
| 300 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___maldito hijo de puta violador ahora te toca a ti.wmv | |
| 301 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___nude lost pthc daughter phtc, cute 12 year old(2)(3).mov | |
| 302 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc (hussyfan) new!! old man 58yr fuck a young girl 16yr privat(2).wmv | |
| 311 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc niñas lesbianas(altas pajas me echo con este videito)(2).mpg | |
| 312 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc-amusing-kids - katia 2.mpg | |
| 313 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___stickam vichatter 2011-04-30_adelya_kamilyanova(5).wmv | |
| 314 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter 11 anos meio gordinha(3)(2).wmv | |
| 316 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___women and guys - phtc.avi | |
| 375 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (50).mpg | |
| 385 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___privado warrior 5y kleuterkutje kingpass ptsc mylola lsm bd-company +++++(2).mpg | |
| 386 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc tres niñas(2)(2).mpg | |
| 387 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc vanessa anal completo.mpg | |
| 388 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc_try1_2008_screenshow_file_pleaseshare new 2-5y girls.mpg | |
| 391 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc niñas lesbianas(altas pajas me echo con este videito)(3).mpg | |
| 409 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___porno infantil extremo_niñitas cojidas(2).mpg | |
| 425 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc jenniefer sofie actually fucking 02(2).mpg | |
| 427 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc kinderkutje realfck 2(2).avi | |
| 428 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc mom.avi | |
| 437 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___((kingpass)),hussyfan, pthc emma 14yr old sweden msn webcam fun #1 new!!(2)(3).wmv | |
| 438 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___((pthc-hussyfan-sex kid)((sofia 8 años))con sus datos-diviertanse(2).wmv | |
| 439 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___brand new 2008 pthc (kingpass hussyfan kleuterkutje kinder)101 cumshots revised by harrier_wmv v9_001(2)(2).wmv | |
| 440 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___nena 10 años brutalmente penetrada.wmv | |
| 441 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc parents(2).mpg | |
| 442 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc student(2).avi | |
| 443 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___porno infantil extremo_niñitas cojidas(3).mpg | |
| 444 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pjk kdv phtc [boy+man] 12y_cum_full-boy sucks complete.avi | |
| 445 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___polina vichatter bate(3).avi | |
| 446 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___porno infantil_niña 10 años no le entra(2).mpeg | |
| 447 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___preciosa niña 10 años culiada.avi | |
| 448 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___preciosa niña 10 años(2).avi | |

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 10

| Record | Linked Path | Created Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|
| 449 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___preciosa niña 10 años.avi | |
| 450 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___violacion niña de 10 años brutal.mpg | |
| 451 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc - alicia 11 años anal con papa [3m03s].mpg | |
| 452 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___privado warrior 5y kleuterkutje kingpass ptsc mylola lsm bd-company +++++ - good(2).mpg | |
| 453 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc - emily 9 años cojida por padrastro [14seg].wmv | |
| 454 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___privado warrior 5y kleuterkutje kingpass ptsc mylola lsm bd-company +++++(2)(2).mpg | |
| 455 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___webcam - vichatter laurenp296.avi | |
| 456 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___webcam cuties vichatter stickam chatzzpl kidcam part 1 [by dr ozz].avi | |
| 457 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc - infantil niña 9 años vestido rosado video porno-146 [10m26s].mpg | |
| 458 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc 2014 mell 5y.avi | |
| 459 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc 2014 webcam omegle vichatter skype two girls 2girls(2)(2).avi | |
| 460 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc 2014 webcam omegle vichatter skype two girls 2girls(2).avi | |
| 461 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc hussyfan sdpa lolipop good to avi pthc hussyfan sdpa lolipop good to avi a private casting 20 excellent super extra pierre woodman.avi | |
| 462 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc webcam - vichatter girl 01.avi | |
| 463 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___rusita mamadora la bañan de leche.mpeg | |
| 464 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___sally 9 yrs(2).avi | |
| 465 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___sally 9 yrs.avi | |
| 466 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___stickam - anon 004 girl pussy vichatter b&e07 2011.avi | |
