Downloads from HP Pavilion



GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 11

| Download Finished | Title | Artist | Album | Category | Comment | SHA1 Hash |
|---|---|---|---|---|---|---|
| 2/24/2013 18:57 | Kdv - rbv - pedo --- 09 --- sk --- starskysh --- man - boy 12yo | Pjk | Pthc | erotica | if u dont trade ur BLOCKED | A567D5517A0B87C1539898ED039278CA7B585AA4 |
| 2/24/2013 19:37 | Teen lolita | PTHC GOOD! Fucking 12yo | German | erotica | this isn't bangbus...its not | 2606B3744AC5B7D43609658462FC6E8BA6A9B859 |
| 2/24/2013 19:37 | Violacion de una niña rusa de 14 años | Videos porno | Russian tied up 13 yo | pthc | buena | 8AECB78B325AB625F0E69043150D54B63D9EE9EB |
| 2/24/2013 19:40 | 9 yr old with man | PTHC | | kids & family | DOESNT PLAY | FF5966787AFF00795D077DDF909BAA1EB5AAE3AF |
| 2/24/2013 19:46 | Vicky r@ck 55s 5yo enjoys gentle pedo fuck from very big dick | Babyj | Dad & 5yr old daughter | erotica | i cant believe this guy, | 8311C0194F16FCEEA47ACB3CE1E4B12511DB3029 |
| 2/24/2013 19:57 | 6yr girl with 17 yr boy dub | Pthc mes4 | | | | A35BBE4EC680B563B5C9363CD3A9AEFF4A333DE6 |
| 2/24/2013 21:58 | 07 pthc new | PreRelease Movies | Hits | Video | Hits | 9DE42C68582774420990449E5AA6EB1A6F1798B8 |
| 3/3/2013 17:50 | Innocence lost pthc pedo 2 | PTHC | Sdpa gay | erotica | 3yo or 4yo real good | DE3FD98FD4527784BC207B89ECF858BEEF3C8E1B |
| 3/3/2013 17:56 | Video 4 private 7yo | Pedo r@ygold pthc new | Hussyfan pthc r@ygold | erotica | | 9178F8570A72F599620DD3679610F0D379D61C55 |
| 3/3/2013 17:56 | 2 raygold brasil aaaaa pedofilia nobull hairy fat dad pretty l | Pedo | Erotica | erotica | | 7FFBD0D152206E9DDB84713F504920010773ED9A |
| 3/3/2013 17:57 | niña sexo anal 11 yr vicky | Pedo | Pedo | erotica | uffffff | 8FFEC64530BBE12E4FCF6C8EDF9AAB7FC88EB5A4 |
| 3/3/2013 18:01 | 10 yrs-old!!! | Pedo | Age 8 | | | CCB0C2262E7800EBF12B576CF53A02991CB87C8E |
| 3/3/2013 18:09 | 11 year old kids having sex | Pedo | Pedo | erotica | sucks | 2EEE0C8FB44FE6BD2850919C7DC6263AF3CD6432 |
| 3/3/2013 18:26 | 109 pedofilia 13yr dad 1m50s | R@yGold Style | R@ygold | erotica | MUY BUENA | 14DD24554B866185CCF67FCF9AFD73AAF0EF49CA |
| 3/3/2013 18:38 | vicky pura mamada szsz 11 448 2 2 | PEDO | Suck | | Pedofilia!!!! | E8F758B4D481C02AC44F449C5C3AA66BD8E53C82 |
| 3/3/2013 18:45 | Japanese 10yo boy and 11 yo girl | Pedo | 2 pedo | erotica | the are realy realy kids of 11yo having | 3FABACC09764A155C71F327A5A584F14A6824D2D |

Downloads from HP Pavilion

| Date/Time | Title | Col3 | Col4 | Col5 | Col6 | Hash |
|---|---|---|---|---|---|---|
| 3/3/2013 19:06 | 10 yo forced sex | Pedo | Pedofilia | kids & family | sucks | 6DE35BCB26907F0E0E5956 43891F2C3DBCC65B25 |
| 3/3/2013 19:22 | Dee & desi r@ygold filme completo | Pedo | Pedo | erotica | | B37E69B7A3A91DE4AA178 1A6F4A149C932275B20 |
| 3/3/2013 20:04 | Raygold home video | R@ygold | GGG | erotica | Gorgouse blonde girl dances into getting | 61B2A56F3CD435E996AF12 E2C7BE6051D77700F2 |
| 3/4/2013 7:56 | 20 Lucky Dube | Video | Movie Hits | Video | The Best Films of 2012 | D6E35D3A474F94D883F8D 87666E46E9201F2C5B9 |
| 11/14/2013 23:47 | Rogol pengakap sekolah rendah | Phtc asian | Malay | | | 91B3545F4872292552680B 397C9C86D3A24ADD01 |
| 11/14/2013 23:50 | phtc 09 years old vicky beginning mummy oral striping | Pthc | Mamada de mi sobrina de | erotica | THE Real Vicky - she looks like she's about | 1984A0ABB418E93527FC04 9C31429A29C0F4B2AD |
| 11/15/2013 0:17 | St petersburg russian cum in eye | Cumshot phtc | Aye7 | erotica | ES MUY HERMOSO VERLO, ES BELLISIMA | E9688A8C844A2814F0D798 8BAA0234565A795184 |
| 11/15/2013 0:21 | Phtc girl vichatter 2013 | | | | | 1AF39F8229B617E6587A77 21DB0D562EDF7EF9A5 |
| 11/16/2013 15:35 | Kids - Katia 2 | Phtc | Amusing | | | DDA22532F769C31EB86F6 7A7235A0B18326274EC |
| 2/16/2014 14:50 | Meninas russas 11 e 12 anos brincan de sexo | Phtc ninas rusas de 10 y 11 anos | | erotica | | 5CE34631CBCDD7ED8B60A 72D5A317626448250DC |
| 2/16/2014 15:03 | Adolesc colegial loiras mafiasex hussyfan pthc r@10 | Sexo | | | | 5F6CFA3CFBBEB96A6C7F62 1EFE905CC0B16225F6 |
| 2/16/2014 15:05 | 11y 12y 3 niñas | Phtc ok ls magazine lsm | | 7 | erotica | 0F451923A7A13F99B3934B CB4574A7A383C59D11 |
| 2/16/2014 15:12 | Novinha de 12 (pthc) | Hussyfan pthc colombia girl | BKR | erotica | Niña pequeña cogida por primera vez | FB0DE72804E9E2B2172900 BEA10E58340CF3A823 |
| 2/16/2014 15:22 | hussyfan pthc colombia girl sexo infantil 3 | | | | | B421E7E094709D0137A2A 8B865F518E1F28787C8 |