## 1) System Owner Information

|   | Name | | Value Text |
|---|---|---|---|
| 1 | Product Name | 09/14/15 03:43:21 PM | Windows 7 Starter |
| 2 | Product ID | 09/14/15 03:43:21 PM | 00342-OEM-8992752-30008 |
| 3 | Current Version | 09/14/15 03:43:21 PM | 6.1 |
| 4 | Current Build Number | 09/14/15 03:43:21 PM | 7601 |
| 5 | Registered Owner | 09/14/15 03:43:21 PM | ISMAEL PEREZ |
| 6 | Registered Organization | 09/14/15 03:43:21 PM | HP |
| 7 | System Root | 09/14/15 03:43:21 PM | C:\windows |
| 8 | Path Name | 09/14/15 03:43:21 PM | C:\windows |
| 9 | Install Date | 09/14/15 03:43:21 PM | Fri, 02 Nov 2012 19:28:24 GMT |
| 10 | Shutdown Time | 10/14/15 10:37:39 PM | Thu, 15 Oct 2015 02:37:39 GMT |

GOVERNMENT EXHIBIT

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 16 GHP

## 2) Time Zone

|   | Name | Value Text |
|---|---|---|
| 1 | Standard Time | Eastern Standard Time |
| 2 | Standard Time is set to change on | Month: 0 - Sunday: 0 - Time: 00:00 |
| 3 | Daylight Time Bias | +1 |
| 4 | Daylight Savings | Eastern Daylight Time |
| 5 | Daylight Savings is set to change on | Month: 0 - Sunday: 0 - Time: 00:00 |

## 3) User Accounts

|   | Name | User Name | Comment | Last Logon Date |
|---|---|---|---|---|
| 1 | Administrator | Administrator | Built-in account for administering the computer/domain | 03/01/12 05:37:10 AM |
| 2 | Guest | Guest | Built-in account for guest access to the computer/domain | |
| 3 | ISMAEL PEREZ | ISMAEL PEREZ | | 10/14/15 09:16:06 PM |

EnCase – HP Pavilion

## User Accounts

### 1) User Accounts

|   | Name | User Name | Comment |
|---|---|---|---|
| 1 | Administrator | Administrator | Built-in account for administering the computer/domain |
| 2 | dexter | dexter | |
| 3 | Guest | Guest | Built-in account for guest access to the computer/domain |
| 4 | HomeGroupUser$ | HomeGroupUser$ | Built-in account for homegroup access to the computer |

|   | Last Logon Date |
|---|---|
| 1 | 03/02/12 07:04:48 PM |
| 2 | 10/12/15 09:56:30 PM |
| 3 | |
| 4 | |

## Operating System Artifacts

### 2) Operating System

|   | Name | Last Written | Value Text |
|---|---|---|---|
| 1 | Product Name | 03/28/15 06:00:11 PM | Windows 7 Home Premium |
| 2 | Product ID | 03/28/15 06:00:11 PM | 00359-OEM-8992687-00010 |
| 3 | Current Version | 03/28/15 06:00:11 PM | 6.1 |
| 4 | Current Build Number | 03/28/15 06:00:11 PM | 7601 |
| 5 | Registered Owner | 03/28/15 06:00:11 PM | dexter |
| 6 | Registered Organization | 03/28/15 06:00:11 PM | Hewlett-Packard |
| 7 | System Root | 03/28/15 06:00:11 PM | C:\Windows |
| 8 | Path Name | 03/28/15 06:00:11 PM | C:\Windows |
| 9 | Install Date | 03/28/15 06:00:11 PM | Mon, 28 May 2012 01:35:30 GMT |
| 10 | Shutdown Time | 10/12/15 10:44:32 PM | Tue, 13 Oct 2015 02:44:32 GMT |

## Time Zone

### 3) Time Zone

|   | Name | Last Written | Value Text |
|---|---|---|---|
| 1 | Standard Time | 03/09/14 08:18:17 AM | Eastern Standard Time |
| 2 | Standard Time is set to change on | 03/09/14 08:18:17 AM | Month: 11 - Sunday: 1 - Time: 02:00 |
| 3 | Daylight Savings | 03/09/14 08:18:17 AM | Eastern Daylight Time |
| 4 | Daylight Savings is set to change on | 03/09/14 08:18:17 AM | Month: 3 - Sunday: 2 - Time: 02:00 |