| | |
|---|---|
| File Comments | e-mail message from 77manuelperez@comcast.net |
| Name | C:\Users\manny\AppData\Local\Microsoft\Windows Mail\Local Folders\Outbox\09E75471-0000000C.eml |
| Physical Size | n/a |
| Logical Size | 2164219 B |
| Accessed Date | n/a |
| Created Date | n/a |
| Path | 2015-95-10 - CD.iso/- [CDFS]/Session 1/Track 01/- [UDF]/MANNY-PC/Backup Set 2009-06-06 221705/Backup Files 2009-06-06 221705/Backup files 13.zip»C»Users»manny»AppData»Local»Microsoft»Windows Mail»Local Folders»Outbox»09E75471-0000000C.eml |
| MD5 Hash | 80b58baec9354258f02160b34e285f36 |
| SHA256 Hash | 5f051e660ae1b611e68c74b5bedde048aaa17a6c826c2243ddfac9a3d0c044bd |
| Exported as | Report_Files/files/3354.eml    (Binary link) |
| Attachment | work_058[1].jpg, work_071[1].jpg, work_071[1].exif.html |



GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 17



| | |
|---|---|
| Thumbnail | 2 |
| Name | ba16c360620ce13 |
| Physical Size | n/a |
| Logical Size | n/a |
| Accessed Date | n/a |
| Created Date | n/a |
| Path | 2015-95-10 - CD.iso/- [CDFS]/Session 1/Track 01/- [UDF]/MANNY-PC/Backup Set 2009-06-06 221705/Backup Files 2009-06-06 221705/Backup files 13.zip»C»Users»manny»AppData»Local»Microsoft»Windows»Explorer»thumbcache_256.db»ba16c360620ce13 |
| MD5 Hash | b2f763b5513d2ef631f9aceda340f00c |
| SHA256 Hash | b7c6004fe9e9391874441b632584ce625a39d49d8f341283abb7244afd4037a7 |
| Exported as | Report_Files/files/16587.jpg |

