

**16) Picture of me 1.png**

| | |
|---|---|
| Item Path | 2015-95-1\D\Users\ISMAEL PEREZ\AppData\Roaming\Skype\Pictures\Picture of me 1.png |
| File Created | 05/02/14 10:27:08 PM |
| Last Written | 05/02/14 10:27:09 PM |
| Last Accessed | 05/02/14 10:27:08 PM |
| MD5 | |
| Entry Modified | 05/02/14 10:27:09 PM |
| SHA1 | ba1d89430ab8a26a874b425423ef5f2cc5467289 |
| Comment | |

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 18



### 15) 1376850842329.jpg

| | |
|---|---|
| Item Path | 2015-95-1\D\Users\ISMAEL PEREZ\Pictures\1376850842329.jpg |
| File Created | 09/05/13 12:41:09 PM |
| Last Written | 10/01/13 10:32:38 PM |
| Last Accessed | 10/01/13 10:32:38 PM |
| MD5 | |
| Entry Modified | 06/09/14 12:55:15 PM |
| SHA1 | 1407acef2adf8cb1be1c6c151fb16663d0728be7 |



**18) IMG-20140419-WA0005.jpg**

| | |
|---|---|
| Item Path | 2015-95-1\D\Users\ISMAEL PEREZ\Pictures\Pictures\WhatsApp Images\Sent\IMG-20140419-WA0005.jpg |
| File Created | 06/23/14 02:35:03 AM |
| Last Written | 04/19/14 03:17:05 AM |
| Last Accessed | 06/23/14 02:35:03 AM |
| MD5 | |
| Entry Modified | 06/23/14 02:35:05 AM |
| SHA1 | c477c7ddbf957bc39e2ecc6c7b948f4112d58270 |

**20) IMG-20140419-WA0015.jpg**

| | |
|---|---|
| Item Path | 2015-95-1\D\Users\ISMAEL PEREZ\Pictures\Pictures\WhatsApp Images\Sent\IMG-20140419-WA0015.jpg |
| File Created | 06/23/14 02:35:04 AM |
| Last Written | 04/19/14 04:16:55 AM |
| Last Accessed | 06/23/14 02:35:04 AM |
| MD5 | |
| Entry Modified | 06/23/14 02:35:05 AM |



SHA1          84f6ab4173afbeebd4816aa8a4be447ad3d0440b