# INVOICE

FastSpring
8 E. Figueroa Street
Suite 240
Santa Barbara, CA 93101

orders@fastspring.com
W-9 Form

Product Support
http://www.freelimewiredownload.net
limeprodownloads@gmail.com



Government Exhibit
Case No. 16-20187-CR-UU
Exhibit No. 27-1

**Order ID : LMD130225-4721-92118**
**Paid In Full : Feb 25, 2013**

manuel perez
601 s crescent dr
hollywood, FL 33021
United States

| Description | Quantity | Amount |
|---|---|---|
| 2 Year Full Access & Support for only $19.49/year | 1 | $38.98 |
| | Subtotal | $38.98 |
| | Sales Tax | $0.00 |
| | **Total** | **$38.98** |

https://sites.fastspring.com/limewiredownload/order/invoice/LMD130225-4721-92118          3/14/2016

# INVOICE



FastSpring
8 E. Figueroa Street
Suite 240
Santa Barbara, CA 93101

orders@fastspring.com
W-9 Form

Product Support
http://www.freelimewiredownload.net
limeprodownloads@gmail.com

**Order ID : LMD150310-5528-69159**
**Paid In Full : Mar 10, 2015**

manuel perez
13215 sw 10 terrace
miami, FL 33184
United States

| Description | Quantity | Amount |
|---|---|---|
| 1 Year Access & Support for only $2.49/month | 1 | $29.88 |
| | Subtotal | $29.88 |
| | Sales Tax | $0.00 |
| | **Total** | $29.88 |



LMD150310-5528-69159

For LimePro - 1 Year Access & Support for only $2.49/month 1year $29.88 USD

**Created**
Mar 10, 2015 10:47 PM (UTC)

**Reference**
LMD150310-5528-69159

**Created**
Mar 10, 2015 10:47 PM

**Total**
$29.88 USD

**Tax**
$0.00 USD

IP Address: 76.109.123.104

**Recipient**
manuel perez
manny2grditos@yahoo.com
7863570352

13215 sw 10 terrace
miami, Florida 33184
United States

Charge on Visa 4447 9622 7312 4770

Receipt link: https://sites.fastspring.com/limewiredownload/order/invoice/LMD150310-5528-69159

**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 27-4

Thank you for your order.

You must now activate your software to unlock the download feature.

1) Open the software (if not already running) and click on the software's 'Control Panel' then click 'Enter Activation Code'.

2) The name you entered is: manuel perez

   The email you entered is: manny2grditos@yahoo.com

   Your Activation Code is: LP5W-4GHY-BV6T-RM57

3) You must now enter your Full Name, E-mail, and Activation code in the pop-up box. It is crucial that your name and E-mail are entered EXACTLY the same as when you submitted payment, or else our system will reject your submission.

4) Please check that all the information is correct and press 'Activate'. If done properly, your software will be activated, and a timer will be shown displaying the duration of your subscription and any previously attempted download will begin immediately.

**Reference**
LMD130225-4721-92118

**Created**
Feb 25, 2013 2:14 AM

**Recipient**
manuel perez
manny2grditos@yahoo.com Additional Orders
7863570352
 Edit
601 s crescent dr

**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU
EXHIBIT NO. 27-5

hollywood, Florida 33021
United States

Charge on Visa ending 4833-1200-4021-7532

IP Address: 98.64.164.173

Receipt: https://sites.fastspring.com/limewiredownload/order/invoice/LMD130225-4721-92118

2) The name you entered is: manuel perez

The email you entered is: manny2grditos@yahoo.com

Your Activation Code is: LP5W-4GHY-BV6T-RM57