4/7/2015 3:43 PM   FROM: United States Secret Service   TO: 305-863-5025   PAGE: 003 OF 005



**COMCAST**

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

April 7, 2015

**VIA FACSIMILE**

SA Michael Schnaider
United States Secret Service
10350 Northwest 112th Avenue
Miami, FL 33178
Fax: (305) 863-5025

Re: Subpoena
Comcast File #: 641557

Dear SA Schnaider:

    The Subpoena received on 4/6/2015 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: **76.109.123.104 assigned between 01/05/2015 at 19:23:30 UTC -05:00 and 03/24/2015 at 00:54:33 UTC -04:00.**

    Please note that Comcast can only associate the requested IP Address with the below subscriber from 01/05/2015 at 19:23:30 UTC -05:00 to 02/19/2015 at 20:27:19 UTC and from 03/01/2015 at 15:33:12 UTC to 03/24/2015 at 00:54:33 UTC -04:00. Upon receipt of the Subpoena we initiated our investigation. We discovered that the log files we use to make subscriber account identifications were either incomplete or contained an error associated with the registration of the cable modem or other device in question. Therefore, Comcast cannot identify the subscriber account associated with this request from 02/19/2015 at 20:27:20 UTC to 03/01/2015 at 15:33:11 UTC.

    Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | MARLENE MAYORGA |
| Service Address: | 13215 SW 10TH TER |
| | MIAMI, FL 33184 |
| Telephone #: | 786-357-0352 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8495600402303970 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| IP History: | See Attached |
| MAC Address: | 90:b1:34:c6:f7:c8 |
| E-mail User Ids: | marlene3970 |
| | (The above user ID(s) end in @comcast.net) |
| Method of Payment: | Statement sent to above address |

    If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,
Comcast Legal Response Center



GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 28

4/7/2015 3:43 PM   FROM: United States Secret Service   TO: 305-863-5025   PAGE: 004 OF 005

## IP HISTORY
### Comcast File #: 641557

| IP Address | Lease Grant (UTC) | Lease Expiration (UTC) |
|---|---|---|
| 76.109.123.104 | 03/01/2015 15:33:12 | * |
| 76.109.123.104 | 10/10/2014 22:35:53 | 02/19/2015 20:27:19 |

\* **Report generated on 04/07/2015 12:35:41** - All times are shown in UTC.



Legal Response Center
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

July 1, 2015

<u>**VIA UPS**</u>

SA Michael Schnaider
United States Secret Service
10350 Northwest 112th Avenue
Miami, FL 33178

Re: Subpoena
Comcast File #: 663092

Dear SA Schnaider:

The Subpoena received on 6/30/2015 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: **76.109.123.104 assigned from 1/5/2015 to 6/24/2015 at the specific dates and times listed in the attachment to the Subpoena.**

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | MARLENE MAYORGA |
| Service Address: | 13215 SW 10TH TER |
| | MIAMI, FL 33184 |
| Telephone #: | 786-357-0352 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8495600402303970 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| IP History: | See attached |
| Mac Address: | 90:b1:34:c6:f7:c8 |
| E-mail User Ids: | marlene3970 |
| | (the above user ID(s) end in @comcast.net) |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center

| IP Address | Lease Grant (UTC) | Lease Expiration (UTC) |
|---|---|---|
| 76.109.123.104 | 03/03/2015 09:17:18 | * |
| 76.109.123.104 | 03/1/2015 15:33:12 | 03/03/2015 21:17:17 |
| 76.109.123.104 | 01/03/2015 01:55:04 | 02/19/2015 20:27:19 |

\* **Report generated on 07/01/2015 12:06:49** - All times are shown in UTC.