CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447    4770
December 22, 2015 to January 21, 2016

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-1

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $252.85 |
| Payments | - | $99.95 |
| Other Credits | - | $0.99 |
| Purchases | + | $170.57 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $9.95 |
| Interest Charged | + | $7.86 |
| New Balance | | $340.29 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 01/21/16 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call              1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $340.29 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 02/17/16 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 months | $402.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 2444500B32XJZEV37 | 12/21 | 12/22 | DOMINO'S 4286    540-819-7869 VA | 26.93 |
| 2416405B5B01LH6ZS | 12/22 | 12/22 | EXXONMOBIL   97579569 MIAMI FL | 47.37 |
| 2423168B7TW8ZE8B1 | 12/24 | 12/24 | SUNOCO 0437451800 CHRISTIANSBUR VA | 44.50 |
| 2469216B6006YRQ7A | 12/24 | 12/24 | CHEVRON 0044108 DARIEN GA | 51.77 |
| F572700CK000FR | 01/03 | 01/03 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.99 |
| 7407193QZ00XTMJK0 | 01/15 | 01/15 | PAYMENT - DEBIT CARD   LAS VEGAS  NV | -99.95 |
| | | | **Fees** | |
| F572700CZ000Y1 | 01/15 | 01/15 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| | | | TOTAL FEES FOR THIS PERIOD | 9.95 |
| | | | **Interest Charged** | |
| | 01/21 | 01/21 | Interest Charge on Purchases | 7.86 |
| | 01/21 | 01/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 7.86 |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $9.95 |
| Total interest charged in 2016 | $7.86 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $390.32 | $7.86 |
| Cash Advances | 24.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001   7  21  160121  0    OPAGE 1 of 1    2 0  5727   9520   M115   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $340.29 | |
| Minimum Payment Due: | $25.00 | |
| Payment Due Date: | 02/17/16 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447      4770
January 22, 2016 to February 21, 2016

GOVERNMENT EXHIBIT

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 29-2

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $340.29 |
| Payments − | $99.95 |
| Other Credits − | $0.45 |
| Purchases + | $45.47 |
| Cash Advances + | $0.00 |
| Fees Charged + | $18.20 |
| Interest Charged + | $6.08 |
| New Balance | $309.64 |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 02/21/16 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call           1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $309.64 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 03/17/16 |

Late Payment Warning.
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 months | $360.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F572700DH000FR | 02/02 | 02/02 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.45 |
| 7407193DJ00XTMJJX | 02/03 | 02/03 | PAYMENT - DEBIT CARD   LAS VEGAS  NV | -99.95 |
| 2416405DLRBGMV9M2 | 02/04 | 02/04 | EXXONMOBIL  97574511 FORT LAUDERDA FL | 20.53 |
| 2462512DLDQHHJLTV | 02/04 | 02/04 | CHEVRON 00353820 MIAMI FL | 24.94 |
| | | | **Fees** | |
| F572700DJ000Y1 | 02/03 | 02/03 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| F572700E4000CYLAC | 02/21 | 02/21 | ANNUAL FEE   03/16 THROUGH 03/16 | 8.25 |
| | | | TOTAL FEES FOR THIS PERIOD | 18.20 |
| | | | **Interest Charged** | |
| | 02/21 | 02/21 | Interest Charge on Purchases | 6.08 |
| | 02/21 | 02/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 6.08 |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $28.15 |
| Total interest charged in 2016 | $13.94 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $302.10 | $6.08 |
| Cash Advances | 24.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001   7  21  160221  0        0 PAGE 1 of 1        2 0  5727   9620   M115   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $309.64 | |
| Minimum Payment Due: | $25.00 | |
| Payment Due Date: | 03/17/16 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

