# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **manny2grditos** |
| GUID: | **ATHQ3WPDY6S7MGZMHFHE4MNG3Q** |
| Properties Used: | **Answers** <br> **Flickr** <br> **Mail** |
| Yahoo Mail Name: | **manny2grditos@yahoo.com** |
| Alternate Communication Channels: | **2kabezones@yahoo.com** *Unverified* <br> **1 3056478133** |
| Registration IP address: | **65.9.147.42** |
| Account Created (reg): | **Sat Nov 6 19:05:41 2010 GMT** |
| Other Identities: | **manny2grditos (Yahoo! Mail)** |
| Full Name | **Mr Manuel Perez** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **33021** |
| Phone: | |
| Time Zone: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | **Active** |

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 30

```
Search for      manny2grditos
Date Range      2015-02-16 / 2016-02-14
Time zone       (GMT) Greenwich Mean Time : London
Total Results            5
```

| Yahoo ID | IP Address | Port | Login Time |
|---|---|---|---|
| manny2grditos | 38.1.0.0 | 54681 | Sun 02:34:34 (GMT) 07-Feb-2016 |
| manny2grditos | 38.1.0.0 | 54681 | Sun 02:34:34 (GMT) 07-Feb-2016 |
| manny2grditos | 38.1.0.0 | 54672 | Sun 02:33:40 (GMT) 07-Feb-2016 |
| manny2grditos | 38.1.0.0 | 54672 | Sun 02:33:40 (GMT) 07-Feb-2016 |
| manny2grditos | 172.56.27.91 | 18556 | Thu 16:37:44 (GMT) 04-Feb-2016 |