

**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 31-1

## CHASE

**Personal Signature Card**

**ACCOUNT TITLE**
MANUEL E PEREZ GONZALEZ

  

**ACCOUNT NUMBER** 88( 572
**TAX RESPONSIBLE ID #** 5   37
**ACCOUNT TYPE** Chase Access Checking

**DATE OPENED** 03/30/2010
New Account

**ISSUED BY**

**PERSONAL ADDRESS** 601 S CRESCENT DR

HOLLYWOOD, FL 33021-7503

Presidential Circle
746851
GUILLERMO CARTAGENA III
954-893-1749
03/30/2010

**TYPE OF OWNERSHIP** Individual

| | TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | ! 37 * | 08/18/1977 | Driver's License | P6255 | 980 | FL | 07/30/2008 | 09/21/2010 | Major Credit Card | XXXXXXXXXXX2567 | BAtlantic | | 12/31/2014 |
| 2) | | | | | | | | | | | | | |
| 3) | | | | | | | | | | | | | |
| 4) | | | | | | | | | | | | | |
| 5) | | | | | | | | | | | | | |
| 6) | | | | | | | | | | | | | |
| 7) | | | | | | | | | | | | | |
| 8) | | | | | | | | | | | | | |

(*Tax Responsibility Indicator)

**CUSTOMER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

**CERTIFICATION** - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | DATE | SIGNATURE | | NAME | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) MANUEL E PEREZ GONZALEZ | 3-30-10 | [signature] | 5) | | | |
| 2) | | | 6) | | | |
| 3) | | | 7) | | | |
| 4) | | | 8) | | | |

Rev 2/09



31-Mar-16

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G 31Mar16-192
Sequence number   Posting date   Amount

31Mar16-192

**CHASE** ◯

February 14, 2013 through March 13, 2013
Primary Account: 000000880   572



Interest paid in 2012 for account 000000880   572 was $0.02.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/15 | Deposit   452942346 | $4,000.00 |
| 02/19 | Deposit   451530489 | 1,000.00 |
| 02/27 | Twc-Benefits   Ui Benefit   PPD ID: 2146000422 | 880.00 |
| 03/04 | ODP Transfer From Savings 000003027765274 | 500.00 |
| 03/05 | Credit For Card Purchase With Pin | 351.00 |
| 03/05 | Credit Due To Debit Card Dispute | 350.01 |
| 03/05 | Credit For Card Purchase With Pin | 350.00 |
| 03/06 | Reverse ODP Transfer Fee | 10.00 |
| 03/06 | Deposit   455942938 | 100.00 |
| 03/06 | Interest Refund | 0.18 |
| 03/08 | Deposit   455582773 | 250.00 |
| 03/13 | Twc-Benefits   Ui Benefit   PPD ID: 2146000422 | 880.00 |
| **Total Deposits and Additions** | | **$8,671.19** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/14 | Card Purchase With Pin  02/14 Los Comales Nic Miami FL Card 6489 | $13.00 |
| 02/14 | Card Purchase With Pin  02/14 Chevron/Sunshine 30054 Miami FL Card 6489 | 10.00 |
| 02/15 | Card Purchase With Pin  02/15 Sunshine 43 Miami FL Card 6489 | 15.98 |
| 02/19 | Card Purchase With Pin  02/16 Hess 09293 Hialeah FL Card 6489 | 30.00 |
| 02/19 | Card Purchase With Pin  02/17 Wal-Mart Super Cooper City FL Card 6489 | 249.18 |
| 02/20 | Non-ATM Cash       02/19 Cash Space Coast Credit Miami FL Card 7532 | 200.00 |
| 02/22 | Card Purchase With Pin  02/22 Best Buy #1502 Miami FL Card 6489 | 150.00 |
| 02/22 | Card Purchase With Pin  02/22 Wal-Mart #1845 Cooper City FL Card 7532 | 327.04 |
| 02/22 | Card Purchase With Pin  02/22 Macy's    770 1205 N Miami FL Card 7532 | 55.60 |
| 02/22 | Card Purchase With Pin  02/22 Macy's    770 1205 N Miami FL Card 7532 | 50.00 |
| 02/25 | Card Purchase       02/23 Epoch.Com*Tcmedia 800-893-8871 CA Card 7532 | 24.95 |
| 02/25 | Card Purchase       02/22 Epoch.Com  *Prolastl 800-893-8871 CA Card 7532 | 4.87 |
| 02/25 | Card Purchase       02/22 El Atlakat Pembroke Pine FL Card 7532 | 50.00 |
| 02/25 | Card Purchase       02/23 Exxonmobil  97578652 Miami FL Card 7532 | 12.06 |
| 02/25 | Card Purchase With Pin  02/24 Katoura Inc Miami FL Card 7532 | 26.74 |
| 02/25 | Card Purchase       02/24 Fs *Limesoftware 877-3278914 CA Card 7532 | 7.95 |
| 02/25 | Card Purchase W/Cash  02/25 Kmart 3793 Miami FL Card 7532  Purchase $34.22 Cash Back $20.00 | 54.22 |
| 02/26 | Card Purchase       02/24 Fastspringsoftware.CO 877-327-8914 CA Card 7532 | 38.98 |
| 02/26 | Card Purchase       02/25 Mpos Citgo Miami FL Card 7532 | 22.71 |
| 02/26 | Card Purchase       02/26 Chevron 00202665 Hollywood FL Card 7532 | 48.04 |
| 02/27 | Card Purchase       02/25 Epoch.Com  *Prolastl 800-893-8871 CA Card 7532 | 39.73 |
| 02/27 | Card Purchase       02/25 Kmart 3793 Miami FL Card 7532 | 201.14 |
| 02/28 | Non-Chase ATM Withdraw 02/28 13190 S.W. 8th Str Miami FL Card 7532 | 141.75 |