## Registry Information


Registry Viewer Report


GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 32

# Summary Report: 2015-95-1 NTUSER (ISMAEL PEREZ) Lime PRO settings

## Summary Report Section

| Key Name | Name | Type | Data |
|---|---|---|---|
| Software\Lime PRO | | Key Properties | Last Written Time: 9/27/2015 21:31:22 UTC |
| Software\Lime PRO | RegisterEmail | REG_SZ | manny2grditos@yahoo.com |
| Software\Lime PRO | RegisterFirstName | REG_SZ | manuel perez |
| Software\Lime PRO | RegisterCode | REG_SZ | LP5W-4GHY-BV6T-RM57 |

AccessData Registry Viewer

## Registry Information

Registry Viewer Report 

# Summary Report: 2015-95-2 NTUSER (dexter) Lime PRO settings

## Summary Report Section

| Key Name | Name | Type | Data |
|---|---|---|---|
| Software\Lime PRO | | Key Properties | Last Written Time: 2/17/2014 2:30:09 UTC |
| Software\Lime PRO | RegisterEmail | REG_SZ | manny2grditos@yahoo.com |
| Software\Lime PRO | RegisterFirstName | REG_SZ | manuel perez |
| Software\Lime PRO | RegisterCode | REG_SZ | LP5W-4GHY-BV6T-RM57 |

AccessData Registry Viewer