



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 35-1

●●○○○ AT&T  LTE          11:08 PM          ⚵ 53% ▮

‹          ⚲ Manuel Perez                    ⚏

# Manuel Perez



👤+ Add Friend          ⊕ Follow          💬 Message          ••• More

💼  Mechanic at TETRA Technologies

🎓  Studied at Miami Dade College (Wolfson Campus)

🎓  Went to Colegio Moravo JAC

🏠  Lives in Miami, Florida

📍  From Puerto Cabezas, Nicaragua

🔊  Followed by 48 people

   



GOVERNMENT
EXHIBIT

CASE
NO.        16-20187-CR-UU

EXHIBIT
NO.        35-2




**Manuel Perez**
August 11, 2011 · 🌐

extranando mis 2kabezoncitos????

➤ Share

👍 4



**Angela Perez**
Trabaja duro y ya los veras mi cabezón los días
pasan rápido  ...!!!!
August 13, 2011

**Gladys Rodriguez**
eso espero jajaja.
August 13, 2011



    

Case 1:16-cr-20187-UU   Document 134-26   Entered on FLSD Docket 12/19/2016   Page 3 of 3



GOVERNMENT
EXHIBIT

CASE
NO.    16-20187-CR-UU

EXHIBIT
NO.    35-3

## Posts from 2014

**Manuel Perez**
December 2, 2014 · Roanoke, VA · 🌐

**Mis 2Grditos ...**
See Translation



👍 15                    8 Comments   1 Share

👍 Like                  ➤ Share