

**File Comments**

| | |
|---|---|
| **Name** | C:\Users\manny\Documents\LimeWire\Incomplete\Preview-T-48750620-XXXXXX.-VIDEO.- TRIO.-ADULTOPedo - hot spermed little girls mix (porno-lolitas-preteens-reelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy).mpeg |
| **Physical Size** | n/a |
| **Logical Size** | 31376759 B |
| **Accessed Date** | n/a |
| **Created Date** | n/a |
| **Path** | 2015-95-10 - CD.iso/- [CDFS]/Session 1/Track 01/- [UDF]/MANNY-PC/Backup Set 2009-06-06 221705/Backup Files 2009-06-06 221705/Backup files 15.zip»C»Users»manny»Documents»LimeWire»Incomplete»Preview-T-48750620-XXXXXX.-VIDEO.- TRIO.-ADULTOPedo - hot spermed little girls mix (porno-lolitas-preteens-reelkiddymov-r@ygold-hussyfans-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy).mpeg |
| **MD5 Hash** | b5790785ac23447c2fe9958c5f41f03e |
| **SHA256 Hash** | aa9822d116180c2c7ea8b9f980bafbc38fa727dbf779c985fda7fb8454971fc0 |
| **Exported as** | Report_Files/files/203.mpeg.wm |

**File Comments**

| | |
|---|---|
| **Name** | C:\Users\manny\Documents\LimeWire\Incomplete\Preview-T-93970105-Kids Teens Women (Porno-Lolitas-Preteens-Reelkiddymov-R@Ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxx-Sexy).mpg |
| **Physical Size** | n/a |
| **Logical Size** | 47972351 B |
| **Accessed Date** | n/a |
| **Created Date** | n/a |
| **Path** | 2015-95-10 - CD.iso/- [CDFS]/Session 1/Track 01/- [UDF]/MANNY-PC/Backup Set 2009-06-06 221705/Backup Files 2009-06-06 221705/Backup files 15.zip»C»Users»manny»Documents»LimeWire»Incomplete»Preview-T-93970105-Kids Teens Women (Porno-Lolitas-Preteens-Reelkiddymov-R@Ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxx-Sexy).mpg |
| **MD5 Hash** | bb6af95fdc3354e60850aa190946ffab |
| **SHA256 Hash** | ae955c9c51aef350e6bfeb25fb5bbcf198ba34f9e945a9785dd6f3f7cb7d4965 |
| **Exported as** | Report_Files/files/204.mpg.wm |