



GOVERNMENT EXHIBIT
CASE NO. 16-20187-CR-UU
EXHIBIT NO. 37

# Examiner Report

## Case Information

| Case Number | MI07QG16MI0004 |
|---|---|
| Examiner Name | CFA SA A Flores |
| Description | Gateway ZX6961 (All In One Computer) containing a Seagate Barracuda 1TB HD |

## Evidence

| Name | Acquisition MD5 | Verification MD5 | Evidence Number | Examiner Name |
|---|---|---|---|---|
| Seagate 1TB HD | bc02374c54993b4b9b509aef5e331cbc | | Seagate 1TB HD | CFA SA A Flores |

## Examination

### LimePro Registry Info

1) RegisterFirstName
Item Path CMI-CreateHive{D43B12B8-09B5-40DB-B4F6-F6DFEB78DAEC}\Software\Lime PRO\RegisterFirstName
File Created
Last Written
Last Accessed
MD5 eb4f863e074d844d0945b0c3f0ec7a66
Start Sector 2,411
Sector offset 452
File Offset 0
Length 26
Comment
    m a n u e l   p e r e z

2) RegisterCode
Item Path CMI-CreateHive{D43B12B8-09B5-40DB-B4F6-F6DFEB78DAEC}\Software\Lime PRO\RegisterCode
File Created
Last Written
Last Accessed
MD5 d431f439be24ca4f60226b57b85d1d40
Start Sector 2,414
Sector offset 4
File Offset 0
Length 40

Comment
    LP5W-4GHY-BV6T-RM57

3) RegisterEmail
Item Path CMI-CreateHive{D43B12B8-09B5-40DB-B4F6-F6DFEB78DAEC}\Software\Lime PRO\RegisterEmail
File Created
Last Written
Last Accessed
MD5 4864120859294ed0e1875c69fe87dfc0
Start Sector 2,414
Sector offset 252
File Offset 0
Length 48
Comment
    manny2grditos@yahoo.com