cat / div _____
Case # _____
Judge _____ Mag _____
Motn Ifp _____ Fee pd $ _____
Receipt # _____

FILED by __PG__ D.C.

MAR 03 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**FORM 1.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

United States District Court

for the

SOUTHERN District of FLORIDA

FILING FEE
PAID $0.0
In Forma Pauperis NO

Steven M. Larimore, Clerk

REC'D by A.H. D.C.

MAR 06 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES OF AMERICA Plaintiff,

v.   Case No. 16-20187-CR-UU

MANUEL E. PEREZ GONZALEZ Defendant.

### NOTICE OF APPEAL

Notice is hereby given that MANUEL E. PEREZ GONZALEZ (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit Eleventh Circuit Appellate Court (from the final judgment) ((from an order) (describe the order)) entered in this action on 2/22/2017

_____
(Signature of appellant or attorney)

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

MANUEL E. PEREZ GONZALEZ
REG. N°: 13063-104
FED. MIAMI
P.O. BOX 019120
MIAMI, FL 33101

LEGAL MAIL

LEGAL MAIL

33128-771699

THE CLERK OF THE COURT
U.S. DISTRICT COURT
WILKIE D. FERGUSON, Jr. U.S. COURTHOUSE
400 N. MIAMI AV. MIAMI, FL 33128

LEGAL MAIL

The enclosed letter processed through special mailing
Procedure for forwarding to you. The letter has neither been
Opened nor inspected. If the writer raises a question or problem
Over which this facility has jurisdiction, you may wish to return
The material for further information or clarification. If the writer
Encloses correspondence for forwarding to another address, please
Return the enclosed to the following address
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101          DATE:

LEGAL MAIL