```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                 Case No. 16-20187-Cr-UNGARO

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
        -v-                    )
                               )
MANUEL PEREZ GONZALEZ,         )
                               ) Miami, Florida
            Defendant.         ) November 14, 2016
                               ) 9:30 a.m.



                      Pages 1-10

             TRANSCRIPT OF STATUS CONFERENCE

          BEFORE THE HONORABLE URSULA UNGARO

                 U.S. DISTRICT JUDGE


APPEARANCES:

For the Government        IGNACIO J. VAZQUEZ, JR., and
                          JONATHAN KOBRINSKI
                          Assistant U.S. Attorneys
                          99 Northeast 4th Street
                          Miami, Florida  33132-2111


For the Defendant         STEFANIE C. MOON, ESQ.
                          1408 South Andrews Avenue
                          Fort Lauderdale, Florida  33316

                          (Interpreters present)


REPORTED BY:              WILLIAM G. ROMANISHIN, RMR, FCRR, CRR
(305) 523-5558            Official Court Reporter
                          400 North Miami Avenue
                          Miami, Florida  33128
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

```
 1                (Call to order of the Court)
 2           THE COURT:  Okay.  Good morning.
 3           The case before the Court is the United States versus
 4      Emanuel Perez Gonzalez for trial, case number 16-20187.
 5           Who's here for the United States?
 6           MR. VAZQUEZ:  Good morning, Your Honor.  Ignacio
 7      Vazquez and Jonathan Kobrinski on behalf of the United States,
 8      and we're joined by Special Agent Mike Schnaider from the
 9      Secret Service.
10           THE COURT:  Okay.  Have a seat.
11           And who's here for the defendant?
12           THE DEFENDANT:  It's Emanuel Perez Gonzalez.
13           MS. MOON:  Good morning, Your Honor.  Stephanie Moon.
14           THE COURT:  In what capacity are you here this
15      morning, Ms. Moon?
16           MS. MOON:  Well, I'm once again unsure.  So I think
17      the Court should inquire of Mr. Perez Gonzalez.
18           THE COURT:  Okay.  Well, Mr. Perez Gonzalez, I am
19      ready to go to trial.  Are you ready to go to trial?
20           THE DEFENDANT (all in English):  I'm unable to
21      proceed because I'm unprepared, Your Honor.  As like you see,
22      I was denied access to the courts, for example, having access
23      to the e-mails, having access to the law library.  When
24      there's 97 inmates in my unit and I have only two hours to get
25      access to the law library, it's very hard for me to proceed
```

1   myself.  That's why I'm trying to see if I can have Mrs. Moon

2   represent me.

3            THE COURT:  Well, are you agreeing to Ms. Moon's

4   representation at this point in time?

5            THE DEFENDANT:  Yes, Your Honor.

6            THE COURT:  And you're not going to go back on that,

7   Mr. Perez?

8            THE DEFENDANT:  No, Your Honor.

9            THE COURT:  Okay.  So, Ms. Moon, where are we?

10            MS. MOON:  Mr. Perez initially expressed his desire

11   to accept my appointment.  I found out at 3:21 yesterday

12   afternoon.  I came down to the FDC to visit with him.  I spent

13   two hours with him last evening.

14            THE COURT:  Bill, is there something wrong with the

15   microphone?

