```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
             Case No. 16-20187-Cr-UNGARO

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     -v-                     )
                             )
MANUEL PEREZ GONZALEZ,       )
                             ) Miami, Florida
          Defendant.         ) December 8, 2016
                             ) 9:54 a.m.


            VOLUME 4 of 4 - Pages 1-7

         TRANSCRIPT OF TRIAL PROCEEDINGS

       BEFORE THE HONORABLE URSULA UNGARO

         U.S. DISTRICT JUDGE, and a jury


APPEARANCES:

For the Government       JONATHAN KOBRINSKI and
                         BENJAMIN WIDLANSKI
                         Assistant U.S. Attorneys
                         99 Northeast 4th Street
                         Miami, Florida  33132-2111


For the Defendant        STEFANIE C. MOON, ESQ.
                         1408 South Andrews Avenue
                         Fort Lauderdale, Florida  33316

                         (Interpreters present)


REPORTED BY:             WILLIAM G. ROMANISHIN, RMR, FCRR, CRR
(305) 523-5558           Official Court Reporter
                         400 North Miami Avenue
                         Miami, Florida  33128
```

```
 1              (Call to order of the Court)
 2   December 8, 2016 Judge Ungaro 9:54 a.m.)
 3              THE COURT:  Good morning.  Let the record reflect the
 4   presence of counsel and the defendant.
 5              So last night they sent out a note saying they had
 6   reached a verdict.  So I had Kathryn give them an envelope and
 7   told them to put it in the envelope and to seal it.  But she
 8   also told them that they could continue their deliberations,
 9   if they wished, this morning.  They weren't bound by whatever
10   was in the envelope.  They've sent out a note saying we have a
11   verdict with an exclamation point, and it further says, we had
12   it last night at 5:00 p.m.  So we're going to bring them out
13   now and take the verdict.
14              Jury, please.
15              MR. KOBRINSKI:  Good morning, Your Honor.
16              (Jury returns at 9:55 a.m.)
17              THE COURT:  Okay.  Fine.  You can have a seat.
18              Okay.  I don't see anybody with a verdict form.  Ah,
19   okay.
20              So would the foreperson please stand state his name
21   loudly for the court reporter.
22              THE FOREPERSON:  Benjamin Joannou, Jr.
23              THE COURT:  Okay.  And Mr. Joannou, has the jury
24   reached a unanimous verdict on each count of the indictment?
25              THE FOREPERSON:  Yes, we have, Your Honor.
```

```
 1              THE COURT:  Okay.  Would you stand the verdict form
 2   to the courtroom deputy, please.
 3              And you can have a seat.  Thank you.
 4              Okay.  And would the courtroom deputy please publish
 5   the verdicts.
 6              THE COURTROOM DEPUTY:  United States of America
 7   versus Manuel Perez Gonzalez, case number 16-20187-Criminal-
 8   Ungaro.
 9              We, the jury, unanimously find:
10              As to Count 1:  Guilty.
11              As to Count 2:  Guilty.
12              As to Count 3:  Guilty.
13              As to Count 4:  Guilty.
14              We, the jury, having found the defendant guilty of
15   the offense charged in Count 4, further find with respect to
16   that count that he possessed a visual depiction that involved
17   a prepubescent minor who had not attained 12 years of age.
18              Count 5:  Guilty.
19              We, the jury, having found the defendant guilty of
20   the offense charged in Count 5, further find with respect to
21   that count that he possessed a visual depiction that involved
22   the following:  A prepubescent minor who had not attained the
23   age of 12 years.
24              So say we all, signed by foreperson, Benjamin
25   Joannou.
```

