```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 1:16-CR-20187-UU-1


UNITED STATES OF AMERICA
                                        Miami, Florida

       vs.                              October 12, 2016
                                        Wednesday


EMANUEL PEREZ GONZALEZ                  Scheduled 10:00 a.m.
                                        10:03 a.m. to 10:11 a.m.

                                        Pages 1 - 6
--------------------------------------------------------------
```

**COMPETENCY HEARING**

BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

```
FOR THE GOVERNMENT:       IGNACIO JESUS VAZQUEZ, JR., ESQ.
                          United States Attorney's Office
                          Miami Special Prosecutions Section
                          99 Northeast Fourth Street, Room 806
                          Miami, Florida  33132


FOR THE DEFENDANT:        STEFANIE CAMILLE MOON, ESQ.
                          S.C. Moon Law
                          1408 South Andrews Avenue
                          Ft. Lauderdale, Florida  33316


STENOGRAPHICALLY
REPORTED BY:              GLENDA M. POWERS, RPR, CRR, FPR
                          Official Court Reporter
                          United States District Court
                          400 North Miami Avenue, Room 08S33
                          Miami, Florida  33128
```

```
 1              (Call to the order of the Court:)
 2              COURTROOM DEPUTY:  United States District Court for the
 3    Southern District of Florida, Judge Alicia M. Otazo-Reyes
 4    presiding.
 5              THE COURT:  Good morning, everyone.
 6              COURTROOM DEPUTY:  United States of America versus
 7    Emanuel Perez Gonzalez, Case Number 16-20187-Criminal-Ungaro.
 8              Counsel, please state your appearance for the record.
 9              MR. VAZQUEZ:  Good morning, Your Honor.
10              Ignacio Vazquez on behalf of the United States.
11              MS. MOON:  Good morning, Your Honor.  I am Stefanie
12    Moon, Court-appointed CJA counsel.  I cannot actually say that
13    I'm here on behalf of Mr. Perez Gonzalez because he has refused
14    CJA counsel.
15              THE COURT:  All right.  You all may sit down.
16              All right.  The matter we're here on is the result of
17    the mental competency evaluation that I ordered, and I have
18    received the report.  I'm assuming everyone else has received
19    it from Dr. -- from the warden, actually, transmitting the
20    report from Dr. Luis.
21              MR. VAZQUEZ:  The Government's received it, Your Honor.
22              THE COURT:  Ms. Moon.
23              MS. MOON:  Yes, Your Honor, I did receive a copy of the
24    report, but I have not discussed it with Mr. Perez Gonzalez,
25    nor have I prepared him for the hearing because, as I said, he
```

1    refused CJA counsel.
2         THE COURT:  All right.  Well, based on the report of
3    Dr. Luis, it appears that Mr. Perez Gonzalez refused to
4    participate in some of the testing that is performed in
5    conjunction with the competency evaluation, but Dr. Luis,
6    nevertheless, gathering background data and information from
7    the staff, came to the conclusion that Mr. Perez Gonzalez is
8    competent to stand trial.
9         He is not here today -- I mean, Dr. Luis -- and so
10   there will not be any kind of evidentiary hearing.
11        I will accept the report as submitted.
12        I am aware that Mr. Perez Gonzalez has filed two
13   matters in the record on his own.  Those two matters have not
14   been acted on by Judge Ungaro, so they are not before me.
15        I am sorry that you find yourself in this position,
16   Ms. Moon.  I have had a difficult time trying to satisfy the
17   needs of Mr. Perez Gonzalez.  I was concerned that he did not
18   understand what was going on, and that's why I ordered the
19   mental competency evaluation.
20        But Dr. Luis found that he is mentally competent, so I
21   will find him competent and I will await any further referrals
22   from Judge Ungaro -- if those come my way -- to address your
23   concerns, Ms. Moon.
24        But in the meantime, there's not much else I can do.
25        Any comments from the Government?

```
 1              MR. VAZQUEZ:  No, Your Honor.
 2              THE COURT:  And just for the record, Ms. Moon, you have
 3    attempted to --
 4              THE DEFENDANT:  I need to say something.  I would like
 5    to be able to represent myself, so that my motion that I
 6    presented can be heard.  I am in the process of appealing the
 7    decision having to do with Sarmiento.
 8              THE COURT:  Mr. Perez Gonzalez, apparently, you did not
 9    understand my prior remarks.  Those matters are not before me.
10    Those matters are before Judge Ungaro.
11              They have not been referred to me.
12              The only matter before me is the competency that I
13    ordered that has been reported that yes, you are competent, and
14    that is the only matter that I'm addressing at this time.
15              All right.  Nothing further being possible at this
16    hearing --
17              THE DEFENDANT:  So who is the attorney on my case?
18              THE COURT:  Mr. Perez Gonzalez, you have been appointed
19    Ms. Moon, who is an excellent private attorney, at no cost to
20    you, to represent you.
21              Ms. Moon tells me that you refuse to speak to her.
22              THE DEFENDANT:  I don't want her to represent me.  I
23    would like to be able to choose my own attorney.
24              THE COURT:  That matter is not before me, Mr. Perez
25    Gonzalez.  Anything like that, you need to present --
```

1             THE DEFENDANT:  Should I, Your Honor?

2             THE COURT:  Yes, go ahead.

3             THE DEFENDANT:  So, who is my attorney at this time?

4             THE COURT:  For the second time, Mr. Perez Gonzalez,

5    your attorney at this time is Ms. Stefanie Moon, who I

6    appointed.  She is a private attorney who is appointed to

7    represent you at no cost to you.

8             THE DEFENDANT:  I do not accept her representing me.

9    I do not accept her representing me as my attorney.  I do not

10   accept the Court deciding my -- what should be my decision on

11   who should be my attorney.

12            THE COURT:  For the second or third time, Mr. Perez

13   Gonzalez, any appeal from my order or any further motions that

14   you have filed are pending before the District Judge, namely,

15   Judge Ungaro.

16            At this time, the only matter before me was the

17   competency hearing.  Based on the report of Dr. Luis, I have

18   concluded that you are competent to stand trial.  That is all

19   that we are addressing this morning and that is all that I am

20   empowered to address.

21            Very well.  This hearing's concluded.

22            COURTROOM DEPUTY:  All rise.

23            Court's adjourned.

24            (Proceedings concluded at 10:11 a.m.)

25

```
 1                    C E R T I F I C A T E
 2
         I hereby certify that the foregoing is an
 3
    accurate transcription of the proceedings in the
 4
    above-entitled matter.
 5
    April 21st, 2017      /s/Glenda M. Powers
 6  DATE                  GLENDA M. POWERS, RPR, CRR, FPR
                          Official Federal Court Reporter
 7                        United States District Court
                          400 North Miami Avenue, 08S33
 8                        Miami, Florida 33128
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```