```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                           MIAMI DIVISION

                    CASE NO.:  16-cr-20187-UU-1




UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )
v.                            )
                              )                March 22, 2016
MANUEL E. PEREZ GONZALEZ,     )
                              )
             Defendant.       )                Pages 1 - 3
_____/




                         HEARING PROCEEDINGS

               BEFORE THE HONORABLE JOHN J. O'SULLIVAN
                    UNITED STATES MAGISTRATE JUDGE




APPEARANCES:


On behalf of the Plaintiff:

                         UNITED STATES ATTORNEY'S OFFICE
                         Miami Special Prosecutions Section
                         99 Northeast 4th Street, Room 806,
                         Miami, FL 33132
                         BY:  KAREN ROCHLIN, AUSA
```

```
 1
 2  APPEARANCES CONTINUED:
 3  On behalf of the Defendant:
 4                          RICHARD BARON & ASSOCIATES
                            501 NE 1st Avenue
 5                          Suite 201,
                            Miami, FL 33132
 6                          BY:  RAMON SARMIENTO, ESQ.
 7
 8  Transcribed by:
 9                          BONNIE JOY LEWIS, R.P.R.
                            7001 SW 13 Street
10                          Pembroke Pines, FL  33023
                            954-985-8875
11                          caselawrptg@gmail.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          (Thereupon, the following proceeding was held:)
 2          THE COURT:  United States of America versus Manuel
 3 Perez Gonzalez; Case Number 16-20187.
 4          Good morning.
 5          MR. SARMIENTO:  Good morning, Judge.  Ray Sarmiento on
 6 behalf of Perez Gonzalez.
 7          THE COURT:  Are you making an appearance?
 8          MR. SARMIENTO:  I am, Your Honor.
 9          THE COURT:  And you have filed it with the court?
10          MR. SARMIENTO:  Yes, Your Honor.
11          THE COURT:  Is there anything else we need to do?
12          MR. SARMIENTO:  No, Your Honor.
13          THE COURT:  So arraignment is set for March 25th, I
14 believe, right?
15          MR. SARMIENTO:  Yes, Your Honor.
16          THE COURT:  All right.  We will see you then.
17          Thanks a lot.
18          (Thereupon, the proceedings concluded.)
19
20
21
22
23
24
25
```

```
 1

 2                           CERTIFICATE

 3

 4        I hereby certify that the foregoing transcript is an

 5   accurate transcript of the audio taped proceedings in the

 6   above-entitled matter.

 7

 8

 9

10
     04/10/17                        Bonnie Joy Lewis,
11                            Registered Professional Reporter
                                 CASE LAW REPORTING, INC.
12                               7001 Southwest 13 Street,
                               Pembroke Pines, Florida 33023
13                                     954-985-8875

14

15

16

17

18

19

20

21

22

23

24

25
```