1        IN THE UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2
              MIAMI DIVISION
3
          CASE NO.:  16-cr-20187-UU-1
4

5

6

7  UNITED STATES OF AMERICA,      )
                                  )
8              Plaintiff,         )
   v.                             )
9                                 )            September 27, 2016
   MANUEL E. PEREZ GONZALEZ,      )
10                                )
               Defendant.         )            Pages 1 - 6
11  _____/

12

13

14

15
                  HEARING PROCEEDINGS
16
        BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
17             UNITED STATES MAGISTRATE JUDGE

18

19

20
   APPEARANCES:
21

22
   On behalf of the Plaintiff:
23
                         UNITED STATES ATTORNEY'S OFFICE
24                       Miami Special Prosecutions Section
                         99 Northeast 4th Street, Room 806,
25                       Miami, FL 33132
                         BY:  IGNACIO JESUS VAZQUEZ, JR., AUSA

```
 1

 2  APPEARANCES CONTINUED:

 3  On behalf of the Defendant:

 4                              RICHARD BARON & ASSOCIATES
                                501 NE 1st Avenue
 5                              Suite 201,
                                Miami, FL 33132
 6                              BY:  RAMON SARMIENTO, ESQ.

 7

 8  Transcribed by:

 9                              BONNIE JOY LEWIS, R.P.R.
                                7001 SW 13 Street
10                              Pembroke Pines, FL  33023
                                954-985-8875
11                              caselawrptg@gmail.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (Thereupon, the following proceeding was held:)

2          THE COURTROOM DEPUTY:  All rise.

3          The United States District Court for the Southern

4    District of Florida is now in session.

5          The Honorable Alicia M. Otazo-Reyes presiding.

6          THE COURT:  Good afternoon, everyone.

7          MR. SARMIENTO:  Good afternoon, Your Honor.

8          MR. VAZQUEZ:  Good afternoon, Your Honor.

9          The United States state of America versus Manuel Perez

10   Gonzalez; Case Number 16-20187-criminal-Ungaro.

11         Counsel, please state your appearances for the record.

12         MR. VAZQUEZ:  Good afternoon, Your Honor.  Ignacio

13   Vazquez on behalf of the United States.

14         THE COURT:  Good afternoon, Mr. Vazquez.

15         MR. SARMIENTO:  Good afternoon, Your Honor.  Ramon

16   Sarmiento on behalf of the Defendant.

17         THE COURT:  Good afternoon, Mr. Sarmiento.

18         Thank you very much.  You may be seated, except when

19   addressing the Court.

20         All right.  We are here on Mr. Sarmiento's renewed

21   motion to withdraw.

22         And just to recap, at the last hearing I sort of

23   denied it without prejudice.  To give it a little time, I

24   referred the Defendant to an evaluation, which has not been

25   received yet, but I do have a hearing set for that on October

4

1   11th in anticipation of receiving the evaluation by that time.

2          I referred to your motion, Mr. Sarmiento, Docket Entry

3   54, where you indicate that since the last hearing, instead of

4   improving -- my words -- things have gotten to the point where

5   you no longer feel that it is appropriate for you to continue

6   to represent the Defendant.

7          Would that be a fair statement, sir?

8          MR. SARMIENTO:  Yes, Your Honor.

9          THE COURT:  All right.  So I will grant your motion.

10          Now let me inquire of you.  Have you had discussions

11   with the family in terms of how they want to proceed?

12          Do they have the money to hire someone else?  Are they

13   looking for court appointed representation?  What is the status

14   of that?

15          MR. SARMIENTO:  Judge, I have spoken with the family

16   briefly.  They are a family of modest financial means.  My

17   client has already been declared indigent.  I believe they will

18   be pursuing CJA appointment.

19          THE COURT:  All right.  He was declared indigent at

20   the beginning and then they hired you.

21          Is that what happened?

22          MR. SARMIENTO:  No, Judge.

23          What happened was I had filed a motion to have him

24   declared indigent for the costs.

25          THE COURT:  For costs.

1          MR. SARMIENTO:  Right.

2          So he was found indigent for costs.

3          THE COURT:  Right.

4          MR. SARMIENTO:  And I believe that -- I don't know if

5     that's the same finding that could be applied for an attorney

6     or not but --

7          THE COURT:  Let me see if we had a hearing on that or

8     was that just done on paper.

9          MR. SARMIENTO:  There was a hearing.  There was a

10    hearing, Judge.

11         THE COURT:  Let me go back and look for this.  About

12    when was that done?

13         MR. SARMIENTO:  May, Judge.

14         THE COURT:  May?  Okay.  I am looking.

15         I see it here.  I did have a hearing.  Oh, and I did

16    require that an affidavit be filed.

17         MR. SARMIENTO:  And I filed one, Judge.

18         THE COURT:  And you did.  I am looking at it right

19    here.  So we have a financial affidavit already.

20         All right.  I think the record sufficiently supports

21    the appointment of court paid counsel through the CJA system.

22         Unless, let me ask Mr. Vazquez, would the federal

23    public defender have a conflict --

24         MR. VAZQUEZ:  Your Honor, at this point, I don't

25    believe so, but there is a cooperating witness that we have

1  advised former Defense counsel of.  And I just can't recall if

2  he was ever represented by the defender in the past.

3          THE COURT:  All right.  So in an abundance of caution,

4  you would suggest that we just appoint somebody from the CJA

5  wheel?

6          MR. VAZQUEZ:  That would be fine.

7          THE COURT:  That way we do not have any problems.

8          All right.  I will relieve you of further

9  representation, Mr. Sarmiento.  I am granting your motion.

10         MR. SARMIENTO:  Thank you, Your Honor.

11         THE COURT:  And we will have, from the wheel, whoever

12  it is up and we will pick somebody from there.

13         Okay.  All right.  And as soon as we know who it is,

14  if you could, Stephanie, pass information onto Mr. Sarmiento so

15  he can cooperate with you, Counsel.

16         MR. SARMIENTO:  Very well, Judge.

17         THE COURT:  And provide any necessary information.

18  All right.

19         MR. SARMIENTO:  Yes, Your Honor.

20         THE COURT:  And hopefully we will be ready and we will

21  do this.  Let them know we are having a hearing on the 11th to

22  get everybody up to speed.

23         MR. VAZQUEZ:  Thank you.

24         MR. SARMIENTO:  Thank you.

25          (Thereupon, the proceedings concluded.)

1

2                              CERTIFICATE

3

4          I hereby certify that the foregoing transcript is an

5   accurate transcript of the audio taped proceedings in the

6   above-entitled matter.

7

8

9

10
    04/19/17                         Bonnie Joy Lewis,
11                          Registered Professional Reporter
                               CASE LAW REPORTING, INC.
12                             7001 Southwest 13 Street,
                            Pembroke Pines, Florida 33023
13                                 954-985-8875

14

15

16

17

18

19

20

21

22

23

24

25