UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CR-20187-UU

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MANUEL PEREZ GONZALEZ,

        Defendant.
_____/

## AMENDED NOTICE OF APPEAL

    Notice is hereby given that Defendant, MANUEL PEREZ GONZALEZ, in the above styled case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the amended final judgment of conviction and sentence, including restitution, entered in this action on June 29, 2017 .

Respectfully submitted this 30th day of June, 2017.

                                */s/ Stefanie C. Moon*
                                Stefanie C. Moon, Esq.
                                Fla. Bar. No. 0074195
                                S.C. MOON LAW
                                1408 S. Andrews Avenue
                                Ft. Lauderdale, FL 33316
                                Tel: 954.530.7182
                                Fax: 954.341.1044
                                Email: scmoon@scmoonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via CM/ECF on June 30, 2017 on all counsel or parties of record pursuant to the Service List below.

*/s/ Stefanie C. Moon*
Stefanie C. Moon

## SERVICE LIST

AUSA Jonathan Kobrinski
jonathan.kobrinski@usdoj.gov