AWL:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20187-CR-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA

v.

EMANUEL PEREZ GONZALEZ,

    Defendant.
_____/

## MOTION FOR ORDER OF DESTRUCTION/DISPOSAL

THE UNITED STATES OF AMERICA moves for the entry of an Order of Destruction/Disposal with respect to certain property that was identified in the charging document but was not otherwise forfeited. In support of its motion, the United States submits the following:

1. Emanuel Perez Gonzalez was charged with possession of child pornography of a minor, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1). Forfeiture allegations were included in the Indictment, placing him on notice that any and all property constituting, or derived from proceeds that the defendant obtained, directly or indirectly, used or intended to be used in the crime would be sought for forfeiture.

2. Specific property was identified as being subject to forfeiture in the Indictment:

    a. One (1) Memorex Compact Disc; and

   b. One (1) Hewlett Packard Laptop computer; model MinilJ04, serial number 56CD2340CFL.

3. On December 9, 2016 a jury found Emanuel Perez Gonzalez guilty on all counts.

4. The United States did not seek that the Court determine the forfeitability of the subject property.

5. The United States remains in possession of the below-listed property:

   a. One (1) Memorex Compact Disc; and

   b. One (1) Hewlett Packard Laptop computer; model MinilJ04, serial number 56CD2340CFL.

6. On information and belief, the computer, and associated disc, do not belong to Perez Gonzalez but to the sister of his then live-in girlfriend. The sister has not made a claim for the return of the computer, and indeed, based on the nature of the charged crime, the computer would not be subject to return.

7. The United States requires an order of destruction or disposal.

## Rule 88.9 Certification

The United States contacted defense counsel, Stefanie Moon, who advised that Mr. Perez likely objects to the requested relief.

WHEREFORE, it is prayed, that the Court enter an order of destruction/disposal as to the Memorex Compact Disc and the Hewlett Packard Laptop computer; model MinilJ04, serial number 56CD2340CFL.

                                  Respectfully submitted,

                                  BENJAMIN G. GREENBERG
                                  ACTING UNITED STATES ATTORNEY

By:   *s/ Alison W Lehr*
      Alison W. Lehr
      Assistant United States Attorney
      Fla. Bar No. 444537
      99 N.E. 4th Street - 7th Floor
      Miami, Florida    33132
      Telephone: (305) 961-9176
      Fax: (305) 536-7599
      Email:   alison.lehr@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2017, I electronically filed the foregoing document, *Motion for Order of Destruction/Disposal*, with the Clerk of the Court using CM/ECF.

                                  *s/ Alison W. Lehr*
                                  Alison W. Lehr
                                  Assistant United States Attorney