UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20187-CR-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA

v.

EMANUEL PEREZ GONZALEZ,

    Defendant.
_____/

**MOTION TO WITHDRAW MOTION FOR ORDER OF DESTRUCTION/DISPOSAL**

THE UNITED STATES OF AMERICA moves for the entry of an order granting permission to withdraw the Motion for Order of Destruction/Disposal filed electronically earlier today. In support of its motion to withdraw, undersigned respectfully submits that this matter is currently on appeal to the Eleventh Circuit Court of Appeals. The decision of the Eleventh Circuit may necessitate that the items in question, the computer and the disc, remain available and should not be destroyed or otherwise disposed of at this time.

WHEREFORE, it is prayed, that the Court allow the Motion for Destruction/Disposal to be withdrawn.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   *s/ Alison W Lehr*
      Alison W. Lehr
      Assistant United States Attorney
      Fla. Bar No. 444537
      99 N.E. 4th Street - 7th Floor
      Miami, Florida   33132
      Telephone: (305) 961-9176
      Fax: (305) 536-7599
      Email:   alison.lehr@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2017, I electronically filed the foregoing document, *Motion to Withdraw Motion for Order of Destruction/Disposal*, with the Clerk of the Court using CM/ECF.

                                            *s/ Alison W. Lehr*
                                            Alison W. Lehr
                                            Assistant United States Attorney