UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20187-CR-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA

v.

EMANUEL PEREZ GONZALEZ,

　　　Defendant.
_____/

## ORDER ALLOWING MOTION TO BE WITHDRAWN

THIS CAUSE, having come before the Court on motion of the United States for permission to withdraw its motion for an Order of Destruction/Disposal, and the Court having reviewed the record, including the United States' acknowledgment that the case is on appeal to the Eleventh Circuit Court of Appeals, and that the disc and computer should not be destroyed until the appeal is resolved, it is hereby

ORDERED that the United States' Motion for an Order Allowing Motion for Order of Destruction/Disposal to be withdrawn is **GRANTED**.

DONE AND ORDERED in Chambers, at Miami, Florida, this 7 day of July, 2017.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE