UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20187-CR-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA

v.

EMANUEL PEREZ GONZALEZ,

    Defendant.
_____/

## ORDER OF DESTRUCTION/DISPOSAL

THIS CAUSE, having come before the Court on motion of the United States for entry of an Order of Destruction/Disposal, and the Court having reviewed the record, including the United States' certification in accordance with Local Rule 88.9, and for good cause shown, it is hereby

ORDERED that:

1. The United States' Motion for an Order of Destruction/Disposal is **GRANTED**.

2. The United States Secret Service is directed to destroy or otherwise dispose of the following property:  a.  One (1) Memorex Compact Disc; and

   b.  One (1) Hewlett Packard Laptop computer; model MinilJ04, serial number 56CD2340CFL.

DONE AND ORDERED in Chambers, at Miami, Florida, this 13 day of July, 2017.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE