UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:19-cv-20458-UU/JJO
Crim. No.: 1:16-cr-20187-UU

MANUEL PEREZ GONZALEZ,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This Cause is before the Court upon Petitioner's counseled Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 for (the "Motion") (D.E. 1).

THE COURT has reviewed the Motion and pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge John J. O'Sullivan who, on August 9, 2019, issued a Report (D.E. 7) (the "Report") recommending that the Motion be denied because: (1) the Eleventh Circuit's decision in *United States v. Carroll*, 886 F.3d 1347 (11th Cir. 2018) did not change the burden of proof for a child pornography distribution enhancement under the sentencing guidelines; and (2) there was sufficient evidence at trial to find that Petitioner had knowledge he was distributing child pornography. Petitioner did not file objections although he was granted an extension of time to do so. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal); D.E. 9.

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's recommendations and concurs in all his findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 7, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Motion, D.E. 1, is DENIED. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida this _21st_ day of October, 2019.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via CM/ECF

2