| 467 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___stickam - anon 007 girl pussy vichatter 2011 b02.avi | |
| 468 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___webcam cuties vichatter stickam chatzzpl kidcam part 2(2).avi | |
| 469 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___t-329744384-ls magazine hussyfan) (kingpass)(r@y gold)(pthc) moscow 10-2 (peter boil)(2).avi | |
| 470 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___thailand little prostitute(2).avi | |
| 471 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___thailand little prostitute.avi | |
| 472 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___valya - -map-new!! pthc - kids sex -- ptsc pthc kingpass hussyfan babyj jenny babyshivid vicky r_mpeg1video.mpg | |
| 473 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter 2011-04-13 14 anya rutkovskaya.avi | |
| 474 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___xxx-niña 9 años -video porno-(2).mpg | |
| 475 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter 23 05 2011 olesia.avi | |
| 476 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter blackdress-webcam 5m23s.avi | |
| 477 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter pthc omegle webcam stickam 2011-02-24_sofka_safonova and her little brother.avi | |
| 478 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter st anna.avi | |
| 479 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter webcam 2011 pthc chubby girl.avi | |
| 480 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter_03_11_2011_mashechka_and_friends(3).avi | |
| 481 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___video0045.avi | |
| 482 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___xxx-niña 9 años -video porno-146.mpg | |
| 483 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___xxx_katrina 10 años cogida.wmv | |
| 484 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___xxx_niñas asiaticas prostituidas_porno infantil.avi | |
| 491 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 493 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 xvid(3)(4).avi | |
| 498 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc kinderkutje realfck 2.avi | |

| Record | Linked Path | Created Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|
| 503 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc new secundaria en metro highschool 13 yr subway(5).3gp | |
| 517 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc ty03 12yrs(2).mpg | |
| 814 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc niñas lesbianas(altas pajas me echo con este videito).mpg | |
| 844 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc parents.mpg | |
| 847 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc student.avi | |
| 850 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc tara (complete).wmv | |
| 1040 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___((hussyfan)) 8y and 6y eating cum part 1.avi | |
| 1193 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 1221 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 1265 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 1314 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 1375 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___!! phtc compilación de niñas cogidas de a perrito(2).wmv | |
| 1376 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___bdsm - raping on the bus3(3).wmv | |
| 1377 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___brutally fucked.mov | |
| 1378 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___little nice body.wmv | |
| 1379 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___maldito hijo de puta violador ahora te toca a ti.wmv | |
| 1380 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___nude lost pthc daughter phtc, cute 12 year old(2)(3).mov | |
| 1381 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc (hussyfan) new!! old man 58yr fuck a young girl 16yr privat(2).wmv | |
| 1382 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc-amusing-kids - katia 2.mpg | |
| 1394 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc ????? ??????? 12 ???(3).mpeg | |
| 1395 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc tres niñas(2).mpg | |
| 1400 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___stickam vichatter 2011-04-30_adelya_kamilyanova(5).wmv | |
| 1401 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter 11 anos meio gordinha(3)(2).wmv | |
| 1402 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___vichatter_v060.wmv | |
| 1403 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___women and guys - phtc.avi | |
| 1404 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc 2012 11y beauty russian ass (expuntitos).avi | |
| 1405 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___tarkovski_andrei rublev (1)_russian_spanish subt.avi | |
| 1406 | | |

| Record | Linked Path | Created Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|
|  | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___rbm - 74 (kdv rbv russian measure dick).mpg |  |
| 1407 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___real drunken girls - lena (realdrunkengirls com)(drunk young russian girl w.avi |  |
| 1408 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___rhs.mpg |  |
| 1409 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___rihanna - russian roulette (dvdrip 2009 jb59).avi |  |
| 1410 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___rihanna - russian roulette hd.avi |  |