| ACCOUNT # | CARDHOLDER | PAYMENT DATE | PAYMENT AMOUNT | OTHER |
|---|---|---|---|---|
| VP2273124770 | Perez, Manuel | | | |
| | Debit Card | 3/19/2015 | $60.00 | Unavailable |
| | Debit Card | 5/15/2015 | $75.00 | Unavailable |
| | Debit Card | 5/15/2015 | $100.00 | Unavailable |
| | Debit Card | 6/19/2015 | $110.00 | Unavailable |
| | Debit Card | 8/14/2015 | $104.95 | Unavailable |
| | Debit Card | 8/29/2015 | $64.95 | Unavailable |
| | Debit Card | 10/15/2015 | $99.95 | Unavailable |
| | Telephone | 11/13/2015 | $109.95 | |
| | Debit Card | 12/11/2015 | $59.95 | Unavailable |
| | Debit Card | 1/15/2016 | $99.95 | |
| | Debit Card | 2/3/2016 | $99.95 | |
| | Debit Card | 3/17/2016 | $59.95 | |

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-3

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447        4770
February 22, 2015 to March 21, 2015

**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-4

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $81.95 |
| Payments | - | $60.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $215.57 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $9.95 |
| Interest Charged | + | $3.39 |
| **New Balance** | | **$250.86** |
| Credit Limit | | $300.00 |
| Available Credit | | $49.00 |
| Statement Closing Date | | 03/21/15 |
| Days in Billing Cycle | | 28 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card   1-877-825-3242
Outside the U.S. Call   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $250.86 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $50.00 |
| Minimum Payment Due | $50.00 |
| Payment Due Date | 04/17/15 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 months | $282.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 243160522FZ92V2BV | 03/06 | 03/06 | SHELL OIL 57543957708 MIAMI FL | 20.00 |
| 243160523FZ6A4660 | 03/07 | 03/07 | SHELL OIL 57543957708 MIAMI FL | 9.62 |
| 244921523HJQ0JYJW | 03/08 | 03/08 | WISH.COM 415-503-3654 CA | 19.00 |
| 24299102500S9VVNZ | 03/09 | 03/09 | 7-ELEVEN 19111 BOCA RATON FL | 7.52 |
| 2442733253FRDP1V5 | 03/09 | 03/09 | PRIP MART 199 BOCA RATON FL | 49.55 |
| 244939826BLRTFWH6 | 03/09 | 03/09 | VALUEPAWNJEWELRY 11609 SWEETWATER FL | 80.00 |
| 247333426LBXPG5XE | 03/10 | 03/10 | FASTSPRINGSOFTWARE.COM 877-327-8914 CA | 29.88 |
| 74071932F00XTMJJV | 03/19 | 03/19 | PAYMENT-DEBIT CARD LAS VEGAS NV | -60.00 |
| | | | **Fees** | |
| F5727002F000YL | 03/20 | 03/20 | LATE FEE ADJ CREDIT | -25.00 |
| F5727002F000Y1 | 03/20 | 03/20 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| | 03/21 | 03/21 | LATE FEE | 25.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **9.95** |
| | | | **Interest Charged** | |
| | 03/21 | 03/21 | Interest Charge on Purchases | 3.39 |
| | 03/21 | 03/21 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **3.39** |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $84.95 |
| Total interest charged in 2015 | $3.39 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $169.98 | $3.39 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7    21    150320    0    PAGE 1 of 1    2 0    5727    9620    A064    O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $250.86 | |
| Minimum Payment Due: | $50.00 | |
| Payment Due Date: | 04/17/15 | |

For address, telephone and email changes, please check the box and complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447 4770
March 22, 2015 to April 21, 2015