16            THE REPORTER:  No.

17            MS. MOON:  Maybe I'm just not speaking loudly enough.

18            THE COURT:  Maybe you should just sit down and speak

19   into the microphone.

20            MS. MOON:  Okay.  I spent two hours with him

21   yesterday evening at the FDC when he vacillated back and

22   forth.  He has indicated to the Court again this morning now

23   that he is accepting my representation.

24            Quite frankly, Your Honor, I'm not ready to try this

25   case today.  I think I got about four and a half hours' sleep

1  last night and --

2         THE COURT:  How much more time do you need?

3         MS. MOON:  A couple weeks.  I don't want to embarrass

4  myself nor disrespect the Court.  I'm not prepared to proceed

5  today and I would be setting myself up for a 2255.

6         THE COURT:  So what do you have to say, Mr. Vazquez?

7         MR. VAZQUEZ:  Your Honor, I do feel for Ms. Moon.

8  It's difficult for me because I did fly in multiple

9  witnesses:  One from Seattle, Washington; one from the state

10  of Georgia; one from the District of Columbia.

11         I know that what has happened puts the Court in a

12  difficult position.  So it's very frustrating for the

13  Government because it is an expense.  It's difficult for me to

14  formally object.  I'm just very displeased at that and I'm

15  sorry.  I'm just trying to express it because I don't want to

16  willy-nilly say grant the continuance.  But I understand

17  what's being articulated to the Court.

18         THE COURT:  Okay.  Well, I know you have that case in

19  front of Judge Middlebrooks, Mr. Vazquez.

20         Maybe Mr. Kobrinski can step in and try the case on

21  the 5th.

22         How about it, Mr. Kobrinski?  You're always eager.

23         MR. VAZQUEZ:  Your Honor, is it possible for us to

24  confer if this is something our office wants to do?  They do

25  have an interest in this case.  If they want to take me off of

1    it, I don't want to put Mr. Kobrinski on the spot.  It's my
2    circumstance that brought him in.  I'm you sure he's willing
3    to, if that's what the office wants or needs to do.  But I
4    think that we tried to articulate that there are sensitive
5    issues in this case that we would like to have me hold onto
6    it, if that's possible with the Court's schedule.
7           THE COURT:  I mean, it's a child pornography case.
8    So all child pornography cases have sensitive issues.  I
9    realize there is something unusual about this case because
10   there were these allegations of abuse in the house.  But those
11   don't seem to have been tied to this defendant.
12          MR. VAZQUEZ:  They are potentially relevant through
13   Rule 414 as evidence to have demonstrated his intent.
14          THE COURT:  414.  You mean 404(b)?
15          MR. VAZQUEZ:  414.
16          THE COURT:  414.  Huh.
17          Well, is there any evidence that this defendant had
18   anything to do with the abuse of this other child?
19          MR. VAZQUEZ:  Yes, Your Honor.  The Government
20   initially -- when Mr. Perez Gonzalez was taken into custody,
21   he went into confinement and within a short period of time,
22   before discovery, before the Government's proffer at pretrial
23   detention, he ran into an inmate who claimed to have also an
24   affinity for child pornography.  This defendant allegedly told
25   him of the child that the Government was attempting to find