4

1  THE COURT: Is there a request that the jury be
2  polled?
3  MS. MOON: Yes, Your Honor.
4  THE COURT: Okay. So what's going to happen next is
5  Kathryn is going to call your names one by one, and she's
6  going to ask you, more or less, the following question -- are
7  the verdicts as I have read them your verdicts? -- and you
8  need to answer "yes" or "no," whichever is the correct answer.
9  THE COURTROOM DEPUTY: Juror number 1, Olivia
10 Schaefer, are the verdicts as I have read them your verdicts?
11 JUROR: Yes.
12 THE COURTROOM DEPUTY: Juror number 2, Austin Jack,
13 are the verdicts as I have read them your verdicts?
14 JUROR: Yes.
15 THE COURTROOM DEPUTY: Juror number 3, Hernando
16 Martinez, are the verdicts as I have read them your verdicts?
17 JUROR: Yes.
18 THE COURTROOM DEPUTY: Juror number 4, David
19 Consuegra, are the verdicts as I have read them your verdicts?
20 JUROR: Yes.
21 THE COURTROOM DEPUTY: Juror number 5, Erick Grenier,
22 are the verdicts as I have read them your verdicts?
23 JUROR: Yes.
24 THE COURTROOM DEPUTY: Juror number 6, Benjamin
25 Joannou, are the verdicts as I have read them your verdicts?

```
 1                JUROR:  Yes.
 2                THE COURTROOM DEPUTY:  Juror number 7, Zoraida
 3    Rodriguez, are the verdicts as I have read them your verdicts?
 4                JUROR:  Yes.
 5                THE COURTROOM DEPUTY:  Juror number 8, Debbie Munoz,
 6    are the verdicts as I have read them your verdicts?
 7                JUROR:  Yes.
 8                THE COURTROOM DEPUTY:  Juror number 9, Roberto Mesa,
 9    are the verdicts as I have read them your verdicts?
10                JUROR:  Yes.
11                THE COURTROOM DEPUTY:  Juror number 10, Peter
12    Kersley, are the verdicts as I have read them your verdicts?
13                JUROR:  Yes.
14                THE COURTROOM DEPUTY:  Juror number 11, Yarais
15    Reytor, are the verdicts as I have read them your verdicts?
16                JUROR:  Yes.
17                THE COURTROOM DEPUTY:  Juror number 12, Kent Lewis,
18    are the verdicts as I have read them your verdicts?
19                JUROR:  Yes.
20                THE COURTROOM DEPUTY:  Thank you.
21                THE COURT:  Okay.  So the jurors accede in the
22    verdicts.
23                Okay, ladies and gentlemen, your work is at an end.
24    I want to apologize for having had to bring you back this
25    morning.  Actually you got a little ahead of us.  I think that
```

1   we did not anticipate that you would be able to conclude your
2   deliberations by the end of the day yesterday and I had
3   allowed the lawyers to go to attend to other matters.  So I
4   apologize to you.
5            So I want to just take a minute -- I know you're
6   anxious to get out of here -- to thank you for your time and
7   attention to the case.  We're all acutely aware that jury
8   service takes you out of your daily routine and really
9   disrupts your lives.  We also understand well that asking you
10  to undertake a decision in consideration of a matter such as
11  this or any criminal case is a weighty responsibility and, no
12  doubt, affects you in a serious way.  So I want you to know
13  that we all thank you very much for having undertaken that
14  responsibility.
15           You have the right to speak about your deliberations,
16  if you wish.  But more importantly, you have the right to keep
17  your deliberations to yourselves.  If you choose to keep your
18  deliberations to yourselves, the law will protect you in that
19  choice.  The lawyers, for example, are not even allowed to
20  approach you without first obtaining a court order.
21           So at this point you are discharged from jury
22  service.  If there's anything you need for your employer,
23  Kathryn will meet you in the jury room.  And again, thank you
24  all very much.  And although the subject matter has not been
25  the most pleasant, I want to wish you an enjoyable holiday.

```
 1    Thank you very much.
 2            (Jury excused at 10:01 a.m.)
 3            THE COURT:  Okay.  Mr. Perez Gonzalez, the jury has
 4    found you guilty of all of the charges in the indictment.
 5            Your sentencing is scheduled for February 10, 2017,
 6    at 1:30 p.m.
 7            Between now and then the probation office will be
 8    preparing a presentence report for my consideration at the
 9    time of sentencing.  In order to prepare the report the
10    probation office will need information from you.  You always
11    have the right to have Ms. Moon present when providing
12    information to the probation office.
13            Also, you and Ms. Moon will have an opportunity to
14    review the presentence report in advance of the sentencing
15    hearing and to file written objections to anything you
16    disagree with; and at the sentencing hearing Ms. Moon will
17    have an opportunity to speak on your behalf and you will have
18    an opportunity to speak, if you wish to do so.
19            Is there anything else for the Court on this matter
20    at this time?
21            MS. MOON:  No, Your Honor.
22            MR. KOBRINSKI:  No, Your Honor.
23            THE COURT:  Okay.  Thank you very much.
24            MS. MOON:  Thank you, Judge.
25            (Trial adjourned)
```

1          *     *     *     *     *     *     *     *     *     *

2                        C E R T I F I C A T E

3

4        I certify that the foregoing is a correct transcript

5   from the record of proceedings in the above-entitled matter.