| 1411 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian - very cute girl tied to coffe table (bdsm).avi |  |
| 1412 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian folk orchestra moscow - joke on russian theme.avi |  |
| 1413 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian forced sex of secretary.avi |  |
| 1414 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian homevideo - homemade orgy in student party completo.avi |  |
| 1415 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian institute 12.avi |  |
| 1416 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian institute lesson 16.avi |  |
| 1417 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian institute lesson 6 (ellen saint, liliane tiger, sandy, sophie moon, lea magic, laura lion, nadine jennifer stone.avi |  |
| 1418 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian mom and son 45 - inzest porno.avi |  |
| 1419 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian mom milf clip.avi |  |
| 1420 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian mom son 67 ugly bitch small tits.avi |  |
| 1421 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___xxx - three young russian girls and an old man(2).mpg |  |
| 1428 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc parents.mpg |  |
| 1434 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc student.avi |  |
| 1437 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian porn party 2004.avi |  |
| 1438 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian toilet spycam piss non stop (incl biggest anus ever)274.avi |  |
| 1439 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___russian_basicburningvideo.avi |  |
| 1440 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___young russian forced - ostry sex.avi |  |
| 1441 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___[boy+man] [mb] - russian blonde boy p1.wmv |  |
| 1442 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___the matures - russian mom son 013482.avi |  |
| 1443 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___they drunk mary (drunk girl russian amateur porn sex)(theydrunk)(2).avi |  |
| 1444 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___very saggy and dry small tits hot russian mature anorexic giirl, chica anorexica.avi |  |

| Record | Linked Path | Created Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|
| 1445 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___voyeur-russian_nudism_131003.avi | |
| 1447 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___[???][??]russian amateur hidden camera.avi | |
| 1583 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc parents.mpg | |
| 1650 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc parents.mpg | |
| 1732 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc niñas lesbianas(altas pajas me echo con este videito).mpg | |
| 1753 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc student.avi | |
| 1800 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 1866 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 1904 | C:\Program Files\Hewlett-Packard\Shared\WizLink.exe | |
| 1934 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc mom.avi | |
| 1972 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 2020 | C:\swsetup\AppInstl\HPSoftwareSetup.exe | |
| 2084 | C:\Program Files\Hewlett-Packard\Shared\WizLink.exe | |
| 2211 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___phtc girl vichatter 2013 (61).mpg | |
| 2361 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___20_surprise_eggs_toys_huevo_kinder_unboxing_gonzalomedin_small.3gp | |
| 2362 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___s e n s - pale blue story ~ 5years after.avi | |
| 2366 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___15 años el papa ruso coje rico a su hija pthc - russian dad and daughter sex pthc(2).avi | |
| 2367 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___15 años el papa ruso coje rico a su hija pthc - russian dad and daughter sex pthc.avi | |
| 2368 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___15 year old young thai girls licking and sucking pussy write me(2)(2).avi | |
| 2369 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___17 russian mom & son (matsed).avi | |
| 2384 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___s e n s - pale blue story ~ 5years after(2).avi | |
| 2386 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___$rf9j86s.avi | |
| 2389 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___18 year old russian virgin vika sex dreams come true.avi | |
| 2390 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___18 years(2).avi | |
| 2391 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___18-u.avi | |
| 2392 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___18.avi | |
| 2393 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___su maturaleza las delata(2).avi | |
| 2394 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___18virginsex very cute russian blonde 2.wmv | |
| 2395 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___1russian xxx porno 2006 hot stories - vol 03 - girls alone home 1.avi | |
| 2397 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___21.mpg | |
| 2398 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___2_big horse (animal zoofilia largporn [russian].avi | |
| 2399 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___3 xxx marc dorcel - russian institute lesson 1 (sex, porno, lesbian, gang bang, gay, trans, anal).avi | |
| 2401 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___4 adolescente.avi | |