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-5

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $250.86 |
| Payments | - | $0.00 |
| Other Credits | - | $0.94 |
| Purchases | + | $93.41 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $25.00 |
| Interest Charged | + | $6.68 |
| New Balance | | $375.01 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 04/21/15 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card  1-877-825-3242
Outside the U.S. Call  1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $375.01 |
| Past Due Amount | $25.00 |
| Amount Due This Period | $50.00 |
| Minimum Payment Due | $75.00 |
| Payment Due Date | 05/17/15 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 months | $440.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 24761972J8AZZPVAK | 03/22 | 03/22 | PEI WEI #0156   Q02 BOCA RATON FL | 19.05 |
| 24224432K2ZXVM02P | 03/23 | 03/23 | FIREHOUSE SUBS #71 LAKE WORTH FL | 9.31 |
| 24427332K3FRE4A4X | 03/23 | 03/23 | PRIP MART 199 BOCA RATON FL | 7.20 |
| 24431062J61K02VL8 | 03/23 | 03/23 | CASA POTIN BAKERY MIAMI FL | 5.85 |
| 24316052MFZ60L2P4 | 03/25 | 03/25 | SHELL OIL 57543869804 MIAMI FL | 52.00 |
| F5727002W000FR | 04/02 | 04/02 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.94 |
| | | | **Fees** | |
| | 04/21 | 04/21 | LATE FEE | 25.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 25.00 |
| | | | **Interest Charged** | |
| | 04/21 | 04/21 | Interest Charge on Purchases | 6.68 |
| | 04/21 | 04/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 6.68 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $109.95 |
| Total interest charged in 2015 | $10.07 |

YOUR ACCOUNT IS PAST DUE. IT IS NOT TOO LATE TO
PROTECT YOUR CREDIT RATING! PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $335.12 | $6.68 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7   21   150421   0     X PAGE 1 of 1     2 0   5727   9620   A064   01DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $375.01 | |
| Minimum Payment Due: | $75.00 | |
| Payment Due Date: | 05/17/15 | |

For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED:  $

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447         4770
April 22, 2015 to May 21, 2015

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 29-6

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $375.01 |
| Payments | - | $175.00 |
| Other Credits | - | $0.52 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $25.00 |
| Interest Charged | + | $6.31 |
| New Balance | | $180.80 |
| Credit Limit | | $300.00 |
| Available Credit | | $119.00 |
| Statement Closing Date | | 05/21/15 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call                     1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $180.80 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| **Minimum Payment Due** | **$25.00** |
| **Payment Due Date** | **06/17/15** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 months | $197.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F5727003X000FR | 05/05 | 05/05 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.52 |
| 74071934700XTMJJX | 05/15 | 05/15 | PAYMENT-DEBIT CARD        LAS VEGAS   NV | -75.00 |
| 74071934700XTMJJX | 05/15 | 05/15 | PAYMENT-DEBIT CARD        LAS VEGAS   NV | -100.00 |
| | | | **Fees** | |
| F57270047000YL | 05/15 | 05/15 | LATE FEE ADJ        CREDIT | -25.00 |
| F57270047000Y1 | 05/15 | 05/15 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| F57270047000Y1 | 05/15 | 05/15 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| F57270047000YD | 05/15 | 05/15 | EXPRESS PYMT FEE CREDIT LAS VEGAS CREDIT | -9.95 |
| F57270047000YD | 05/15 | 05/15 | EXPRESS PYMT FEE CREDIT LAS VEGAS CREDIT | -9.95 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **-25.00** |
| | | | **Interest Charged** | |
| | 05/21 | 05/21 | Interest Charge on Purchases | 6.31 |
| | 05/21 | 05/21 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **6.31** |

#### 2015 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2015 | $84.95 |
| Total interest charged in 2015 | $16.38 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $316.57 | $6.31 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7   21   150521   0            PAGE 1 of 1          2 0  5727   9620   A064   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $180.80 | |
| Minimum Payment Due: | $25.00 | |
| Payment Due Date: | 06/17/15 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

0010000

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447        4770
May 22, 2015 to June 21, 2015