```
1    that we could not find, and that was a different child.

2          As a consequence, that inmate reached out to the

3    Government before the proffer, before discovery, and through

4    that inmate's information we were able to locate the child.

5    And the child is a potential witness and the inmate is a

6    potential witness under Rule 414.  That's something that we

7    would see how the trying is going and see if it's something

8    that we want to use.  But it is something that we have advised

9    Mr. Sarmiento of and it's potentially at issue.

10         THE COURT:  And does the child identify this

11   defendant as his or her molester?

12         MR. VAZQUEZ:  Yes, on two occasions:  One a lewd and

13   lascivious and one a sexual battery.  That is the allegation.

14         THE COURT:  And have you filed any kind of notice of

15   this?  What kind of disclosure have you made of this?

16         MR. VAZQUEZ:  In our discovery filings, in our

17   initial responsive discovery, we noticed it specifically under

18   Rule 414.  Also, Mr. Sarmiento asked me.  I also directed

19   Mr. Sarmiento to the active arrest search warrant for that

20   sexual battery that was identified through the child

21   pornography investigation, through the input of that

22   cooperating witness, who's sitting in the bull pen waiting to

23   be called today.

24         THE COURT:  Okay.  Well, I'd like to try the case on

25   the 5th.  I think the longer we put this off, the more
```

1  problems we're going to run into.  So I'm going to set it for

2  the 5th.

3          MR. VAZQUEZ:  Yes, Your Honor.

4          THE COURT:  With the calendar call when, Kathryn?

5          THE COURTROOM DEPUTY:  The 30th.  For the 5th of

6  December, the calendar call is November 30th.

7          THE COURT:  No.  The 5th of December is not --

8          THE COURTROOM DEPUTY:  You're right.  It's the 23rd.

9  That's the calendar call day, the second week of the trial

10  period.

11          THE COURT:  December 5th is the second week of the

12  trial calendar.

13          MS. MOON:  Your Honor, I'm having my wisdom teeth

14  removed on the 23rd.  So I'm going to be under anesthesia.

15          THE COURT:  Can't someone stand in for you at the

16  calendar call?

17          MS. MOON:  I would be happy to send out an e-mail

18  request to the CJA list to ask someone to do that.

19          THE COURT:  Okay.  And if there's some other problem

20  before then, just file a motion.  I'll get you in.

21          MS. MOON:  Thank you, Your Honor.

22          THE COURT:  Okay.  So I'm specially setting the case

23  for the 5th.

24          MS. MOON:  Okay.

25          THE COURT:  We'll see what happens.  Okay?

1     MS. MOON:  Yes, Your Honor.

2     MR. VAZQUEZ:  Just for the record, I've handed

3  Ms. Moon copies of our exhibits.  So if there's any questions

4  about -- and these are materials that we've prepared in

5  advance of the trial.

6     THE COURT:  You go back to your office and discuss

7  this trial setting with them, and if there's strenuous

8  objection, get back to me.

9     MR. VAZQUEZ:  Yes, Your Honor.

10     THE COURT:  But right now I'm specially setting it

11  for the 5th.  It's a big office and there are a lot of people

12  and a lot of people who do child pornography.  Unfortunately,

13  I see them all the time.  We'll see how it goes.  Okay?

14     MR. VAZQUEZ:  Yes, Your Honor.

15     THE INTERPRETER:  Your Honor, from the interpreter:

16  Can we just leave on the record that the defendant has decided

17  that he only be wants us as standby but we are present?

18     THE COURT:  Yes.

19     Is that right, Mr. Perez?  You've been speaking in

20  English this morning.

21     THE DEFENDANT:  Yes.  Thank you.

22     THE COURT:  Is that right?  Is that what you want?

23     THE DEFENDANT:  Yes, Your Honor.

24     THE COURT:  Okay.  That's fine.

25     Now, the objections on Judge Otazo-Reyes' R&R are

1    due, are they not?

2              MR. VAZQUEZ:  Due on the 18th, Your Honor.  But

3    Mr. Perez Gonzalez drafted some of his own over the weekend.

4              THE COURT:  Okay.  So I want to make something really

5    clear to you, Mr. Perez Gonzalez.  As I told you before, I

6    have no reason to think anything other than that Ms. Moon is a

7    highly competent attorney, and I want you to understand that

8    in your relation with her, it is her job to represent you to

9    the full extent of her ability.

10             But she also has obligations to the Court and to the

11   legal system.  So she has to maintain a certain level of

12   independence and independent judgment.  And you may tell her

13   you want something done, and she may tell you I cannot do that

14   without violating the rules of the Court or my ethical

15   obligations to the Court or to my profession.  And she has

16   every right to do that and I don't want to hear any complaints

17   about that.

18             THE DEFENDANT:  Okay, Your Honor.  I understand.

19             THE COURT:  All right?

20             MS. MOON:  Thank you, Judge.

21             THE COURT:  Okay.  Just because you want something

22   doesn't mean you get it.

23             Okay.  So today is the 14th, right?

24             MS. MOON:  Yes, Your Honor.

25             THE COURT:  So just get the objections filed by the

1    18th.  Okay?

2            MS. MOON:  Thank you, Your Honor.

3            THE COURT:  Okay.  Frankly, I can't figure out what

4    is being asserted in that motion.  I think the law is clear

5    that there's no privacy interest in being on a peer-to-peer

6    network.  So, if that is the gist of the motion, the motion

7    should be denied.  Okay?

8            MS. MOON:  Yes, Your Honor.

9            THE COURT:  Yes.

10           MR. VAZQUEZ:  Your Honor, he's asking for a

11   continuance.  I just ask that the Speedy Trial Act be invoked.

12           THE COURT:  The case is continued in the interest of

13   justice to December 5th.  Okay?

14           MR. VAZQUEZ:  Thank you.

15           MS. MOON:  Thank you, Your Honor.

16           THE COURT:  All right.  Thank you.

17           (Recessed at 10:00 a.m.)

18       *     *     *     *     *     *     *     *     *     *

19                   C E R T I F I C A T E

20

21       I certify that the foregoing is a correct transcript

22   from the record of proceedings in the above-entitled matter.

23

24

25