| 2402 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___bel ami - boys night.mpg | |
| 2403 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___aletta ocean_ellen saint_julie_silver_anal russian institute lesson.wmv | |
| 2404 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___porno russian xxx family sex mov.mpg | |
| 2405 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___51e5db7d72e01aa77dde1c41ccc3e619 - 2012 crying falko girl group man ptsc russian sound woman.mpg | |
| 2406 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___7 real drunken girls - pussy and ass drilling (realdrunkengirls) - 26 min.wmv | |

| Record | Linked Path | Created Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|
| 2409 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___a hairy mature big bush pussy russian maduras.mpg | |
| 2410 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___asian street meat - russian natasha anal.mpg | |
| 2411 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___a pthc russian 81.avi | |
| 2412 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___aarussian_swingers_party.wmv | |
| 2413 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___ass licking russian rimming rimjob (2).mpg | |
| 2414 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___aletta ocean & sofia valentine - russian institute lesson 10 holidays scene8.avi | |
| 2415 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc young nudist uliana and family- russian bare.mpg | |
| 2416 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___amateur from perugia - new - italy493.mpg | |
| 2417 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___amateur russian mature woman young man sex in bed (18 13).avi | |
| 2418 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___aneli-in-water.avi | |
| 2419 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___animal sex - beastmaster - pregnant wife whit dog.mpg | |
| 2420 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___bibcam (gay young boys pjk).mpg | |
| 2421 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___arina dreams 161 - corona bottle hussyfan bd company lsm ls magazine.avi | |
| 2422 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___creampie hunnies - unnamed girl (creampiehunnies amateurcreampie russian cream pie).mpg | |
| 2423 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___dfr.mpg | |
| 2424 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___beautiful russian mom mmmmf sex sexe porn porno mature.wmv | |
| 2426 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___private sister seduces and fuck brother.avi | |
| 2427 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___dirty_families_-_russian_father_daughter_sex_in_the_shower.mpg | |
| 2429 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___mf 12 yo russian fuck kdv pthc (2).mpeg | |
| 2430 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___bibcam - kdv - pjk - pthc - rbv (42) (2)(2).mpeg | |
| 2431 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___blond russian milf - fisting and anal threesome.wmv | |
| 2432 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___boy 12yr bathroom kdv pjk niño naked russian 12y yo rbv(2).avi | |
| 2433 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___casting pierre woodman-eva y brigitta (hungría).avi | |
| 2434 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___casting x woodman - 2 hairy russian girls(2).avi | |
| 2435 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___chiara fucks with her boy.avi | |
| 2436 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___cuando el hijo hace gimnasia.mpg | |
| 2437 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___colegialas.avi | |
| 2438 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___cuentos swinger old&young (maturescreen) russian mom and son na°43.avi | |
| 2439 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___niña rusa de 14 años351.avi | |
| 2440 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___isabella anal orgasm - smashcom - russian girl vivid porn star & cd girls shaved pussy natural br57.mpg | |
| 2441 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___family mother russian mom with dad and son - inzest porno.wmv | |
| 2442 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___galitsin yulia nova sauna (russian huge tits small waist).mpg | |
| 2443 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___film x - 6147.mpg | |
| 2444 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___lesbians - two young russian girls experience lesbian lust.mpg | |
| 2445 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___novios rusos ii(a).avi | |
| 2446 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___nudist camp - 0 01 29.mpg | |
| 2447 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___gay porn - (man) russian dad fucks boy 3 3 (bareback).avi | |
| 2448 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___hard porn russian.avi | |
| 2449 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___hermanos 001.avi | |
| 2450 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___hermoza mucarna rusa (a).mpg | |
| 2451 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___his sleeping mom.avi | |
| 2452 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___hussyfan - dasha debut russian pthc.avi | |
| 2453 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___r of a russian girl she's tied and forced to suck and fuck - crying a lot violent brutal hardcore sex.avi | |