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-7

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $180.80 |
| Payments | - | $110.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $108.56 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $34.95 |
| Interest Charged | + | $4.62 |
| New Balance | | $218.93 |
| Credit Limit | | $300.00 |
| Available Credit | | $81.00 |
| Statement Closing Date | | 06/21/15 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call           1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $218.93 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $50.00 |
| Minimum Payment Due | $50.00 |
| Payment Due Date | 07/17/15 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 months | $243.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 24164074RWFABK8D9 | 05/31 | 05/31 | RACEWAY 6952 25469529 OPA LOCKA FL | 49.91 |
| 24224434X2Y33792F | 06/05 | 06/05 | SPEEDWAY 06453 OAKLAND PARK FL | 49.03 |
| 24316054XFYDY0EXY | 06/05 | 06/05 | SHELL OIL 57543957708 MIAMI FL | 9.62 |
| 74071935A00XTMJK3 | 06/19 | 06/19 | PAYMENT-DEBIT CARD   LAS VEGAS NV | -110.00 |
| | | | **Fees** | |
| F5727005A000Y1 | 06/19 | 06/19 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| | 06/21 | 06/21 | LATE FEE | 25.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 34.95 |
| | | | **Interest Charged** | |
| | 06/21 | 06/21 | Interest Charge on Purchases | 4.62 |
| | 06/21 | 06/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 4.62 |

**2015 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2015 | $119.90 |
| Total interest charged in 2015 | $21.00 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $232.03 | $4.62 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7  21   150621   0        PAGE 1 of 1        2 0  5727  9620  A064  O1OL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $218.93 | |
| Minimum Payment Due: | $50.00 | |
| Payment Due Date: | 07/17/15 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

0011000                                                                 7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447          4770
June 22, 2015 to July 21, 2015

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-8

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $218.93 |
| Payments | - | $0.00 |
| Other Credits | - | $1.67 |
| Purchases | + | $99.29 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $25.00 |
| Interest Charged | + | $6.23 |
| New Balance | | $347.78 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 07/21/15 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call              1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $347.78 |
| Past Due Amount | $25.00 |
| Amount Due This Period | $50.00 |
| Minimum Payment Due | $75.00 |
| Payment Due Date | 08/17/15 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 months | $402.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 24122545DMHAW4VA0 | 06/22 | 06/22 | COPANS BP POMPANO BEACH FL | 58.38 |
| 24231685E60T2JMKM | 06/22 | 06/22 | SUPER STOP FORT LAUDERDA FL | 9.63 |
| 24445005EHF10G4J4 | 06/22 | 06/22 | PUBLIX #774 WILTON MANORS FL | 10.27 |
| 24388965FLD6Q5VD8 | 06/23 | 06/23 | LA MOLIENDA SALVADORIAN R OAKLAND PARK FL | 21.01 |
| F5727005R000FR | 07/03 | 07/03 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -1.67 |
| | | | **Fees** | |
| | 07/21 | 07/21 | LATE FEE | 25.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 25.00 |
| | | | **Interest Charged** | |
| | 07/21 | 07/21 | Interest Charge on Purchases | 6.23 |
| | 07/21 | 07/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 6.23 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $144.90 |
| Total interest charged in 2015 | $27.23 |

YOUR ACCOUNT IS PAST DUE. IT IS NOT TOO LATE TO PROTECT YOUR CREDIT RATING! PLEASE PAY THE MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $312.89 | $6.23 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7   21   150721   0   X PAGE 1 of 1   2 0   5727   9820   A064   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $347.78 | |
| Minimum Payment Due: | $75.00 | |
| Payment Due Date: | 08/17/15 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447     4770
July 22, 2015 to August 21, 2015

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-9

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $347.78 |
| Payments | - | $104.95 |
| Other Credits | - | $0.00 |
| Purchases | + | $95.75 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$4.95** |
| Interest Charged | + | $6.56 |
| New Balance | | $350.09 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 08/21/15 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $350.09 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| **Minimum Payment Due** | **$25.00** |
| Payment Due Date | 09/17/15 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 months | $414.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 74071937200XTMJJX | 08/14 | 08/14 | PAYMENT-DEBIT CARD   LAS VEGAS   NV | -104.95 |
| 2416407752TPEX25N | 08/16 | 08/16 | PIZZA HUT   000-0000000 VA | 36.93 |
| 243160576FZ6Z3R38 | 08/17 | 08/17 | SHELL OIL 57543957708 MIAMI FL | 49.83 |
| 24692167500TH4H1R | 08/17 | 08/17 | GOOGLE *edjing GOOGLE.COM/CH CA | 8.99 |
| | | | **Fees** | |
| F57270072000Y1 | 08/14 | 08/14 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| F57270072000YD | 08/14 | 08/14 | EXPRESS PYMT FEE CREDIT LAS VEGAS CREDIT | -5.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 4.95 |
| | | | **Interest Charged** | |
| | 08/21 | 08/21 | Interest Charge on Purchases | 6.56 |
| | 08/21 | 08/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 6.56 |