| 2454 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___taboo russian mom ( no spam man real granny sex).avi | |
| 2455 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___little cinderella.mpg | |
| 2456 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___marc dorcel - russian institute lesson 3 (priscila sol, anetta keys, sandra shine).avi | |
| 2457 | | |

| Record | Linked Path | Created Date/Time - (UTC) (MM/dd/yyyy) |
|---|---|---|
|  | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___marc dorcel - russian institute lesson 8.avi |  |
| 2458 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___mature - russian mom alana & son inzest porno.avi |  |
| 2459 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___mature russia creampie - moms-alc young mature redhead russian mom sucks, fucks (wc), rides to ass cumshot at yellow bed - mamayahochute.avi |  |
| 2468 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___!!!suertuudoo.avi |  |
| 2470 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___mature russian wife ready for young lover homemade amateur sex anal.avi |  |
| 2471 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pete(4).mpg |  |
| 2472 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pillados spy cam 605mb wc russian college.avi |  |
| 2473 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___porno casero (rusia).avi |  |
| 2474 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___prywatne filmy erotyczne sex porno(4)(2).mpg |  |
| 2475 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc - olaf framke collection v8589 (2)(2).avi |  |
| 2476 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc - russian lelia (10) - daddy does her 3 times.mpg |  |
| 2477 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___pthc 2012 11y beauty russian ass (expuntitos).avi |  |
| 2485 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___!!!new!!! (pthc) lena daughter giving blowjob 06 (map).wmv |  |
| 2488 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___(pthc) brand new 2008 (kingpass hussyfan kleuterkutje kinder)101 cumshots revised by harrier.wmv |  |
| 2489 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___favoritos de leche.wmv |  |
| 2490 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___katrin_7 años_mi papi me coje_xxx.wmv |  |
| 2491 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___nena 10 años brutalmente penetrada.wmv |  |
| 2523 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___004(2)(2)(2).wmv |  |
| 2524 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___004.wmv |  |
| 2525 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___1 cole.3gp |  |
| 2528 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___anal, departamento de sonsonate, el salvador - videos violacion infantil porno sexo anal telo chol(2)(2)_wmv v9.wmv |  |
| 2529 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___15(2).mpeg |  |
| 2530 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___0 3a otages(2).avi |  |
| 2531 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___1 (37)(3).avi |  |
| 2532 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___1(2)(2)(2).mpg |  |
| 2533 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___0(2)(2).mpg |  |
| 2534 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___03(2).avi |  |
| 2535 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___15)(4)(2).avi |  |
| 2536 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___dc125.mpg |  |
| 2537 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___(animal sex bestiality) - real lesbian bestiality - girl and dog.wmv |  |
| 2538 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___holocusto canibal - acrotomofilia zoofilia.avi |  |
| 2539 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___13 mins start at 2 mins - yonung wife gets bred by dog(2)(2).mpg |  |
| 2540 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___17.mpg |  |
| 2541 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___4 violacion 2 0 37.mpg |  |
| 2542 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___18yr girl cries in pain.avi |  |
| 2543 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___2-de frente com ela.mpg |  |
| 2544 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___23lession no5.avi |  |
| 2545 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___28x semanas despues.avi |  |
| 2546 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___30 millions d'amis - 4.mpg |  |
| 2547 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___asertyu.mpg |  |
| 2548 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___beautiful busty polish girl drugged and invaded(3).avi |  |
| 2549 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___62(2).avi |  |
| 2550 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___abducted girl forced to be sex slave.mpg |  |
| 2551 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___brutal violence drugged by drink to abuse212.mpg |  |
| 2552 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___blonde girl in skirt.mpg |  |
| 2553 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___caballo montando a tia como a una yegua,porno,sexo,horse.mpg |  |
| 2554 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___crazycow - paola with a husky [animal, beast, bestiality, zoo, farm, barn, dog sex fuck].avi |  |
| 2555 | C:\Users\ISMAEL PEREZ\Desktop\My Shared Folder\___ARESTRA___cruel money russian incape dh (2).avi |  |