**2015 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2015 | $149.85 |
| Total interest charged in 2015 | $33.79 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $329.21 | $6.56 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7   21   150621   0   O PAGE 1 of 1   2 0 5727 9620 A064 O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $350.09 | |
| Minimum Payment Due: | $25.00 | |
| Payment Due Date: | 09/17/15 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

0010495     1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447        4770
August 22, 2015 to September 21, 2015

GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-10

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Balance | $350.09 |
| Payments | - $64.95 |
| Other Credits | - $0.50 |
| Purchases | + $0.00 |
| Cash Advances | + $0.00 |
| **Fees Charged** | + **$9.95** |
| **Interest Charged** | + **$5.94** |
| New Balance | $300.53 |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 09/21/15 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $300.53 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| **Minimum Payment Due** | **$25.00** |
| **Payment Due Date** | **10/17/15** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 months | $346.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 74071937J00XTMJJX | 08/29 | 08/29 | PAYMENT-DEBIT CARD      LAS VEGAS   NV | -64.95 |
| F5727007M000FR | 09/02 | 09/02 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.50 |
| | | | **Fees** | |
| F5727007J000Y1 | 08/30 | 08/30 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| | | | TOTAL FEES FOR THIS PERIOD | 9.95 |
| | | | **Interest Charged** | |
| | 09/21 | 09/21 | Interest Charge on Purchases | 5.94 |
| | 09/21 | 09/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 5.94 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $159.80 |
| Total interest charged in 2015 | $39.73 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $297.99 | $5.94 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7  21  150921   0        O PAGE 1 of 1        2 0  5727  9620   A064  O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 4447        4770 |
| New Balance: | $300.53 |
| Minimum Payment Due: | $25.00 |
| Payment Due Date: | 10/17/15 |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

3

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447      4770
September 22, 2015 to October 21, 2015

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU

EXHIBIT NO. 29-11

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $300.53 |
| Payments | - | $99.95 |
| Other Credits | - | $0.00 |
| Purchases | + | $67.34 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $9.95 |
| Interest Charged | + | $5.61 |
| New Balance | | $283.48 |
| Credit Limit | | $300.00 |
| Available Credit | | $16.00 |
| Statement Closing Date | | 10/21/15 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card       1-877-825-3242
Outside the U.S. Call                    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $283.48 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 11/17/15 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 months | $324.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 74071939000XTMJK2 | 10/15 | 10/15 | PAYMENT-DEBIT CARD    LAS VEGAS  NV | -99.95 |
| 2422638932LR2QMXX | 10/17 | 10/17 | WAL-MART #2312 ROANOKE VA | 11.55 |
| 244450094BLLZ2FH4 | 10/18 | 10/18 | WM SUPERCENTER #2312 ROANOKE VA | 22.59 |
| 2444572938PT2AA6Y | 10/18 | 10/18 | KROGER #325 ROANOKE VA | 28.95 |
| 246921694000BJM4J | 10/19 | 10/19 | REDBOX *DVD RENTAL    866-733-2693 IL | 4.25 |
| | | | **Fees** | |
| F57270090000Y1 | 10/15 | 10/15 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| | | | TOTAL FEES FOR THIS PERIOD | 9.95 |
| | | | **Interest Charged** | |
| | 10/21 | 10/21 | Interest Charge on Purchases | 5.61 |
| | 10/21 | 10/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 5.61 |

**2015 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2015 | $169.75 |
| Total interest charged in 2015 | $45.34 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $281.86 | $5.61 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001   7  21  151021  0          PAGE 1 of 1       2 0  5727  9620  A064  O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to  CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $283.48 | |
| Minimum Payment Due: | $25.00 | |
| Payment Due Date: | 11/17/15 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447          4770
October 22, 2015 to November 21, 2015

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-12

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $283.48 |
| Payments | − | $109.95 |
| Other Credits | − | $0.29 |
| Purchases | + | $45.86 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $9.95 |
| Interest Charged | + | $5.46 |
| New Balance | | $234.51 |
| Credit Limit | | $300.00 |
| Available Credit | | $65.00 |
| Statement Closing Date | | 11/21/15 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call            1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $234.51 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 12/17/15 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 11 months | $262.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F5727009J000FR | 11/02 | 11/02 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.29 |
| 24316059MFZ62G5PK | 11/04 | 11/04 | SHELL OIL 57543957708 MIAMI FL | 45.86 |
| 74071939X00XTMJJD | 11/13 | 11/13 | PAYMENT - THANK YOU   LAS VEGAS   NV | -109.95 |
| | | | **Fees** | |
| F5727009X000Y1000 | 11/13 | 11/13 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| | | | TOTAL FEES FOR THIS PERIOD | 9.95 |
| | | | **Interest Charged** | |
| | 11/21 | 11/21 | Interest Charge on Purchases | 5.46 |
| | 11/21 | 11/21 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 5.46 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $179.70 |
| Total interest charged in 2015 | $50.80 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $274.11 | $5.46 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001   7  21  151120  0        PAGE 1 of 1        2 0  5727  9620  A064  O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

PAY YOUR BILL ONLINE at CreditOneBank.com

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $234.51 | |
| Minimum Payment Due: | $25.00 | |
| Payment Due Date: | 12/17/15 | |

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447      4770
November 22, 2015 to December 21, 2015

**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-13

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $234.51 |
| Payments | - | $59.95 |
| Other Credits | - | $0.57 |
| Purchases | + | $63.64 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $9.95 |
| Interest Charged | + | $5.27 |
| New Balance | | $252.85 |
| Credit Limit | | $300.00 |
| Available Credit | | $23.00 |
| Statement Closing Date | | 12/21/15 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card       1-877-825-3242
Outside the U.S. Call              1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $252.85 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 01/17/16 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 months | $285.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 2431605A9FZ7AJ3KV | 11/24 | 11/24 | SHELL OIL 57543957708 MIAMI FL | 10.69 |
| 2407105ABWPBJGH90 | 11/26 | 11/26 | LX LIQUORS CORP MIAMI FL | 52.95 |
| F572700AH000FR | 12/03 | 12/03 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.57 |
| 7407193AT00XTMJK3 | 12/11 | 12/11 | PAYMENT-DEBIT CARD   LAS VEGAS  NV | -59.95 |
| | | | **Fees** | |
| F572700AT000Y1 | 12/11 | 12/11 | EXPRESS PAYMENT FEE LAS VEGAS NV | 9.95 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **9.95** |
| | | | **Interest Charged** | |
| | 12/21 | 12/21 | Interest Charge on Purchases | 5.27 |
| | 12/21 | 12/21 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **5.27** |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $189.65 |
| Total interest charged in 2015 | $56.07 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $264.72 | $5.27 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7   21   151221   0        PAGE 1 of 1        2 0  5727  9620  A064  O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | | |
|---|---|---|
| Account Number: | 4447 | 4770 |
| New Balance: | $252.85 | |
| Minimum Payment Due: | $25.00 | |
| Payment Due Date: | 01/17/16 | |

For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MANUEL PEREZ
13215 SW 10TH TER
MIAMI FL 33184-1920

3



| | | |
|---|---|---|
| | | ○ Home |
| | | ○ Change Password |
| | | ○ Log Out |

**PAYMENT ENTRY**   **MANAGE TRANSACTIONS**   **REPORTS**

Welcome, TERRI JONES

## View Transaction

**Transaction Type:** Debit
**Status:** Completed

**GOVERNMENT EXHIBIT**
A0386-C
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-14

### CUSTOMER INFORMATION
**Customer Name:**
**Email Address:**

### PAYMENT INFORMATION
**ACCOUNT 1:**
  **Credit One Card Number:** 4447        4770
  **Division:** CREDIT ONE BANK DIVISION
  **Amount:** $ 99.95
  **Fee Amount:** 9.95
  **Fee Credit Amount:** 0
  **Total:** $ 99.95

### FUNDING INFORMATION
  **Debit Card Type:** Visa
  **Debit Card Number:** ************8766
  **Card Expiration Date:** 04/2018
  **Name on Card:** MARLIN MAYORGA

### TRANSACTION CONFIRMATION
  **Confirmation Number:** 170047732

### TRANSACTION HISTORY

| Date | Event | Login ID | Module | Reason | Notifications |
|---|---|---|---|---|---|
| 01/15/2016 10:46:39 AM | CREATED | SHUBHAMSSINGHIENR | CONNECT_CSR | | |
| 01/15/2016 05:07:37 PM | PROCESSED | | CONNECT_CSR | | |

Go Back

©2016 Online Resources

**ACI UNIVERSAL PAYMENTS**

○ Home
○ Change Password
○ Log Out

PAYMENT ENTRY    MANAGE TRANSACTIONS    REPORTS

*Welcome, TERRI JONES*

## View Transaction

**Transaction Type:** Debit
**Status:** Completed

**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-15

**CUSTOMER INFORMATION**
Customer Name:
Email Address:

**PAYMENT INFORMATION**
**ACCOUNT 1:**
Credit One Card Number: 4447       4770
Division: CREDIT ONE BANK DIVISION
Amount: $ 99.95
Fee Amount: 9.95
Fee Credit Amount: 0
Total: $ 99.95

**FUNDING INFORMATION**
Debit Card Type: Visa
Debit Card Number: ************8766
Card Expiration Date: 04/2018
Name on Card: marlin mayorga

**TRANSACTION CONFIRMATION**
Confirmation Number: 171709734

**TRANSACTION HISTORY**

| Date | Event | Login ID | Module | Reason | Notifications |
|---|---|---|---|---|---|
| 02/03/2016 11:56:03 AM | CREATED | PRAVEENAGRAWALIENR | CONNECT_CSR | | |
| 02/03/2016 05:08:08 PM | PROCESSED | | CONNECT_CSR | | |

[ Go Back ]

©2016 Online Resources



○ Home
○ Change Password
○ Log Out

PAYMENT ENTRY  MANAGE TRANSACTIONS  REPORTS

*Welcome, TERRI JONES*

## View Transaction

**Transaction Type:** Debit
**Status:** Completed

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-16

### CUSTOMER INFORMATION
**Customer Name:**
**Email Address:**

### PAYMENT INFORMATION
**ACCOUNT 1:**
**Credit One Card Number:** 4447         4770
**Division:** CREDIT ONE BANK DIVISION
**Amount:** $ 59.95
**Fee Amount:** 9.95
**Fee Credit Amount:** 0
**Total:** $ 59.95

### FUNDING INFORMATION
**Debit Card Type:** Visa
**Debit Card Number:** ************6575
**Card Expiration Date:** 07/2020
**Name on Card:** MARLIN MAYORGA

### TRANSACTION CONFIRMATION
**Confirmation Number:** 176130705

### TRANSACTION HISTORY

| Date | Event | Login ID | Module | Reason | Notifications |
|---|---|---|---|---|---|
| 03/17/2016 05:12:26 PM | PROCESSED | | CONNECT_CSR | | |
| 03/17/2016 03:03:07 PM | CREATED | ASHUTOSHSRIVASTAVAIENR | CONNECT_CSR | | |

[ Go Back ]

©2016 Online Resources

| Out Trace No | Processed Date | SEC | TC | Amount | Recv ABA | Bank Acct | Source Acct Number | Name | Ind ID Num | Ret RC | Ret Trace | Ret Date | Cr Type | Cr Amt | Cr Status | Cr Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122402136468129 | 11/13/2015 | TEL | 27 | $109.95 | 263191387 | 11( | 2179 444' | 770 MANUEL PEREZ | 00000123205333 | | | | | $0.00 | | |



GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 29-17